| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4874-002A | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

Plaintiff: VIRTAMOVE, CORP.,
Defendant: AMAZON.COM, INC., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00030 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement

3. a. Party served: AMAZON WEB SERVICES, INC.
   b. Person served: Latoya Sorrells, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process.
   served under F.R.C.P. Rule 4.

4. Address where the party was served: 211 East 7th Street Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 01 2024 (2) at: 03:25 PM

6. **Person Who Served Papers:**
   a. Justin Rogers
   b. FIRST LEGAL
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $323.20

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



02/02/2024
(Date)                    (Signature)



PROOF OF SERVICE

10347158
(5600526)