| Attorney or Party without Attorney: <br> Reza Mirzaie (SBN 246953) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> Telephone No:  310-826-7474 <br><br> Attorney For:  Plaintiff | | Ref. No. or File No.: <br> 4874-002A | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS | | | | |
| Plaintiff:  VIRTAMOVE, CORP., <br> Defendant:  AMAZON.COM, INC., et al | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 7:24-cv-00030 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement

3. a. Party served:  AMAZON.COM, INC.
   b. Person served:  Ellen Jones, Authorized to Accept for Corporation Services Company Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:  300 Deschutes Way Southwest Ste 208 MC-CSC1, Tumwater, WA 98501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thurs, Feb 1, 2024 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Ken Roswold
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:  $323.20

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/7/2024
(Date)

Ken S Roswold
(Signature)



PROOF OF SERVICE

10347167
(5600527)