| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4874-002A | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |
|---|

| Plaintiff: VIRTAMOVE, CORP.,<br>Defendant: AMAZON.COM, INC., et al |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00030-DC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement; Notice of Case Assignment

3. a. Party served:     AMAZON.COM SERVICES LLC
   b. Person served:   Lynanne Gares, authorized to accept for Corporation Service Company, Agent for Service of Process
                       Served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 01 2024 (2) at: 11:25 AM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $323.20

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                           02/01/2024
                                           _____          _____
                                              (Date)                      (Signature)



PROOF OF SERVICE

10347176
(5600530)