**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-CV-00030-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER**
**OR OTHERWISE REPSOND TO COMPLAINT**

Plaintiff VitraMove Corp. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants") hereby jointly move for a 45-day extension of time for Defendants to answer or otherwise respond to Plaintiff's complaint for patent infringement.

Defendants' deadline to answer or otherwise respond to the complaint is currently due on February 20, 2024 and, with this 45-day extension, the deadline would be April 5, 2024.  This motion is not being brought for the purpose of delay.  This extension is necessary because Defendants recently retained counsel and, as a result, need additional time to answer or otherwise respond to the complaint.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

February 15, 2024                    Respectfully submitted,


                                     /s/ Christian W. Conkle

                                     Reza Mirzaie (CA SBN 246953)
                                     rmirzaie@raklaw.com
                                     Marc A. Fenster (CA SBN 181067)
                                     mfenster@raklaw.com
                                     Neil A. Rubin (CA SBN 250761)
                                     nrubin@raklaw.com
                                     Amy E. Hayden (CA SBN 287026)
                                     ahayden@raklaw.com
                                     Christian W. Conkle (CA SBN 306374)
                                     cconkle@raklaw.com
                                     Jonathan Ma (CA SBN 312773)
                                     jma@raklaw.com
                                     **RUSS AUGUST & KABAT**
                                     12424 Wilshire Boulevard, 12th Floor
                                     Los Angeles, CA 90025
                                     Telephone: (310) 826-7474

                                     *Attorneys for Plaintiff VirtaMove, Corp.*



                                     By:  */s/ Colin B. Heideman*
                                     Colin B. Heidman (*Pro Hac Vice* forthcoming)
                                     CA Bar No. 238674
                                     **KNOBBE MARTENS OLSON & BEAR LLP**
                                     925 4th Ave, Ste 2500
                                     Seattle, WA 98104
                                     Telephone: (206) 405-2000
                                     Email: colin.heideman@knobbe.com

                                     *Attorneys for Defendants Amazon.com, Inc.,*
                                     *Amazon.com Services, LLC and Amazon Web Services,*
                                     *Inc.*

-3-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 15, 2024, all counsel of record who are deemed to have

consented to electronic service were served with a copy of the foregoing via electronic mail.


<u>*/s/ Christian W. Conkle*</u>
Christian W. Conkle