-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-CV-00030 <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

-2-

On this date the Court considered the Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint file jointly by Plaintiff VitraMove Corp. ("Plaintiff" or "VirtaMove") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint should be granted.

It is, therefore, ORDERED that Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. shall have until April 5, 2024 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:_____                    _____
                                                            Hon. Derek T. Gilliland
                                                            U.S. Magistrate Judge