IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-CV-00030 <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISLOSURE STATEMENT OF AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AND AMAZON WEB SERVICES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc., by and through their undersigned counsel, state as follows:

Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock.

Amazon.com Services LLC is a wholly owned subsidiary of Amazon.com, Inc.

Amazon Web Services, Inc. is a wholly owned subsidiary of Amazon.com, Inc.

April 5, 2024

*Of Counsel:*
Colin B. Heidman (*Pro Hac Vice*)
Christie R.W. Matthaei (*Pro Hac Vice*)
Logan P. Young (*Pro Hac Vice*)
KNOBBE MARTENS OLSON & BEAR LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

Joseph R. Re (*Pro Hac Vice*)
Jeremy A. Anapol (*Pro Hac Vice*)
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Respectfully submitted,

LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

By:  */s/ Harper Estes*
Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com

*Counsel for Defendants Amazon.com, Inc.,*
*Amazon.com Services, LLC and*
*Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

                                                  */s/ Harper Estes*
                                                  Harper Estes