IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-CV-00030 <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISLOSURE STATEMENT OF AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AND AMAZON WEB SERVICES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc., by and through their undersigned counsel, state as follows:

Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock.

Amazon.com Services LLC is a wholly owned subsidiary of Amazon.com, Inc.

Amazon Web Services, Inc. is a wholly owned subsidiary of Amazon.com, Inc.

| | |
|---|---|
| April 5, 2024 | Respectfully submitted, |
| | |
| | LYNCH, CHAPPELL & ALSUP |
| *Of Counsel:* | A Professional Corporation |
| Colin B. Heidman (*Pro Hac Vice*) | Suite 700 |
| Christie R.W. Matthaei (*Pro Hac Vice*) | 300 N. Marienfeld, |
| Logan P. Young (*Pro Hac Vice*) | Midland, Texas 79701 |
| KNOBBE MARTENS OLSON & BEAR LLP | Telephone: 432-683-3351 |
| 925 4th Ave, Ste 2500 | Telecopier: 432-683-2587 |
| Seattle, WA 98104 | |
| Telephone: 206-405-2000 | By:  */s/ Harper Estes* |
| Facsimile:  206-405-2001 | Harper Estes |
| colin.heideman@knobbe.com | Texas Bar No.  00000083 |
| christie.matthaei@knobbe.com | hestes@lcalawfirm.com |
| logan.young@knobbe.com | |
| | |
| Joseph R. Re (*Pro Hac Vice*) | *Counsel for Defendants Amazon.com, Inc.,* |
| Jeremy A. Anapol (*Pro Hac Vice*) | *Amazon.com Services, LLC and* |
| KNOBBE MARTENS OLSON & BEAR LLP | *Amazon Web Services, Inc.* |
| 2040 Main Street, 14th Floor | |
| Irvine, CA 92614 | |
| Telephone: 949-760-0404 | |
| Facsimile:  949-760-9502 | |
| joe.re@knobbe.com | |
| jeremy.anapol@knobbe.com | |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

                                              */s/ Harper Estes*
                                              Harper Estes