**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No. 7:24-CV-00030-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

On this date the Court considered the Joint Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Dkt. 16), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time should be granted.

THEREFORE, IT IS HEREBY ORDERED  that Plaintiff's time to respond to the Motion shall be extended by two weeks, from April 19, 2024 to May 3, 2024.

THEREFORE, IT IS HEREBY ORDERED that Defendants' time to reply in support of the Motion shall be extended from April 26, 2024 to May 17, 2024.

IT IS SO ORDERED.

Dated:_____    _____
                                                                            Hon. Derek T. Gilliland
                                                                            U.S. Magistrate Judge