AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| VIRTAMOVE, CORP. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-CV-00030-DC-DTG |
| AMAZON.COM, INC. ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIRTAMOVE, CORP.

Date: 04/16/2024

/s/ Daniel B. Kolko
*Attorney's signature*

Daniel B. Kolko, CA SBN 341680
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, California 90025
*Address*

dkolko@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*