# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

VIRTAMOVE, CORP.

vs.    Case No.: 7:24-CV-00030-DC-DTG

AMAZON.COM, INC., ET AL.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeremy A. Anapol, counsel for Amazon.com, Inc., et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeremy A. Anapol may appear on behalf of Amazon.com, Inc., et al. in the above case.

IT IS FURTHER ORDERED that Jeremy A. Anapol, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____ 20___.

_____
UNITED STATES DISTRICT JUDGE