IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-CV-00030-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this date the Court considered the Joint Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (Dkt. 23) between Plaintiff VitraMove Corp. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's First Amended Complaint should be granted.

It is, therefore, ORDERED that Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. shall have until June 7, 2024 to answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:_____     _____
                                   Hon. Derek T. Gilliland
                                   U.S. Magistrate Judge