# EXHIBIT 8

## Contact

www.linkedin.com/in/john-beck-50450b (LinkedIn)

## Top Skills

Unix

Shell Scripting

C

# John Beck

Network Architect at IBM

San Jose, California, United States

## Summary

20 years Solaris development experience, participating in and overseeing F/OSS, kernel, network configuration, virtualization & e-mail utilities.

---

## Experience

IBM
6 years 7 months

Network Architect
April 2018 - Present (6 years 2 months)
San Jose, CA

Senior Software Engineer
November 2017 - Present (6 years 7 months)
San Jose, CA

Oracle
Principal Software Engineer
2010 - October 2017 (7 years)

Sun Microsystems
Staff Engineer
December 1996 - February 2010 (13 years 3 months)

OpenSolaris Community
OGB member
2008 - 2010 (2 years)

---

## Education

UC Santa Barbara

MS, Electrical & Computer Engineering · (1987 - 1989)

Caltech

BS, Engineering & Applied Science · (1983 - 1987)

## Albany High School

 · (1979 - 1981)