# EXHIBIT 9

## Contact

www.linkedin.com/in/danielbprice
(LinkedIn)

### Top Skills
Kernel
Unix
Software Engineering

### Languages
English

### Publications
Solaris Zones: Operating System Support for Consolidating Commercial Workloads

# Daniel Price
Principal Engineer at Coros
San Carlos, California, United States

## Summary

Software Gardener.  Technical debt payment plans.

---

## Experience

**Coros**
Principal Engineer
May 2021 - Present (3 years 1 month)
Mountain View, California, United States

**DeepMap, Inc.**
Staff Software Engineer
October 2020 - May 2021 (8 months)
Palo Alto, California, United States

Data Analytics Team.  This team was tasked with data engineering, data science, and data QA for metrics emitted by the map-making pipeline. Worked on ETL pipelines, metrics definition and refinement, and data quality. Debugged end-to-end company metrics such as "how many miles of map did we make today?".  Chased down map-making pipeline engineers to fix broken metrics.  Created realistic answers to questions like "are our human map editors getting faster at their job over time?"  Rewrote all internal analytics dashboards, using Looker; worked with executives to  answer ongoing questions, as well as quickly responding to their ad-hoc queries.

**Brightgate Inc.**
Software Engineer
September 2017 - September 2020 (3 years 1 month)
Burlingame, California, United States

"Full stack" development of cloud software (mostly Golang, Postgres, and similar on GCS) in a software team of four.  Modern Javascript/HTML/CSS (with Vue).  Devops as needed.  Built a single UI capable of running on-appliance and in cloud.

**Dell EMC**
Sr. Consultant, Software Engineer, DSSD

Page 1 of 2

May 2014 - September 2017 (3 years 5 months)
Menlo Park, CA

Senior developer for appliance administrative software stack, responsible for requirements gathering, design, implementation and mentoring.  Leadership for system serviceability, hardware fault management, system upgrade, release engineering,  software tools and techniques.

DSSD, Inc.
Software Engineer
October 2012 - May 2014 (1 year 8 months)
Menlo Park, CA

Oracle Corporation
Senior Principal Engineer, Solaris Kernel Engineering
March 2010 - October 2012 (2 years 8 months)

Technical lead for core team implementing Solaris software container technologies across kernel and userland.  Inclusive leadership style focused on growth opportunities for team members.

Sun Microsystems
Solaris Kernel Engineer
August 1998 - March 2010 (11 years 8 months)

———

# Education

Brown University
ScB with Honors, Computer Science · (1994 - 1998)

Friends' Central School
 · (1985 - 1994)