# EXHIBIT 10




# OSDI '02 Abstract

The Design and Implementation of Zap: A System for Migrating Computing Environments

Steven Osman, Dinesh Subhraveti, Gong Su, and Jason Nieh, *Columbia University*

## Abstract

We have created Zap, a novel system for transparent migration of legacy and networked applications. Zap provides a thin virtualization layer on top of the operating system that introduces pods, which are groups of processes that are provided a consistent, virtualized view of the system. This decouples processes in pods from dependencies to the host operating system and other processes on the system. By integrating Zap virtualization with a checkpoint-restart mechanism, Zap can migrate a pod of processes as a unit among machines running independent operating systems without leaving behind any residual state after migration. We have implemented a Zap prototype in Linux that supports transparent migration of unmodified applications without any kernel modifications. We demonstrate that our Linux Zap prototype can provide general-purpose process migration functionality with low overhead. Our experimental results for migrating pods used for running a standard user's X windows desktop computing environment and for running an Apache web server show that these kinds of pods can be migrated with subsecond checkpoint and restart latencies.

- View the full text of this paper in HTML and PDF. Until December 2003, you will need your USENIX membership identification in order to access the full papers. The Proceedings are published as a collective work, © 2002 by the USENIX Association. All Rights Reserved. Rights to individual papers remain with the author or the author's employer. Permission is granted for the noncommercial reproduction of the complete work for educational or research purposes. USENIX acknowledges all trademarks within this paper.

- If you need the latest Adobe Acrobat Reader, you can download it from Adobe's site.

 To become a USENIX Member, please see our Membership Information.

?Need help? Use our Contacts page.
Last changed: 4 Nov. 2002 aw

Technical Program
OSDI '02 Home
USENIX home