# EXHIBIT 12

## Contact

www.linkedin.com/in/steven-osman (LinkedIn)

## Top Skills

Game Development
Software Design
OpenGL

## Languages

French (familiarity)
Greek (conversational)
Japanese (familiarity)

## Publications

Guiding the BehaviorDesign of Virtual Assistants

The design and implementation of Zap: A system for migrating computing environments

Perceptions of ASIMO: An exploration on co-operation and competition with humans and humanoid robots

Bringing Video Game Characters into the Real World on a Holographic Light Field Display.

Task Structure and User Attributes as Elements of Human-Robot Interaction Design

## Patents

Overlay video content on a mobile device

User interface system and method using thermal imaging

System and method for control by audible device

Audio, video, simulation, and user interface paradigms

Sound Localization for User in Motion

# Steven Osman

Principal Software Engineer, Research Lab Director. People leader, mentor, technologist, innovator, strategist. Full development lifecycle, 100 patent inventor, rapid prototyping, UX development, academic, HW/SW security
San Francisco, California, United States

## Summary

Creative, dynamic and highly skilled software engineer, researcher, leader, manager, inventor, mentor, former circus performer and tinkerer across multiple industries, from video games to e-commerce to finance. Inventor of over 100 patents and patent applications. Experienced in many aspects of engineering including full development lifecycle of production systems, rapid prototyping, user experience development, published academic research, R&D strategies and steering, security design and review of hardware and software architectures and implementations. Seasoned public speaker and presenter.

Developed many products: real-time physics simulators, games & demos, graphics engines, shaders, augmented and virtual reality applications, compilers, debuggers, embedded systems, database applications, client/server applications, front & back-office trading systems

C, C++, C#, Python, Java, Assembly Language and more

Skills include Video Game Design and Development, Strong Debugging Skills, Virtual and Augmented Reality, Machine Learning, Reinforcement Learning And Deep Learning (Mostly Applied), Database Development, Computer Vision, Computer Graphics, Physics Simulation, Video Game AI, UI Design, UX Prototyping, Hardware & Software Security, Embedded Systems, Software Optimization, Unity 3D, Unreal Engine

---

## Experience

Sony Interactive Entertainment America LLC
Principal Software Engineer and Head of Magic Lab

January 2005 - March 2024 (19 years 3 months)

• Led Magic Lab, an R&D team which explored new possibilities for PlayStation.
•• Acted as people manager, technical lead, design lead and mentor.
•• Rapid prototyping of software and hardware, mostly focused on exploring new user experience possibilities.
•• Projects include gaze tracking interactions, video game spectating prototypes, AR and VR systems, haptics systems evaluations, olfactory (smell) exploration, novel accessibility systems (mostly for people with color vision deficiency), compelling virtual characters, collaborations with CMU and NASA/JPL and more.
•• Transitioned multiple technologies and techniques to production teams

• Led our SIE Global Hackathon, growing it from an activity with ~200 people to over 1,000 participants spanning all technical groups within SIE and showcasing results to all of Sony. Led (and participated in!) approximately 10 such events and kept it alive even through the pandemic.  The hackathon is the flagship innovation event at SIE which drives new ideas employee engagement.
• Contributed to R&D strategy development (moonshot program) and steering of R&D activities for the Future Technology Group. Also major contributor to the group's brand.  This strategy is used to drive the activities of hundreds of members of FTG.
• Member of the WWCS security team (formerly its manager), requirements, prototypes, hardware and software design review of our consoles and their peripherals.  Coordinated with legal and business teams.  This activity reduces security risk, protecting our brand and business and seeks to minimize damage if an issue is exploited by attackers.
• Managed additional teams, including Graphics Tech (GPU compiler and debuggers, GPU architecture requirements, design and analysis) and Future Apps (a prototyping team).
• Contributed to numerous public demonstrations including PS3, PS Move and PSVR launch showcases.
• Inventor of over 100 patents across software, hardware, user experience and user interface devices

Carnegie Mellon University
Research Assistant
August 2002 - December 2004 (2 years 5 months)

• Designed and created an experience that allows children to play games with Honda's ASIMO robot. Created a two-player game similar to EyeToy Play's "Mirror Time" and programmed ASIMO to play it and to react to its opponent. Technologies include OpenGL, DirectShow and ASIMO's SDK.

• Developed and tested several virtual environments for experiments in locomotion in a headmount display and memory experiments.

• Developed an interface for real-time motion capture between a Vicon Motion Systems motion capture system (using Tarsus) and UNC's Virtual Reality Peripheral Network (VRPN).

• Developed a prototype 3DS Max plugin to export models into the .egg format for Disney's Panda3D Engine, and MAXScripts to convert c3d mocap data into Character Studio format and to preview it.

• Teaching assistant for 15-462 Computer Graphics (Fall 2004).

Publications:

• Mutlu, B., Osman, S., Forlizzi, J., Hodgins, J., & Kielser, S. (2006). Task Structure and User Attributes as Elements of Human-Robot Interaction Design. In Proceedings of the 15th IEEE Symposium on Robot and Human Interactive Communication (Ro-Man06), Hatfield, U.K.

• Mutlu, B., Osman, S., Forlizzi, J., Hodgins, J., & Kielser, S. (2006). Perceptions of ASIMO: An exploration on co-operation and competition with humans and humanoid robots. In Extended Abstracts of the 1st ACM/IEEE Human-Robot Interaction Conference (HRI'06), Salt Lake City, UT.

Columbia University
Research Assistant - Network Computing Lab
August 2001 - May 2002 (10 months)

• Worked with team to design Zap: a system to migrated unmodified networked & non-networked Linux applications between hosts.
• Implemented Zap prototype as a Linux 2.4 kernel module with no additional kernel modifications.
• Contributions to the led to me becoming first author on this work.

Publications:

• Steven Osman, Dinesh Subhraveti, Gong Su and Jason Nieh, "The Design and Implementation of Zap: A System for Migrating computing Environments", Proceedings of the Fifth Symposium on Operating Systems Design and Implementation (OSDI 2002), Boston, MA, December 9-11, 2002, pp. 361-376

Additional (prior) work experience:
-------------------------------------

As a Performer and Aggressive Inline Skater:
• Ringling Brothers and Barnum and Bailey
Circus / Entertainment Company: Performer

As a Software Engineer, Database Developer, System and Network Administrator:
• Global Brokerage Corporation
Trading Systems: Software Development Consultant

• Internet Commerce Corporation
EDI / e-Commerce Company: Senior Systems Architect

• Razorfish, Inc.
Web Design Company: Technologist

• HSBC James Capel
Finance / Brokerage Firm: Programmer Analyst

## Education

### Carnegie Mellon University
Master of Science (MS), Computer Science

### Columbia University in the City of New York
Bachelor of Science (BS), Computer Science

### New York Institute of Technology
Bachelor of Science (BS), Computer Science