# EXHIBIT 13

# Dinesh Subhraveti

Cloud Security at CrowdStrike

San Jose, California, United States

## Contact

www.linkedin.com/in/subhraveti
(LinkedIn)
subhraveti.com (Personal)
appswitch.io (Company)

## Top Skills

Operating Systems

Linux Containers

Container Networking

## Honors-Awards

Invitee, World Economic Forum
(2015, 2016)

IBM Research Division Award
(2013); IBM Accomplishment Award
(2012)

IBM Research Eminence and
Excellence Awards (2011, 2012)

Supercomputing'10 Storage
Challenge Award (2010)

Several Patent Plateau Awards,
High Value Patent Awards and
an Invention Achievement Award
(2005-13)

## Publications

Record and Transplay: Partial
Checkpointing for Replay Debugging
Across Heterogeneous Systems

The Unwelcome Guest: Why VMs
Aren't the Solution for Next-gen
Applications

Containers Beyond the Hype

Record and vPlay: Problem
Determination with Virtual Replay
Across Heterogeneous Systems

The Design and Implementation
of Zap – A System for Migrating
Computing Environment

## Patents

Method of checkpointing and
restarting processes which share
open file

## Summary

I developed the core principles behind containers and created its first implementation in Linux as part of my Ph.D. The work was published at OSDI in 2002. It showed, for the first time, that standard unmodified applications can be virtualized and live-migrated. Over the years, the work has been widely cited and deeply influenced industry and academia. Kubernetes "pods" are named after it (https://twitter.com/eric_brewer/status/1061145348716945408).

The technology was licensed to Hewlett Packard Labs in 2003, where I extended it to support coordinated consistent checkpoint-restore of unmodified distributed applications for recovery. The work was published in DSN 2004.

Bringing my earlier research to the industry at Meiosys Inc., the company behind LXC and Linux Containers that IBM acquired in 2005, I drove industry's first Linux container product to virtualize and live-migrate enterprise applications like Oracle and DB2. In the process, I invented techniques to checkpoint the state of subsystems including the TCP/IP stack. The technology was subsequently integrated into the AIX operating system as Workload Partitions (WPARs).

Back in a research role at IBM, I developed several novel offshoots to containers including a framework for mirrored clones of containers for fault tolerance and a system for record-replay of containers across heterogeneous operating systems and hardware architectures for problem determination. These topics along with a number of other forward-looking techniques are elaborately treated in my thesis.

More recently I spent time bringing some of my earlier work to market through a couple of companies that I have (co)founded.

Method of checkpointing parallel processes in execution within plurality of process domains

Varying access parameters for processes to access memory addresses in reponse to detecting a condition related to a pattern of processes access to memory addresses

Method of restoring communication state of process

Gathering pages allocated to an application to include in checkpoint information

---

# Experience

CrowdStrike
Cloud Security
2019 - Present (5 years)

Forbes Technology Council
Member
2017 - Present (7 years)

AppOrbit (Acquired by Cohesity)
Cofounder and CTO
2015 - 2019 (4 years)
San Francisco Bay Area

Application paradigms such as microservices and service mesh work well for green-field applications but most enterprises run legacy software.  We cofounded AppOrbit to bridge that gap by building technologies to automate the modernization of the enterprise applications.  We raised a total of 15M from top-tier investors in the valley including Kleiner Perkins and built groundbreaking auto-modernization product, AppPorter.

‣ https://www.forbes.com/sites/forbestechcouncil/2018/02/15/the-next-generation-of-enterprise-infrastructure
‣ https://www.forbes.com/sites/forbestechcouncil/2019/02/05/containerization-of-the-enterprise-app-and-modernization-of-data-services
‣ https://www.youtube.com/watch?v=m6XyFhEOCao
‣ https://blog.linuxplumbersconf.org/2016/ocw/proposals/4203.html

AppOrbit
Author, Containers Beyond the Hype
2015 - 2019 (4 years)

"As an early inventor of containers, no one has more knowledge of containers than Dinesh. He has synthesized the importance and uniqueness of containers in a way I have seen no one else do. While he digs into technical details, he also abstracts the key points in a way that makes this book relevant for IT business executives."

-- Jason Donahue, former president and CEO, Meiosys Inc.

"'Containers Beyond the Hype is a must-read for anyone considering container technology, especially as part of a DevOps approach.  From early origins to the state-of-the-art, from simple basics to deep intricacies, Dinesh brings unique clarity to an otherwise complex subject that has significant long-term impact."

-- Andi Mann, chief technology advocate, Splunk

"In this quick read, Dinesh clearly and concisely conveys his deep understanding of the art of virtualization.   His vision for bringing containers from hype back to reality points towards significant improvements in managing operational complexity, giving hope to us long-term denizens of Dependency Hell."

-- David Chaiken, former chief architect, Yahoo!

"More than ten years ago, virtualization sparked a revolution in the way we use and consume compute resources. It enabled the thing that we call "cloud". Today, we are at the beginning of a new transformation, initiated by containers. Dinesh is a forerunner of both movements. His insights in this book will help us make the most of the upcoming changes in our industry."

-- Jérôme Petazzoni, cofounder, Docker

AppSwitch (Acquired by AppOrbit)
Founder and CEO
2015 - 2017 (2 years)
San Francisco Bay Area

The way applications connect with each other is weighed down by legacy networking stack.  Based on a core set of patented ideas, I founded AppSwitch Inc. (formerly known as Fermat Inc.) as a networking complement for AppOrbit.

Raised capital, built a truly world-class team towards a game-changing product AppSwitch, and signed up paid deployments with large companies in the valley before merging it with AppOrbit.

‣ https://istio.io/blog/2018/delayering-istio
‣ https://istio.io/blog/2019/appswitch
‣ https://www.cncf.io/webinars/appswitch-proxyless-service-mesh/
‣ https://www.cncf.io/wp-content/uploads/2019/03/AppSwitch-Dinesh-Subhraveti.pdf
‣ https://www.linux.com/news/test-drive-appswitch-network-stack-future
‣ https://networkop.co.uk/post/2018-05-29-appswitch-sdn

‣ https://linuxpiter.com/en/materials/2478

‣ http://appswitch.io/blog/
kubernetes_istio_and_network_function_devirtualization_with_appswitch

‣ https://suchakra.wordpress.com/2018/03/31/so-whats-this-appswitch-thing-goingaround/

‣ http://hci.stanford.edu/cstr/reports/2017-01.pdf

‣ http://appswitch.readthedocs.io/en/latest

‣ https://blog.linuxplumbersconf.org/2017/ocw/sessions/4725.html

‣ https://www.youtube.com/watch?v=LPKpR_Fitn8

‣ https://www.youtube.com/watch?v=C55KjvjLYnE

‣ https://www.youtube.com/watch?v=XjNzqq8W0qE


Altiscale (Acquired by SAP)
Principal Engineer
2013 - 2015 (2 years)

➢ Defined the vision of using containers as the multitenancy layer for Hadoop. Extended Docker to run without root privilege with user namespace support. Serving as a Docker maintainer, contributed hot fixes to day zero security vulnerabilities such as Docker shocker:

‣ https://github.com/moby/moby/commit/
cf331cdd6ad35c6e0d291df51b49aef5909671f5

‣ https://github.com/moby/moby/pull/4572

➢ Architected and built initial versions of infrastructure software necessary to deploy and operate Hadoop on containers.

➢ Built and led a team to deploy 1.0 service to production, addressing a number of quirky systems issues along the way.


IBM Almaden Research Center
Research Staff Member
2005 - 2013 (8 years)

➢ Spent initial years integrating various parts of Meiosys' portfolio within IBM. Filed over 20 patents around my earlier work at Meiosys along with others on storage and operating systems.

➢ Most recent role involved making GPFS file system work for scale-out applications

‣ https://ieeexplore.ieee.org/document/6517331

‣ http://files.gpfsug.org/presentations/2013/GPFS-OpenStack_DS.pdf

➢ Principal investigator for "Storage framework for the compute cloud" theme: Define the strategy, create projects, attract funding from internal brands, collaborate with universities by nominating faculty for IBM funding, recruit/

mentor team members and research interns, represent the work at internal and external venues.

➢ Evaluator for several partnerships/acquisitions (2005-13)
➢ San Jose/Tucson patent review board (2007-08)
➢ IBM fellowship review committee (2010-13)

## Meiosys (acquired by IBM)
CTO, Meiosys US
2004 - 2005 (1 year)

➢ Drove implementation of Meiosys' Container virtualization system for general enterprise applications based on my earlier research at Columbia University and HP Labs.
➢ Did original implementation of support for key operating system resources and novel optimizations.
➢ Led technical diligence with IBM during acquisition.

## Hewlett-Packard Laboratories
Research Associate
2003 - 2004 (1 year)

➢ Extended Containers to support coordinated checkpoint-restart of distributed HPC applications (through a research license of my containers work at Columbia University to HP labs)
➢ Evangelized this new notion of Containers at that time through presentations and demos to business units across HP.
➢ Filed core patents around containers and distributed checkpointing.

## Columbia University
Research and Teaching Assistant
2001 - 2003 (2 years)

➢ Cofounded the project that introduced the core principles and mechanisms underlying Linux Containers.  The term "Pod" in Kubernetes comes from this work.
➢ Created the initial implementation of container virtualization that supported server and desktop applications based on interposition of application-kernel interface.
➢ Coauthored the first research publication on Linux Containers published at OSDI'02 conference.

## Cisco Systems
Software Engineer

2000 - 2001 (1 year)

Built parts of DHCP server for IPv6 on Cisco IOS.

### Birla Institute of Technology and Science (BITS), Pilani
Student Instructor
1999 - 2000 (1 year)
India

➢ Implemented an operating system kernel with a set of drivers and applications from scratch for hobby.  My productivity became 10x after discovering virtualization as a learning and debugging tool, leading me down virtualization research at grad school.

➢ Taught practical aspects of implementing and debugging an initial boot loader and the operating system kernel to the co-students of the Operating Systems class as a Student Instructor, a role made up for me at that time.

➢ Wrote a compendium which was used as required reading for next year's class.

———

# Education

### Columbia University in the City of New York
Ph.D., M.Phil., M.S., Computer Science

### Birla Institute of Technology and Science, Pilani
B.E., (Hons.) Computer Science