# **EXHIBIT 14**

## Contact

www.linkedin.com/in/gong-su-28869a5 (LinkedIn)

## Top Skills

C++
Computer Science
Algorithms

# Gong Su

Research Staff Member at IBM T.J. Watson Research Center
Hawthorne, New York, United States

## Experience

**IBM TJ Watson Research Center**
Research Staff Member
2004 - Present (20 years)
Yorktown Heights, NY

**Activium/Nextorage Inc.**
Chief Software Engineer
2000 - 2003 (3 years)

**Lucent Technologies**
Consultant
1999 - 2000 (1 year)

---

## Education

**Columbia University in the City of New York**
Ph.D, Computer Science · (2004)

**University of Science and Technology of China**
BS, Physics · (1983 - 1988)