# EXHIBIT 15

## Contact

www.linkedin.com/in/jasonnieh (LinkedIn)
www.cs.columbia.edu/~nieh (Personal)
columbia.facebook.com/profile.php (Other)

# Jason Nieh

Professor at Columbia University
New York, New York, United States

## Summary

Jason Nieh is a Professor of Computer Science and co-Director of the Software Systems Laboratory at Columbia University.  He is Chief Scientist of CertiK. He has served as a consultant to both government and industry, including as the technical advisor on the Microsoft Antitrust Settlement, and as an expert witness before the US International Trade Commission. He has made research contributions across a broad range of areas, including operating systems, virtualization, thin-client computing, cloud computing, mobile computing, computer security, formal verification, multimedia, web technologies, and performance evaluation. Technologies he developed are widely used in major operating system platforms, including Android and Linux, and are built into Arm processors, billions of which ship each year. Nieh is a Fellow of the ACM, IEEE, and John Simon Guggenheim Memorial Foundation. Other honors for his research work include the Sigma Xi Young Investigator Award, awarded once every two years in the physical sciences and engineering, a National Science Foundation CAREER Award, a Department of Energy Early Career Award, multiple Google and IBM Faculty Research Awards, and various best paper awards, including those from MobiCom, OSDI, SIGCSE, SIGMETRICS, and SOSP. A dedicated teacher, he received the Distinguished Faculty Teaching Award from the Columbia Engineering School Alumni Association for his innovations in teaching operating systems and for introducing virtualization as a pedagogical tool. Professor Nieh earned his B.S. from MIT and his M.S. and Ph.D. from Stanford University, all in Electrical Engineering.

---

## Experience

Columbia University
Professor of Computer Science
1999 - Present (25 years)

CertiK
Chief Scientist
September 2020 - Present (3 years 9 months)

---

## Education

Stanford University
PhD, Electrical Engineering

Massachusetts Institute of Technology
BS, Electrical Engineering