# EXHIBIT 17

Transaction Number / Numéro de transaction: APP-A10377397464
Generated on: March 05, 2024, 13:51 / Généré le: 05 mars 2024, 13:51



Ministry of Public and Business Service Delivery
Ministère des Services au public et aux entreprises

# Certified Document Copies     Copies de document certifiés

**APPZERO CORP.**
Corporation Name / Dénomination sociale

**1520432**
Ontario Corporation Number / Numéro de société de l'Ontario

**3**
Total number of pages (excluding certification page) / Nombre total de pages (excluant la page de certification)

Note: The Ontario Business Registry was established on October 19, 2021. A separate search must be conducted for documents filed on or after that date.

Remarque: Le Registre des entreprises de l'Ontario a été créé le 19 octobre 2021. Une recherche distincte doit être effectuée pour les documents déposés à cette date ou après.

*V. Quintanilla W.*
Director / Directeur

Certified a true copy of the record maintained by the Ministry of Public and Business Service Delivery prior to October 19, 2021.



Copie certifiée conforme du dossier conservé par le ministère des Services au public et aux entreprises avant le 19 octobre 2021.

*V. Quintanilla W.*
Director/Registrar

*V. Quintanilla W.*
Directeur ou registrateur

**FORM 2 - EXTRA PROVINCIAL CORPORATIONS/**
**FORMULE 2 - PERSONNES MORALES EXTRA-PROVINCIALES**
Please type or print all information in block capital letters using black ink.
Prière de dactylographier les renseignements ou de les écrire en caractères d'imprimerie à l'encre noire.

**INITIAL RETURN/NOTICE OF CHANGE /**
**RAPPORT INITIAL/AVIS DE MODIFICATION**
Corporations Information Act/
Loi sur les renseignements exigés des personnes morales

2. Ontario Corporation Number / Numéro matricule de la personne: **1520432**

3. Date of Incorporation or Amalgamation / Date de constitution, ou fusion: Year/Année **2002** Month/Mois **03** Day/Jour **19**

1. Business Corporations/ Société par actions: [X] Initial Return
   Not-For-Profit Corporation/ Personne morale sans but lucratif: [ ]

4. Corporation Name Including Punctuation/Raison sociale de la personne morale, y compris la ponctuation:
   **TRIGENCE CORP.**

5. Address of Registered or Head Office/Adresse du siège social
   Street Number: **333**  Street Name: **Preston Street**
   Street Name (cont'd): **11th Floor**
   City/Town/Ville: **Ottawa**
   Province: **Ontario**
   Country/Pays: **Canada**
   Postal Code: **K1S 5N4**

RECEIVED MAY 0 6 2002 COMPANIES BRANCH

6. Address of Principal Office in Ontario/Adresse du bureau principal en Ontario
   [X] Same as Above/ Même que celle ci-dessus
   [ ] Not Applicable/ Ne s'applique pas
   ONTARIO, CANADA

PROCESSED MAY 0 8 2002 DATA ENTRY COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH

7. Language of Preference / Langue préférée: English/Anglais [X]  French/Français [ ]

8. Former Corporation Name if applicable/Raison sociale antérieure de la personne morale, le cas échéant.
   [X] Not Applicable / Ne s'applique pas

9. Date commenced business activity in Ontario/ Date de début des activités en Ontario
   Year/Année **2002** Month/Mois **03** Day/Jour **19**

10. Date ceased carrying on business activity in Ontario/ Date de cessation des activités en Ontario
    [X] Not Applicable/ Ne s'applique pas

11. Jurisdiction of Incorporation/Amalgamation or Continuation. (Check appropriate box) Do not check more than one box.
    Ressort de constitution/de fusion ou prorogation (cocher la case pertinente). Ne cocher qu'une seule case.
    1. [ ] ALBERTA  2. [X] CANADA  3. [ ] NEW BRUNSWICK/NOUVEAU-BRUNSWICK  4. [ ] NOVA SCOTIA/NOUVELLE-ÉCOSSE  5. [ ] QUÉBEC  6. [ ] YUKON  7. [ ] BRITISH COLUMBIA/COLOMBIE-BRITANNIQUE
    8. [ ] MANITOBA  9. [ ] NEWFOUNDLAND/TERRE-NEUVE  10. [ ] PRINCE EDWARD ISLAND/ÎLE-DU-PRINCE-ÉDOUARD  11. [ ] SASKATCHEWAN  12. [ ] NORTHWEST TERRITORIES/TERRITOIRES DU NORD-OUEST  13. [ ] NUNAVUT

    If other please specify/ Si autre, veuillez préciser:

This information is being collected under the authority of The Corporations Information Act for the purpose of maintaining a public data base of corporate information.
La Loi sur les renseignements exigés des personnes morales autorise la collecte de ces renseignements pour constituer une banque de données accessible au public.

07201(00/99)  FOR MINISTRY USE ONLY/A L'USAGE DU MINISTÈRE    [ ] See deficiency letter enclosed/Voir l'avis d'insuffisance ci-joint

FORMULE 2 - PERSONNES MORALES EXTRA-PROVINCIALES
**Please type or print all information in block capital letters using black ink.**
Prière de dactylographier les renseignements ou de les écrire en caractères d'imprimerie à l'encre noire.

| FOR MINISTRY USE ONLY À L'USAGE DU MINISTÈRE SEULEMENT | Ontario Corporation Number/ Numéro matricule de la personne morale en Ontario **1520432** | Date of Incorporation or Amalgamation Date de constitution ou fusion Year/Année Month/Mois Day/Jour **2002   03   19** | For Ministry Use Only À l'usage du ministère seulement |
|---|---|---|---|

**12. Name and Office Address of the Chief Officer/Manager in Ontario/**
Nom et adresse du bureau du directeur général/gérant en Ontario       [X] Not Applicable/Ne s'applique pas

Last Name/Nom de famille        First Name/Prénom        Middle Name/Autres prénoms

Street Number/Numéro civique

Street Name/Nom de la rue

Street Name (cont'd)/Nom de la rue (suite)        Suite/Bureau

City/Town/Ville        ONTARIO, CANADA        Postal Code/Code postal

Date Effective / Date d'entrée en vigueur   Year/Année Month/Mois Day/Jour
Date Ceased / Date de cessation des fonctions   Year/Année Month/Mois Day/Jour

**13. Name and Office Address of Agent for Service in Ontario - Check One box**
Nom et adresse du bureau du mandataire aux fins de signification en Ontario. Cocher la case pertinente.

[X] Not Applicable/Ne s'applique pas

Only applies to foreign business corporations
S'applique seulement aux personnes morales étrangères

a) [ ] Individual or un particulier ou        b) [ ] Corporation une personne morale
Complete appropriate sections below/Remplir les parties pertinentes ci-dessous.

a) Individual Name/Nom du particulier
Last Name/Nom de famille        First Name/Prénom        Middle Name/Autres prénoms

b) Ontario Corporation Number/Numéro matricule de la personne morale en Ontario

Corporation Name including punctuation/Raison sociale, y compris la ponctuation

c) Address/Adresse
c/o / a/s

Street Number/Numéro civique   Street Name/Nom de la rue   Suite/Bureau

Street Name (cont'd)/Nom de la rue (suite)        City/Town/Ville

ONTARIO, CANADA        Postal Code/Code postal

**14.** (Print or type name in full of the person authorizing filing / Dactylographier ou inscrire le prénom et le nom en caractères d'imprimerie de la personne qui autorise l'enregistrement)

I/Je **Anne-Marie Crowley**

certify that the information set out herein, is true and correct.
atteste que les renseignements précités sont véridiques et exacts.

Check appropriate box
Cocher la case pertinente

D) [ ] Director/Administrateur
O) [ ] Officer/Dirigeant
P) [X] Other Individual having knowledge of the affairs of the Corporation/Autre personne ayant connaissance des activités de la personne morale

NOTE/REMARQUE: Sections 13 and 14 of the Corporations Information Act provide penalties for making false or misleading statements or omissions. Les articles 13 et 14 de la Loi sur les renseignements exigés des personnes morales prévoient des peines en cas de déclaration fausse ou trompeuse, ou d'omission.
This information is being collected under the authority of The Corporations Information Act for the purpose of maintaining a public data base of corporate information.
La Loi sur les renseignements exigés des personnes morales autorise la collecte de ces renseignements pour constituer une banque de données accessible au public.

07201 (08/98) FOR MINISTRY USE ONLY/À L'USAGE DU MINISTÈRE        [ ] See deficiency letter enclosed/Voir l'avis d'insuffisance ci-joint

 Industry Canada    Industrie Canada

**Certificate of Incorporation**

**Canada Business Corporations Act**

RECEIVED MAY 0 6 2002 COMPANIES BRANCH

**Certificat de constitution**

**Loi canadienne sur les sociétés par actions**

---

TRIGENCE CORP.                                                402791-4

Name of corporation-Dénomination de la société        Corporation number-Numéro de la société

I hereby certify that the above-named corporation, the articles of incorporation of which are attached, was incorporated under the *Canada Business Corporations Act.*

Je certifie que la société susmentionnée, dont les statuts constitutifs sont joints, a été constituée en société en vertu de la *Loi canadienne sur les sociétés par actions.*

March 19, 2002 / le 19 mars 2002

Director - Directeur            Date of Incorporation - Date de constitution

Canada