# EXHIBIT 18



**The distance from Midland, Texas to Ottawa, Ontario is:**

**1,959 miles** / **3 153 km** driving

**1,688 miles** / **2 716 km** flying



City: Ottawa, Canada
Check-in: 06/07/2024
Check-out: 06/13/2024
Get: hotel      SEARCH

Powered by MediaAlpha

Get: distance
From: Midland, TX
To: Ottawa, Canada
CALCULATE

Fly or drive from Midland to Ottawa

Map of distance from Midland, TX to Ottawa, Canada



| More trip calculations |
|---|
| Driving Time › |
| Cost Of Driving › |
| Reverse Distance › |
| Halfway › |
| Stopping Points › |
| **Hotels** near Ottawa, Canada › |
| Flight Time › |
| **airports** near Ottawa, Canada › |
| **airlines** flying to Ottawa, Canada › |
| Nonstop Flights › |
| Time Difference › |

## Distance from Midland, TX to Ottawa, Canada

The total driving distance from Midland, TX to Ottawa, Canada is **1,959 miles** or **3 153 kilometers**.

The total straight line flight distance from Midland, TX to Ottawa, Canada is **1,688 miles**.

This is equivalent to **2 716 kilometers** or **1,467 nautical miles**.

Your trip begins in Midland, Texas. It ends in Ottawa, Canada.

Your flight direction from Midland, TX to Ottawa, Canada is **Northeast** (49 degrees from North).

The distance calculator helps you figure out how far it is to get from Midland, TX to Ottawa, Canada. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

## Midland, Texas

**City:** Midland

**State:** Texas

**Country:** United States

**Category:** cities

### related links

- **airlines** serving Midland, TX
- **hotels** near Midland, TX
- **airports** near Midland, TX
- **cities** near Midland, TX

## Ottawa, Ontario

**City:** Ottawa

**Province:** Ontario

**Country:** Canada

**Category:** cities

### related links

**airlines** serving Ottawa, Canada

**hotels** near Ottawa, Canada

**airports** near Ottawa, Canada

**cities** near Ottawa, Canada

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

Home  ·  About  ·  Terms  ·  Do Not Sell My Info  ·  Privacy