# EXHIBIT 19



| | | | |
|---|---|---|---|
| | Innovation, Science and Economic Development Canada<br>Corporations Canada | Innovation, Sciences et Développement économique Canada<br>Corporations Canada | Corporations Canada<br>C. D. Howe Building<br>235 Queen St<br>Ottawa ON K1A 0H5 | Corporations Canada<br>Édifice C.D.Howe<br>235 rue Queen<br>Ottawa ON K1A 0H5 |

## Corporate Profile / Profil corporatif

| Date and time of Corporate Profile (YYYY-MM-DD) | 2024-03-04 11:43 PM | (AAAA-MM-JJ) Date et heure du Profil corporatif |
|---|---|---|

### CORPORATE INFORMATION / RENSEIGNEMENTS CORPORATIFS

**Corporate name** / **Dénomination**

VirtaMove Corp.

| **Corporation number** | 761461-6 | **Numéro de société ou d'organisation** |
| **Business number** | 856544515RC0001 | **Numéro d'entreprise** |
| **Governing legislation** | | **Régime législatif** |

*Canada Business Corporations Act* (CBCA) - 2010-08-12

*Loi canadienne sur les sociétés par actions* (LCSA) - 2010-08-12

**Status** / **Statut**

Active

Active

### REGISTERED OFFICE ADDRESS / ADRESSE DU SIÈGE

110 Didsbury Road, M083
Ottawa ON  K2T 0C2
Canada

### ANNUAL FILINGS / DÉPÔTS ANNUELS

| **Anniversary date** (MM-DD) | 08-12 | (MM-JJ) **Date anniversaire** |
| **Filing period** (MM-DD) | 08-12 to/au 10-11 | (MM-JJ) **Période de dépôt** |

**Status of annual filings** / **Statut des dépôts annuels**

| Not due | 2024 | N'est pas dû |
| Filed | 2023 | Déposé |
| Filed | 2022 | Déposé |

| **Date of last annual meeting** (YYYY-MM-DD) | Not available / Pas disponible | (AAAA-MM-JJ) **Date de la dernière assemblée annuelle** |

**Type** / **Type**

Non-distributing corporation with 50 or fewer shareholders

Société n'ayant pas fait appel au public et comptant 50 actionnaires ou moins



| Telephone / Téléphone | Email / Courriel | Website / Site Web | |
|---|---|---|---|
| 1-866-333-5556 | ic.corporationscanada.ic@ised-isde.gc. | https://corporationscanada.ic.gc. | 1 / 2 |

| DIRECTORS | | ADMINISTRATEURS |
|---|---|---|
| **Minimum number** | 1 | **Nombre minimal** |
| **Maximum number** | 10 | **Nombre maximal** |
| **Current number** | 4 | **Nombre actuel** |
| Scott Munro | 1950 University Circle, East Palo Alto CA  94303, United States | |
| Greg Dee | 110 Ferrier Avenue, Toronto ON  M4K 3H4, Canada | |
| Joseph Alsop | c/o Woodford Farm Trust, 255-800 South Street, Waltham MA  02453, United States | |
| Nigel Stokes | 60 Boswell Avenue, Toronto ON  M5R 1M4, Canada | |

## CORPORATE HISTORY / HISTORIQUE CORPORATIF

**Corporate name history** (YYYY-MM-DD)  (AAAA-MM-JJ) **Historique de la dénomination**

| | | |
|---|---|---|
| 2010-08-12 to / à 2018-05-08 | APPZERO SOFTWARE CORP. | |
| 2018-05-08 to present / à maintenant | VirtaMove Corp. | |

**Certificates issued** (YYYY-MM-DD)  (AAAA-MM-JJ) **Certificats émis**

| | | |
|---|---|---|
| Certificate of Incorporation | 2010-08-12 | Certificat de constitution en société |
| Certificate of Amendment<br>  Amendment details:<br>    Other | 2014-02-18 | Certificat de modification<br>  Renseignements concernant les modifications aux statuts :<br>    Autre |
| Certificate of Amendment<br>  Amendment details:<br>    Other | 2015-02-18 | Certificat de modification<br>  Renseignements concernant les modifications aux statuts :<br>    Autre |
| Certificate of Amendment<br>  Amendment details:<br>    Other | 2016-02-12 | Certificat de modification<br>  Renseignements concernant les modifications aux statuts :<br>    Autre |
| Certificate of Amendment<br>  Amendment details:<br>    Corporate name | 2018-05-08 | Certificat de modification<br>  Renseignements concernant les modifications aux statuts :<br>    Dénomination sociale |

Amendments details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed.

Seuls les renseignements concernant les modifications effectuées après 2010-03-20 sont disponibles. Certains certificats émis avant 2000 pourraient ne pas être listés.

**Documents filed** (YYYY-MM-DD)  (AAAA-MM-JJ) **Documents déposés**

---

The Corporate Profile sets out the most recent information filed with and accepted by Corporations Canada as of the date and time set out on the Profile.

Le Profil corporatif fait état des renseignements fournis et acceptés par Corporations Canada à la date et à l'heure indiquées dans le profil.

 Canada

Telephone / Téléphone
1-866-333-5556

Email / Courriel
ic.corporationscanada.ic@ised-isde.gc.

Website / Site Web
https://corporationscanada.ic.gc.

2 / 2