# EXHIBIT 20

## Contact

www.linkedin.com/in/paul-o-
leary-4706355 (LinkedIn)
www.ottawadiamondbacks.com
(Other)

## Top Skills

OpenShift

RedHat

Unix

## Certifications

Oracle Database 11g Certified
Professional OCP

Redhat Certified Engineer RHCE
RHEL6

ITIL Foundations

Red Hat Certified System
Administrator (RHCSA)

Red Hat Certified Specialist in
OpenShift Administration

# Paul O'Leary

Openshift TAM @ Redhat
Ottawa, Ontario, Canada

## Summary

Based primarily in a Unix/Linux environment, I strive to learn more
tools and gather more knowledge to deal with any environment I
might encounter.

I would like to stay on track to becoming a solutions architect, and
deliver highly effective and efficient solutions for businesses and
enterprises.

Specialties: Linux (Red Hat and other flavors)
High Availability
Oracle Databases
Systems Automation
Systems Design and procurement

Valid Secret (Level II) Security Clearance

_____

## Experience

### Pickleshop

Owner

August 2023 - Present (10 months)

Carleton Place, Ontario, Canada

Founder and Owner of www.pickleshop.net.

Providing Canadian pickleball players a place to buy Canadian made pickleball
products of the highest quality.

### Red Hat

Technical Account Manager

October 2022 - Present (1 year 8 months)

Ottawa, Ontario, Canada

### Kinaxis

Sr. SaaS Linux System Administrator

November 2018 - October 2022 (4 years)

Ottawa, Canada Area

## Saba Software
### Senior SaaS Infrastructure Administrator
November 2017 - November 2018 (1 year 1 month)
kanata

As SaaS Infrastructure administrator I take care of the following technologies in several environments from Lab up to production:

- CentOS Linux administration.

- Storage Administration including NetApp, Hitachi HCP, CEPH and Hadoop.

- Networking with F5 and Cisco devices.

- Automation with Puppet, Spacewalk, Kickstart and Ansible.

- Monitoring with Nagios, Check_MK (OMD), RHQ, and New Relic.

- Windows administration using AD and powershell.

## Entrust Datacard
### Linux Systems Administrator / Cloud Services Engineer
November 2013 - September 2017 (3 years 11 months)
Kanata

Currently performing Cloud Administration duties. This includes but not limited to the following:

- Redhat Linux Administration (RHEL, Satellite, Ansible)

- Database administration (SQL 2008R2, PostGres, Oracle)

- Networking (CheckPoint FW, Cisco ASA, Cisco AnyConnect)

- Storage Management (NetApp, Dell Equalogic)

- DNS Design and architecture (BIND 9.10)

- all other infrastructure related tasks and technologies....

## CIRA
### Senior Systems Administrator
April 2012 - November 2013 (1 year 8 months)

## Advanced Software Concepts
### Senior Linux Administrator
March 2009 - April 2012 (3 years 2 months)

All around systems administration in a 100% Linux environment.

Design and Implementation of Production and development environment in both VMWare and KVM virtualization software.

## BreconRidge

DBA
2007 - March 2009 (2 years)

Oracle DBA/UNIX Admin

VMWare ESX Admin


CGI
Senior UNIX Admin
2005 - 2007 (2 years)


CSC
UNIX Admin
2000 - 2005 (5 years)


Nortel Networks
5 years

UNIX Administrator
2000 - 2005 (5 years)


UNIX Admin
2000 - 2000 (less than a year)

———

# Education

Memorial University, Newfoundland and Labrador
B. SC, Computer Science · (1995 - 2000)