# EXHIBIT 23



The distance from Midland, Texas to Dayton, Ohio is:

**1,281 miles** / **2 062 km** driving

**1,134 miles** / **1 826 km** flying

City: Dayton, OH
Check-in: 06/07/2024
Check-out: 06/13/2024
Get: hotel

SEARCH

Powered by MediaAlpha

Get: distance
From: Midland, TX
To: Dayton, OH

CALCULATE

**Fly or drive** from Midland to Dayton

Map of distance from Midland, TX to Dayton, OH



## More trip calculations

| | |
|---|---|
| **Driving Time** | > |
| **Cost Of Driving** | > |
| **Reverse Distance** | > |
| **Halfway** | > |
| **Stopping Points** | > |
| **Hotels** near Dayton, OH | > |
| **Flight Time** | > |
| **airports** near Dayton, OH | > |
| **airlines** flying to Dayton, OH | > |
| **Nonstop Flights** | > |
| **Time Difference** | > |

## Distance from Midland, TX to Dayton, OH

The total driving distance from Midland, TX to Dayton, OH is **1,281 miles** or **2 062 kilometers**.

The total straight line flight distance from Midland, TX to Dayton, OH is **1,134 miles**.

This is equivalent to **1 826 kilometers** or **986 nautical miles**.

Your trip begins in Midland, Texas. It ends in Dayton, Ohio.

Your flight direction from Midland, TX to Dayton, OH is **Northeast** (57 degrees from North).

The distance calculator helps you figure out how far it is to get from Midland, TX to Dayton, OH. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

## Midland, Texas

**City:** Midland

**State:** Texas

**Country:** United States

**Category:** cities

### related links

- **airlines** serving Midland, TX
- **hotels** near Midland, TX
- **airports** near Midland, TX
- **cities** near Midland, TX

## Dayton, Ohio

**City:** Dayton

**State:** Ohio

**Country:** United States

**Category:** cities

### related links

- **airlines** serving Dayton, OH
- **hotels** near Dayton, OH
- **airports** near Dayton, OH
- **cities** near Dayton, OH

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

Home · About · Terms · Do Not Sell My Info · Privacy