# EXHIBIT 25

Docs    Get support    Contact sales

cker.   Products    Developers    Pricing    Support    Blog    Company         Sign In

# Docker: Nine Years YOUNG



Scott Johnston

Nine years ago today, March 15, 2013, Solomon Hykes, the founder of Docker, first demoed Docker publicly to the world at PyCon. On stage Solomon noted that, for developers, "shipping to the server is hard," and thus he and the early team designed Docker to help developers more easily build, share, and run any app, anywhere. The rest, as they say, is history.

Fast forward to today, and thanks to Solomon, hundreds of Docker employees past and present, and millions of developers, community members, contributors, customers, and partners, we are able to celebrate Docker's ninth birthday and can look forward to many more to come. And while our journey these last nine years has been anything but a straight line, our re-focusing in 2019 on the needs of developers is starting to bear fruit across our community, product, customers, and business.

Sustainably growing Docker was the critical desired outcome of our re-focusing in 2019. The changes we've made to our product, pricing, and licensing since then have enabled us to sustainably grow the business while continuing to grow the Docker developer community. To wit, growing sustainably enables us to continue to serve 100% for free 10 million registered Docker developers, 35 million Docker Engine downloads / month, 14 PB of container image storage, 31 PB / month in container image network egress, and much more.

In addition to investing in the community, sustainably growing our business enables us to increase our investment in our product for developers. Since 2019, you've seen us consistently deliver against our public product roadmap – most recently Docker Desktop for Linux and a 6X improvement in performance in Docker Desktop for Mac – and there's much more to come! Be sure to swing by the Docker Community All Hands on March 31 for more birthday celebrations and exciting announcements, and there's even more to share at DockerCon on May 10.

Happy ninth birthday, Docker community! Here's to many more years in which we together build, share, and run!



## DockerCon Live 2022

Join us for DockerCon Live 2022 on Tuesday, May 10. DockerCon Live is a free, one day virtual event that is a unique experience for developers and development teams who are building the next generation of modern applications. If you want to learn about how to go from code to cloud fast and how to solve your development challenges, DockerCon Live 2022 offers engaging live content to help you build, share and run your applications. Register today at https://www.docker.com/dockercon/

Docker, Docker Birthday

  

**Build Your Own AI-Driven Code Analysis Chatbot for Developers with the GenAI Stack**
By Ajeet Singh Raina June 6, 2024

**Develop Kubernetes Operators in Java without Breaking a Sweat**
By Alex Stockinger June 6, 2024

**Docker Announces SOC 2 Type 2 Attestation & ISO 27001 Certification**
By Rachel Taylor June 4, 2024

## Posted

Mar 15, 2022

  

## Post Tags

- Docker
- Docker Birthday

## Categories

- Community
- Company
- Engineering
- Products



## Products

- Docker Desktop
- Docker Hub
- Docker Scout
- Docker Build Cloud

## Features

- Command Line Interface
- IDE Extensions
- Container Runtime
- Docker Extensions
- Trusted Open Source Content
- Secure Software Supply Chain
- Product Roadmap

## Developers

- Documentation
- Getting Started
- Trainings
- Extensions SDK
- Community
- Open Source
- Preview Program

## Pricing

- Personal
- Pro
- Team
- Business
- Pricing FAQ
- Contact Sales

## Support

- Docker System Status

## Blog

- Newsletter

## Company

- About Us
- What is a Container
- Why Docker
- Trust
- Customers
- Partners
- Events
- Newsroom
- Swag Store
- Brand Guidelines
- Trademark Guidelines
- Careers
- Contact Us

## Languages

- English
- 日本語

     

© 2024 Docker Inc. All rights reserved  |  Terms of Service  |  Privacy  |  Legal