# EXHIBIT 27

5/23/24, 2:11 PM
Case 7:24-cv-00030-ADA-DTG Document 32-27, Filed 06/07/24 Page 2 of 2
PyCon 2013 - Santa Clara, CA - March 13th-21st | us.pycon.org

