# EXHIBIT 31



# Cloud Native Computing Foundation (CNCF)

Making cloud native ubiquitous

IT Services and IT Consulting · San Francisco, CA · 122K followers · 51-200 employees

**+ Follow**    **✈ Message**    ···

Home    **About**    Posts    Jobs    People    Insights

## Overview

Cloud native computing uses an open source software stack to deploy applications as microservices, packaging each part into its own container, and dynamically orchestrating those containers to optimize resource utilization. The Cloud Native Computing Foundation (CNCF) hosts critical components of those software stacks including Kubernetes and Prometheus; brings together the industry's top developers, end users, and vendors; and serves as a neutral home for collaboration. CNCF is part of The Linux Foundation.

**Website**
https://cncf.io/

**Industry**
IT Services and IT Consulting

**Company size**
51-200 employees
439 associated members

**Headquarters**
San Francisco, CA

**Founded**
2015

**Specialties**
Cloud Native Computing, Microservices, Containers, Kubernetes, and Open Source

## Locations (1)

Primary

Headquarters
1 Letterman Drive, San Francisco, CA 94129, US

Get directions ↗