# EXHIBIT 32

5/22/24, 8:22 PM
containerd – An industry-standard container runtime with an emphasis on simplicity, robustness and portability
Case 7:24-cv-00030-ADA-DTG Document 32-32 Filed 06/07/24 Page 2 of 3



## containerd is graduating within the **CNCF**!

As of February 28, 2019, containerd is officially a graduated project within the Cloud Native Computing Foundation, following **Kubernetes**, **Prometheus**, **Envoy**, and **CoreDNS**. We'd like to thank the *amazing* containerd community for making this all possible and we're excited for the future of the project.

You can read the official announcement **on the CNCF website**.

🍾 🎉 🥳 🎁



**containerd** is available as a daemon for Linux and Windows. It manages the complete container lifecycle of its host system, from image transfer and storage to container execution and supervision to low-level storage to network attachments and beyond.



## Features

| | |
|---|---|
| OCI Image Spec support | OCI Runtime Spec support (aka runC) |
| Image push and pull support | Container runtime and lifecycle support |
| Network primitives for creation, modification, and deletion of interfaces | Management of network namespaces containers to join existing namespaces |
| Multi-tenant supported with CAS storage for global images | |

## Adopters

containerd is a **Cloud Native Computing Foundation** graduated project



