# EXHIBIT 33



















