# EXHIBIT 34

## Contact

www.linkedin.com/in/derek-mcgowan-6a750714 (LinkedIn)

## Top Skills

Golang
Linux
Python

## Patents

Smart Address Book
Information Association And Suggestion

# Derek McGowan

open source software maintainer
Greater Sacramento

## Experience

Docker, Inc
Software Engineer
August 2023 - Present (10 months)

Apple
Software Engineer
June 2020 - August 2023 (3 years 3 months)

Docker, Inc.
Software Engineer
May 2014 - June 2020 (6 years 2 months)

Plaxo
Software Engineer
November 2009 - May 2014 (4 years 7 months)

Designed and implemented big data system and algorithms to find updates for Plaxo user's address books.  Choose Cassandra and Hadoop to store and process large volume of data and worked closely with operations to setup and configure the cluster.  Designed new service-based architecture for Plaxo backend services.  Built cross language compilation process to allow legacy C++ code base to be used alongside newer Python and Java code implementations.  Implemented user interface for Plaxo iPhone application.

SocialGuides
Co-founder
November 2008 - October 2009 (1 year)

Lead small development team through startup incubator Shotput Ventures in Atlanta.   Wrote scoring algorithm for Restaurant/Hotel sorting based on user activity.  Built iPhone application for location based searching.  Built backend APIs for supporting multiple mobile clients.  Administered Linux test and development server.

Travature
Software Developer

September 2007 - October 2008 (1 year 2 months)

Worked on airfare metasearch engine in java and website front-end pages for hotels and restaurants.  Built backend for hotel and restaurant rating and commenting.  Built and released iPhone application for wiki travel guides as well as restaurant and hotel lookup.  Wrote javascript based open social travel trivia game.

───

## Education

San Diego State University-California State University
Computer Engineering · (2005 - 2009)