# EXHIBIT 37

## Contact

www.linkedin.com/in/brent-marieb-1aa303127 (LinkedIn)

## Top Skills

C++
Python
HTML

## Honors-Awards

University of Michigan College of Engineering Dean's List, Fall 2014, Winter 2015, Winter 2016

# Brent Marieb

Senior Software Engineer at Amazon
Seattle, Washington, United States

## Experience

Amazon
5 years 4 months

Senior Software Engineer
March 2023 - Present (1 year 3 months)

Software Development Engineer II
November 2020 - March 2023 (2 years 5 months)

Software Development Engineer
February 2019 - November 2020 (1 year 10 months)
Seattle, Washington

Amazon
Software Development Engineer Intern
June 2018 - August 2018 (3 months)
Greater Seattle Area

Sprout Social, Inc.
Platform Software Engineer Intern
May 2017 - August 2017 (4 months)
Greater Chicago Area

• Restructured backend system to contain one central location to store messaging data, and developed an API to interact with this data, simplifying the message publishing process and providing easier debugging/addition of new features
• Wrote a script to ensure that the new API returned the same data as the existing API, which caught several hard-to-find bugs and validated that the new system was working properly

Hartford HealthCare
Website Designer
April 2017 - July 2017 (4 months)
Hartford, Connecticut Area

-Constructed an informational website for cardiologist Dr. Mark Marieb, which will answer patients' potential questions and alleviate their concerns

-Providing straight-forward instructions for Dr. Marieb to add and eliminate important website information at his leisure, allowing him to allocate more time towards his difficult procedures and more pressing concerns

### Crowds and Machines Research Lab
Captioning Software Project Lead
July 2016 - April 2017 (10 months)
Ann Arbor, MI

-Leading project team to enhance a crowdsourced captioning service for the deaf and hard of hearing, creating an inexpensive and accessible alternative to a stenographer
-Developed and tested multiple punctuation editor prototypes, improving the accuracy and readability of the live transcript

### Bernoulli Enterprise, Inc.
Manufacturing Intern
June 2014 - August 2015 (1 year 3 months)
Milford, CT

-Configured servers, access points, bridges, and workstations, then ran thorough tests ensuring that the devices worked properly and fit customer specifications
-Created a Microsoft Access Database for the service inventory, allowing the service and quality departments to find trends in the defective device data efficiently

## Education

University of Michigan College of Engineering
Bachelor of Engineering (B.E.), Computer Science · (2014 - 2018)

Technische Universität Berlin
Robotics · (2016 - 2016)