# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No.  7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VENUE DISCOVERY

Pursuant to Section V of the Court's Standing Order Governing Patent Proceedings (OGP) 4.4, Plaintiff VirtaMove Corp. ("VirtaMove") hereby provides notice that it will serve venue discovery requests upon Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Web Services, Inc. (collectively, "Defendant" or "Amazon"), and that this venue discovery will delay its response to Amazon's pending Motion to Transfer (ECF No. 31). Amazon filed its Motion to Transfer on June 7, 2024. Under OGP § III, the venue discovery period runs for 10 weeks through August 16, 2024, and the deadline for VirtaMove to respond to the transfer motion is thus delayed to August 30, 2024.

Dated: June 10, 2024

Respectfully submitted,

*/s/ Peter Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com

1

Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206

*Attorneys for Plaintiff VirtaMove, Corp.*

3

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that on June 10, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                  */s/ Peter Tong*
                                                Peter Tong