# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | |
| Plaintiff, | Case No. 7:24-cv-00030-ADA-DTG |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S OPPOSED MOTION TO STRIKE DEFENDANTS' MOTION (DKT. 31)

Before the Court is Plaintiff VirtaMove, Corp.'s Opposed Motion to Strike Defendants' Motion to Dismiss or Transfer.

The Court has considered the Motion and the case of record, and is of the opinion that Plaintiff VirtaMove, Corp.'s Opposed Motion to Strike Defendants' Motion to Dismiss or Transfer should be GRANTED for failure to comply with the meet-and-confer requirement of the OGP. Accordingly, Defendants' Motion is hereby GRANTED, and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. Amazon's Motion to Dismiss or Transfer (Dkt. 31) is STRICKEN, along with its supporting papers (Dkts. 32-35, 37-40). This order is without prejudice as to refiling.

Dated:_____       _____