UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP,<br><br>      Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, and<br>AMAZON WEB SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 7:24-cv-30-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**<u>DEFENDANTS' RESPONSE TO VIRTAMOVE'S MOTION TO STRIKE</u>**

On June 14, 2024, VirtaMove filed its Motion to Strike.  (Dkt. No. 41.)  On June 21, 2024, VirtaMove withdrew that motion.  (Dkt. No. 42 at ¶ 3 ("VirtaMove **WITHDRAWS** its Motion to Strike") (emphasis in original).)  Thus, the motion is no longer pending and the Court should strike nothing.

June 21, 2024

*Of Counsel:*

Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com
LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

Respectfully submitted,

By:  */s/ Jeremy A. Anapol*

Joseph R. Re *(Pro Hac Vice)*
Jeremy A. Anapol *(Pro Hac Vice)*
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heidman *(Pro Hac Vice)*
Christie R.W. Matthaei *(Pro Hac Vice)*
Logan P. Young *(Pro Hac Vice)*
KNOBBE MARTENS OLSON & BEAR LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

*Counsel for Defendants*
*Amazon.com, Inc.,*
*Amazon.com Services, LLC*
*and Amazon Web Services, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

                                          */s/ Jeremy A. Anapol*
                                          Jeremy A. Anapol