UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>      Defendants. | Case No.  7:24-cv-00030-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**CASE READINESS STATUS REPORT**

Plaintiff VirtaMove, Corp. and Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Web Services, Inc. (collectively, "Amazon") hereby provide the following status report:

**SCHEDULE**

A proposed scheduling order has not yet been filed.

**FILINGS AND EXTENSIONS**

Plaintiff's Complaint was filed on January 26, 2024 before Judge Counts. Amazon received a 45-day extension of time to respond and filed its Motion to Dismiss (Dkt. 16) on April 5, 2024. VirtaMove received a 14-day extension of time to respond to that motion and filed a First Amended Complaint (Dkt. 33) on May 3, 2024. Amazon received a 21-day extension of time to respond and filed a Motion to Dismiss or Transfer (Dkt. 31) on June 7, 2024. VirtaMove's time to respond to the Motion to Dismiss or Transfer has been extended to September 13, 2024 to accommodate venue discovery.  (Dkt. 42.)

1

## RESPONSE TO THE COMPLAINT

Amazon filed its Motion to Dismiss (Dkt. 16) on April 5, 2024, which was mooted by the First Amended Complaint. Amazon also filed a Motion to Dismiss or Transfer (Dkt. 31) on June 7, 2024. The parties filed a stipulation on June 21, 2024 (Dkt. 42) that mooted the portion of Amazon's Motion to Dismiss or Transfer pertaining to willful and indirect infringement. The portion of that motion pertaining to venue remains pending. Amazon Web Services, Inc. is scheduled to answer the First Amended Complaint on July 12, 2024.

## PENDING MOTIONS

Amazon's Motion to Dismiss or Transfer (Dkt. 31) is pending as it pertains to venue. VirtaMove's Motion to Strike (Dkt. 41) was mooted by stipulation (Dkt. 42).

## RELATED CASES IN THIS JUDICIAL DISTRICT

The case *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-00033-DC-DTG, filed on January 31, 2024, is pending before Judge Counts. During the case management conference in the *Google* case, Judge Gilliland rejected VirtaMove's proposal to synchronize the case schedules. Amazon was not present at that conference in the *Google* case.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two Patents and a total of 48 claims. The asserted patents are U.S. 7,519,814 claims 1–30 and U.S. 7,784,058 claims 1–18.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties defer to the Court on whether to appoint a technical advisor.

## MEET AND CONFER STATUS

Plaintiff and Defendants met and conferred.  The Parties have no pre-*Markman* issues to raise at the CMC.

Respectfully submitted on June 27, 2024.

| | |
|---|---|
| */s/ Peter Tong* | *s/ Jeremy Anapol* |
| | |
| Reza Mirzaie (CA SBN 246953) | Joseph R. Re *(Pro Hac Vice)* |
| rmirzaie@raklaw.com | Jeremy A. Anapol *(Pro Hac Vice)* |
| Marc A. Fenster (CA SBN 181067) | **KNOBBE MARTENS OLSON & BEAR LLP** |
| mfenster@raklaw.com | 2040 Main Street, 14th Floor |
| Neil A. Rubin (CA SBN 250761) | Irvine, CA 92614 |
| nrubin@raklaw.com | Telephone: 949-760-0404 |
| Amy E. Hayden (CA SBN 287026) | Facsimile:  949-760-9502 |
| ahayden@raklaw.com | joe.re@knobbe.com |
| Christian W. Conkle (CA SBN 306374) | jeremy.anapol@knobbe.com |
| cconkle@raklaw.com | |
| Jonathan Ma (CA SBN 312773) | Colin B. Heidman *(Pro Hac Vice)* |
| jma@raklaw.com | Christie R.W. Matthaei *(Pro Hac Vice)* |
| | Logan P. Young *(Pro Hac Vice)* |
| **RUSS AUGUST & KABAT** | **KNOBBE MARTENS OLSON & BEAR LLP** |
| 12424 Wilshire Boulevard, 12th Floor | 925 4th Ave, Ste 2500 |
| Los Angeles, CA 90025 | Seattle, WA 98104 |
| Telephone: (310) 826-7474 | Telephone: 206-405-2000 |
| | Facsimile:  206-405-2001 |
| Qi (Peter) Tong (TX SBN 24119042) | colin.heideman@knobbe.com |
| ptong@raklaw.com | christie.matthaei@knobbe.com |
| | logan.young@knobbe.com |
| **RUSS AUGUST & KABAT** | |
| 4925 Greenville Ave, Suite 200 | *Counsel for Defendants* |
| Dallas, TX 75206 | *Amazon.com, Inc.,* |
| | *Amazon.com Services, LLC and* |
| *Attorneys for Plaintiff VirtaMove, Corp.* | *Amazon Web Services, Inc.* |

3

## **CERTIFICATE OF SERVICE**

I certify that on June 27, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong (TX SBN 24119042)
