IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff VirtaMove Corp. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants") hereby jointly move for a two-week extension of time for Plaintiff to answer or otherwise respond to the counterclaims alleged in Defendants' Answer to Plaintiff's First Amended Complaint for Patent Infringement. Dkt. 46.

Plaintiff's deadline to answer or otherwise respond to the counterclaims is currently July 26, 2024 and, with this two-week extension, the deadline would be August 9, 2024. This extension is necessary because Plaintiff is investigating new allegations raised for the first time in the counterclaims.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: July 19, 2024 | Respectfully submitted, |
| By: /s/ Daniel B. Kolko | /s/ Jeremy A. Anapol |
| Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br>James A. Milkey (CA SBN 281283)<br>jmilkey@raklaw.com<br>Amy E. Hayden (CA SBN 287026)<br>ahayden@raklaw.com<br>Jacob Buczko (CA SBN 269408)<br>jbuczko@raklaw.com<br>James Tsuei (CA SBN 285530)<br>jtsuei@raklaw.com<br>Christian W. Conkle (CA SBN 306374)<br>cconkle@raklaw.com<br>Jonathan Ma (CA SBN 312773)<br>jma@raklaw.com<br>Daniel B. Kolko (CA SBN 341680)<br>dkolko@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br><br>Qi (Peter) Tong (TX SBN 24119042)<br>**RUSS AUGUST & KABAT**<br>4925 Greenville Ave., Suite 200<br>Dallas, TX 75206<br>Telephone: (310) 826-7474<br><br>*Attorneys for Plaintiff VirtaMove, Corp.* | Joseph R. Re *(Pro Hac Vice)*<br>Jeremy A. Anapol *(Pro Hac Vice)*<br>**KNOBBE MARTENS OLSON & BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Telephone: 949-760-0404<br>Facsimile:  949-760-9502<br>joe.re@knobbe.com<br>jeremy.anapol@knobbe.com<br><br>Colin B. Heidman *(Pro Hac Vice)*<br>Christie R.W. Matthaei *(Pro Hac Vice)*<br>Logan P. Young *(Pro Hac Vice)*<br>**KNOBBE MARTENS OLSON & BEAR LLP**<br>925 4th Ave, Ste 2500<br>Seattle, WA 98104<br>Telephone: 206-405-2000<br>Facsimile:  206-405-2001<br>colin.heideman@knobbe.com<br>christie.matthaei@knobbe.com<br>logan.young@knobbe.com<br><br>*Counsel for Defendants*<br>*Amazon.com, Inc.,*<br>*Amazon.com Services, LLC and*<br>*Amazon Web Services, Inc.* |

## **CERTIFICATE OF SERVICE**

    I certify that on July 19, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                      */s/ Daniel Kolko*
                                                      Daniel Kolko