UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Case No.  7:24-cv-00030-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S PARTIAL MOTION TO DISMISS

Before the Court is Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights.

The Court has considered the Motion and the case of record, and is of the opinion that Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights should be GRANTED.

Dated:_____   Dated:_____

_____   _____
Derek T. Gilliland                                        Alan D Albright
U.S. Magistrate Judge                              U.S. District Judge