# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br>   Defendants. | Case No.  7:24-cv-00030-ADA-DTG |

## JOINT MOTION FOR SECOND AMENDED SCHEDULING ORDER

Plaintiff VirtaMove, Corp. and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. jointly move the Court to enter the attached Second Amended Scheduling Order, which extends the following deadlines by two weeks each: (1) the close of venue discovery, (2) VirtaMove's opposition to Amazon's motion to dismiss or transfer, and (3) Amazon's reply in support of the motion to dismiss or transfer.  This motion is not made for the purposes of delay.  Rather, this extension will allow the parties to accommodate the schedules of witnesses whose depositions have been sought in connection with venue discovery. Counsel for the parties have conferred and all parties stipulate to this extension.  Accordingly, the parties request that the Court grant the motion and enter the attached proposed order.

1

Dated: August 29, 2024

By: */s/ Peter Tong (with permission)*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Respectfully submitted,

*/s/ Jeremy A. Anapol*

Joseph R. Re *(Pro Hac Vice)*
Jeremy A. Anapol *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heidman *(Pro Hac Vice)*
Christie R.W. Matthaei *(Pro Hac Vice)*
Logan P. Young *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

*Counsel for Defendants*
*Amazon.com, Inc.,*
*Amazon.com Services, LLC and*
*Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Jeremy A. Anapol

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and its contents are agreed.

/s/ Jeremy A. Anapol