# EXHIBIT 4

```
                                                    Page 1
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
               MIDLAND/ODESSA DIVISION
 _____
 VIRTAMOVE, CORP.,       )
         Plaintiff,      )
                         ) Case Number:
  V.                     ) 7:24-CV-00030
                         )
 AMAZON.COM, INC.; AMAZON.COM )
 SERVICES LLC; and AMAZON WEB )
 SERVICES, INC.,         )
         Defendants.     )
 _____)


         30(b)(6) DEPOSITION OF SUSAN CAMERON
           ON BEHALF OF VIRTAMOVE, CORP.
                  August 27, 2024
            11:02 a.m. Eastern Daylight Time


 Reported by:  Lori J. Goodin, RPR, CRR, RSA,
           California CSR #13959


 _____
                DIGITAL EVIDENCE GROUP
              1730 M Street, NW, Suite 812
                Washington, D.C. 20036
                  (202) 232-0646
```

```
                                                    Page 2
  1          REMOTE APPEARANCES:
  2
  3    FOR PLAINTIFF:
  4       RUSS AUGUST & KABAT
  5       BY:  PETER TONG, ESQUIRE
  6       4925 Greenville Avenue, Suite 200
  7       Dallas, Texas  75206
  8       310-826-7474
  9       ptong@raklaw.com
 10
 11
 12    FOR DEFENDANTS:
 13       KNOBBE MARTENS OLSON & BEAR LLP
          BY:  JEREMY ANAPOL, ESQUIRE
 14       2040 Main Street, 14th Floor
          Irvine, California  92614
 15       949-760-0404
          jeremy.anapol@knobbe.com
 16
 17
 18    Also Present:
 19       Billy Fahnert, Videographer/Document Tech
 20
 21
 22
```

```
                                                    Page 3
  1            INDEX TO EXAMINATION
  2
       WITNESS:  SUSAN CAMERON
  3
  4    EXAMINATION BY              PAGE
  5    MR. ANAPOL                    6
  6    MR. TONG                    215
  7    MR. ANAPOL                  218
  8
  9            INDEX TO EXHIBITS
 10            SUSAN CAMERON
 11    VirtaMove, Corp. V. Amazon.com, Inc., et al
 12          Tuesday, August 27, 2024
 13        Lori J. Goodin, RPR, CRR, RSA,
 14            California CSR #13959
 15    EXHIBIT    DESCRIPTION              PAGE
 16    Exhibit 1001  VM_AMAZON_0001097, Travel
 17       Itinerary for Mr. Topitsch
 18       to Texas, 1/28/16            33
 19    Exhibit 1002  VM_AMAZON_0001123,
 20       Registration for Greg O'Connor
 21       to attend AWS re:Invent,
 22       8/17/15                      57
```

```
                                                    Page 4
  1         INDEX TO EXHIBITS, CON'T
  2    EXHIBIT    DESCRIPTION              PAGE
  3    Exhibit 1003  VM_AMAZON_0001195,
  4       Registration for Greg O'Connor
  5       to attend AWS re:Invent,
  6       10/30/13                     61
  7    Exhibit 1004  Press Release from
  8       VirtaMove's website, 4/28/21   121
  9    Exhibit 1005  VM_AMAZON_0001089,
 10       payoff letter, 7/25/18       172
 11    Exhibit 1006  VM_AMAZON_0001309, photo
 12       of patent and trademark docs   176
 13    Exhibit 1007  VM_AMAZON_0000865, Trigence
 14       Corp. Technical Submission,
 15       FY 2004                      183
 16    Exhibit 1008  Plaintiff's First Supplemental
 17       Objections and Responses to
 18       Defendants' First Set of Venue
 19       Requests for Interrogatories   203
 20
 21
 22    (Newly marked exhibits retained by reporter.)
```

Page 117

1  A.  Yes.
2  Q.  Did you do any broader searches in
3  Greg O'Connor's Google Vault e-mails for AWS?
4  A.  I could have put just AWS
5  agreements.  But, outside of that, I don't think
6  so.
7  Q.  Okay.  Do you know somebody named
8  Mark Woodward?
9  A.  Yes.
10  Q.  And he was the Vice President of
11  Engineering at VirtaMove; is that correct?
12  A.  Yes.
13  Q.  During what time?
14  A.  Mark was with the company from 2006
15  until 2021.  He had various titles over the
16  years.
17  Q.  Aside from Vice President of
18  Engineering, what titles did he have?
19  A.  Software Developer, Director of
20  Engineering or something similar.  And then VP of
21  Engineering.
22  Q.  Do you know if Mark Woodward ever

Page 118

1  signed contracts on behalf of VirtaMove?
2  A.  He did from time to time.
3  Q.  And he was authorized to do that by
4  VirtaMove?
5  A.  Excuse me, he was authorized by
6  whom?
7  Q.  By VirtaMove?
8     MR. TONG:  Objection, vague.
9     THE WITNESS:  Yes.
10  BY MR. ANAPOL:
11  Q.  And, do you have any reason -- so,
12  strike that.
13     As part of your preparation to
14  testify today on behalf of VirtaMove, did you
15  investigate VirtaMove's agreements with Amazon?
16  A.  I did.
17  Q.  And do you have any reason to doubt
18  that Mark Woodward accepted the AWS Partner
19  Network terms on October 20, 2017?
20  A.  I have no reason to doubt that, no.
21  Q.  Have you personally accessed any AWS
22  services during your time at VirtaMove?

Page 119

1  A.  Yes.
2  Q.  What services?
3  A.  We used Amazon cloud services.  And
4  I accessed those cloud services for billings to
5  pay the invoices.  I believe a virtual machine
6  that I use on a regular basis is hosted by AWS.
7     Other than that, I'm not really
8  sure.  That is kind of an IT thing.
9  Q.  Okay.  And how much are those
10  invoices that you pay?  Like just a ballpark
11  amount.
12  A.  Roughly, somewhere around, I will
13  say 8,500 Canadian per month.
14  Q.  Okay.  And do you know what
15  VirtaMove is using those Amazon cloud services to
16  do?
17  A.  A little bit.  So, I know there is
18  some storage that we use the services for,
19  virtual machines.
20     That is the best I can do.
21  Q.  And you personally use one of those
22  virtual machines?

Page 120

1  A.  Yep.
2  Q.  And, have you heard of the AWS
3  Partner Network?
4  A.  Yes.
5  Q.  What do you know about the AWS
6  Partner Network?
7  A.  The name.
8  Q.  Did you sign up for an AWS Partner
9  Network account on behalf of VirtaMove in 2021?
10  A.  Yes.
11  Q.  Who told you to do that?
12  A.  So, I have to backtrack.
13     When you asked about communications
14  with AWS.
15     So, I had forgotten that there were
16  two employees at VirtaMove that did work on
17  Marketplace activities, again, in 2021.
18     And I was asked by, it may have been
19  Mark, to create the account.
20  Q.  And if it wasn't Mark Woodward, who
21  would it have been?
22  A.  It would have been Candace Holland.

Page 121

1  Q.  And what was Candace Holland's role
2  at VirtaMove?
3      A.  Marketing specialist.
4      Q.  And, do you know whose idea it was
5  at VirtaMove to create the AWS account in 2021?
6          MR. TONG:  Objection, foundation.
7          THE WITNESS:  No.  I don't know.
8          MR. ANAPOL:  Billy, can you put up
9  Document G.  And I think we are on
10 Exhibit 1004.  Let's mark that.
11         (Exhibit 1004 marked for
12         identification.)
13         THE VIDEOGRAPHER:  Okay.  It is in
14 the folder.
15 BY MR. ANAPOL:
16     Q.  Do you see Exhibit 1004 in front of
17 you, Ms. Cameron?
18     A.  One second.  It is hung up on the
19 details item again.  How do I get out of it?
20         Okay.  Yes, I see the document.
21     Q.  Okay.  And, Exhibit 1004 is a press
22 release from VirtaMove's website, correct?

Page 122

1      A.  That is what it looks like.  Yes.
2      Q.  And the first sentence says,
3  "VirtaMove is pleased to announce that its
4  Application Migration and Modernization solution
5  is now available as a SaaS product in AWS
6  Marketplace."
7          Do you see that sentence?
8      A.  Yes.
9      Q.  And this document, Exhibit 1004, is
10 dated April 28, 2021.  Do you see that?
11     A.  Yes.
12     Q.  And, so, is your AWS registration in
13 March of 2021 related to the announcement here
14 from April 2021?
15     A.  I don't know.  It could be.
16     Q.  Okay.  And do you see at the bottom
17 of Page 1 of Exhibit 1004, there is a quote from
18 Josh Pearson?
19     A.  Yes.
20     Q.  Did you ever talk to Josh Pearson
21 about AWS?
22     A.  Not specifically.

Page 123

1      Q.  Okay.  So, is it your understanding
2  that VirtaMove by 2021 was offering its
3  Application Migration and Modernization solution
4  through AWS Marketplace?
5      A.  That is what it says on the press
6  release.
7      Q.  And is that something that customers
8  would pay VirtaMove for?
9      A.  Suppose so.
10     Q.  And do you know if VirtaMove makes
11 any money from offering its Application Migration
12 and Modernization solution in AWS Marketplace?
13     A.  Yes, I would know.
14     Q.  And does VirtaMove make money from
15 that?
16     A.  No.
17     Q.  So, has anybody ever purchased
18 access to VirtaMove's Application Migration and
19 Modernization solution through the AWS
20 Marketplace?
21     A.  Not to my knowledge.
22     Q.  Okay.

Page 124

1      A.  Not that I can remember.
2      Q.  So, why did VirtaMove decide to make
3  its Application Migration and Modernization
4  solution available in the AWS Marketplace?
5      A.  I don't think I am the right person
6  to answer that question.
7      Q.  You don't know the answer?
8      A.  I don't know.
9      Q.  So, do you remember what prompted
10 you to register an AWS account for VirtaMove in
11 2021?
12     A.  I don't remember but I would have
13 been asked by one of my colleagues to create that
14 account.
15     Q.  And do you remember registering for
16 the AWS account in 2021?
17     A.  Vaguely.  I register for lots of
18 accounts.
19     Q.  And do you remember agreeing to the
20 AWS Customer Agreement in March of 2021?
21     A.  I don't remember that, no.
22     Q.  Do you doubt that you agreed to the

Page 125

1  **AWS Customer Agreement in March of 2021?**
2      **A.   If it is a click through, where you**
3  **have to say I agree; is that what you are**
4  **referring to?**
5      **Q.   It would be something shown on the**
6  **website when you register.**
7      **A.   Right.**
8          MR. TONG:  Objection, foundation.
9  There is not a pending question.
10         Could you ask a question?
11 BY MR. ANAPOL:
12     **Q.   Do you doubt that you agreed to the**
13 **AWS customer agreement in March of 2021?**
14     **A.   I have no reason to doubt it.**
15     Q.   Do you have e-mails from 2021
16 relating to your registration of VirtaMove's AWS
17 account?
18     A.   I imagine I received some
19 confirmations.
20     Q.   And is that an e-mail that you would
21 have kept?
22     A.   Probably.

Page 126

1      Q.   Did you search your e-mails for
2  e-mails from AWS relating to the creation of
3  VirtaMove's AWS account in 2021?
4      A.   No, I get a lot of e-mail from AWS.
5      Q.   Does anybody at VirtaMove, other
6  than you, know that VirtaMove has an AWS account?
7      A.   Has an AWS account?
8      Q.   Yes.
9      A.   What account do you mean?
10     Q.   Well, let's start with the account
11 that you registered.
12         Does anybody other than you, who
13 works at VirtaMove, know about the account you
14 registered on VirtaMove's behalf?
15     A.   Yes, I think so.
16     Q.   Who else?
17     A.   So, our IT manager would be aware of
18 that.
19     Q.   Who is that?
20     A.   Steven Antonie.
21     Q.   And where is Mr. Antonie located?
22     A.   He is located in Ottawa, Ontario.

Page 127

1      Q.   And is there anybody else at
2  VirtaMove who knows about the account that you
3  registered on VirtaMove's behalf?
4      A.   Possibly Cedric Burgins.
5      Q.   Who is that?
6      A.   He is our Director of Technology.
7      Q.   Anybody else?
8      A.   I don't think so.
9      Q.   Does Nigel Stokes know that
10 VirtaMove has an AWS account?
11     A.   Probably.
12     Q.   Has Nigel Stokes ever asked you to
13 cancel the AWS account?
14     A.   No, I don't think so.
15     Q.   Has anybody else at VirtaMove asked
16 you to cancel the AWS account?
17     A.   No, I don't think so.
18     Q.   Do you know who created VirtaMove's
19 listing for V-Maestro on the AWS Marketplace?
20     A.   No.
21     Q.   You mentioned earlier a
22 nondisclosure agreement with AWS.  Do you

Page 128

1  remember that?
2      A.   Yes.
3      Q.   Who executed that nondisclosure
4  agreement on VirtaMove's behalf?
5      A.   I don't have a copy of the, any
6  executed nondisclosure agreements from AWS.
7      Q.   In the e-mails that you saw about
8  the nondisclosure agreement, do you know who from
9  VirtaMove was involved?
10     A.   Yes.
11     Q.   Who was it?
12     A.   Giovanni Boschi.
13     Q.   And, what was Mr. Boschi's role at
14 VirtaMove?
15     A.   Chief Technical Officer.
16     Q.   And do you know what he was
17 discussing with AWS in connection with the NDA?
18     A.   No idea.
19     Q.   And what was the date of that NDA?
20     A.   Again, I don't have the NDA.  We do
21 not have an executed copy of the NDA, so I can't
22 tell you what date it is.

Page 129

1  Q.  Oh, I'm sorry.  What year was
2  Mr. Boschi communicating with Amazon about the
3  NDA?
4      A.  I would have to -- it is either 2013
5  or 2014.  I'm not sure which year.
6      Q.  Okay.  So that is the same time
7  period that Mr. O'Connor was having those regular
8  meetings with AWS, as far as you know?
9      A.  Yes.
10     Q.  All right.  Speaking of NDAs, are
11 you aware that VirtaMove executed several NDAs
12 with Sun Microsystems?
13     A.  Yes.
14     Q.  And did you find copies of those
15 NDAs in VirtaMove's files?
16     A.  Yes.
17     Q.  And, where in VirtaMove's files did
18 you find those?
19     A.  In storage, hard paper copy files.
20     Q.  And did those files belong to a
21 particular person or did you just have a general
22 contracts file?

Page 130

1      A.  They were in a contracts file.
2      Q.  Do you know the circumstances
3  surrounding those NDAs?
4      A.  For Sun Microsystems, no.  Not
5  really, no.
6      Q.  Do you know who at VirtaMove was
7  responsible for VirtaMove's relationship with Sun
8  Microsystems?
9      A.  That precedes my time.  I don't know
10 who would have been the key point of contact for
11 that.
12     Q.  Is there anybody who still works at
13 VirtaMove who also worked there in 2003 or 2004?
14     A.  No.
15     Q.  Who is the longest tenured person
16 that still works at VirtaMove?
17     A.  Cedric Burgins.
18     Q.  And when did Mr. Burgins begin
19 working at VirtaMove?
20     A.  I think it was October or November
21 of 2011.
22     Q.  Okay.  So, not too long before you

Page 131

1  did?
2      A.  Correct.
3      Q.  Okay.  So, nobody who currently
4  works at VirtaMove has any knowledge about what
5  happened in 2003 or 2004; is that correct?
6      A.  No one at VirtaMove now is --
7  correct.  You are correct.  Yes.  I agree.
8      Q.  What, if anything, do you know about
9  Donn Rochette?
10     A.  Donn Rochette was, I believe one of
11 the founders of the company.  He is also one of
12 the patent inventors.  Very technical.
13     Q.  Do you know where Donn Rochette is
14 now?
15     A.  He lives in the United States.  I
16 think it is Iowa, if I'm not mistaken.
17     Q.  Does VirtaMove have a contact
18 address for Mr. Rochette?
19     A.  I don't know.  Not outside of where
20 it would say on his LinkedIn where he is located.
21     Q.  You don't have any internal records
22 that reflect where he is currently residing?

Page 132

1      A.  I don't know.  I would have to look
2  for that.  No, I -- where he is currently
3  residing, I don't think so.  I'm not really sure.
4      Q.  Do you know if anyone at VirtaMove
5  has had contact with Mr. Rochette since he left
6  the company?
7          MR. TONG:  Objection.  Potentially
8  calls for privileged information.  You can
9  answer only for non-attorneys at VirtaMove.
10         THE WITNESS:  Only for non-attorneys
11 at VirtaMove.  I'm sorry, Peter.  What do you
12 mean?
13         MR. TONG:  Don't name any attorneys
14 if they have had contact with Mr. Rochette.
15         But you can otherwise answer for
16 non-attorneys at VirtaMove and whether or not
17 they have had contact with Mr. Rochette since
18 he left the company.
19         THE WITNESS:  Thank you.
20         I believe Nigel Stokes spoke with
21 Donn Rochette.
22 BY MR. ANAPOL:

Page 133

1   Q.   When?
2   A.   Oh, boy.  Earlier this year.  I'm
3   not sure exactly when, though.
4   Q.   And do you know if they spoke by
5   e-mail or some other means?
6   A.   I think it was by phone or by Zoom.
7   But I think it was by phone.
8   Q.   And do you know what they discussed?
9   A.   No, I wasn't part of the
10  conversation.  I don't know what they talked
11  about.  And I didn't set up that call.
12       MR. ANAPOL:  So, Peter, are you
13  asserting that VirtaMove's lawyers have an
14  attorney/client relationship with
15  Mr. Rochette?
16       MR. TONG:  No.  We do not have an
17  attorney/client relationship with
18  Mr. Rochette.
19       MR. ANAPOL:  So, why would the
20  communications between VirtaMove's attorneys
21  and Mr. Rochette be privileged?
22       MR. TONG:  I have not asserted

Page 134

1   privilege over VirtaMove attorneys'
2   communications with Mr. Rochette.
3        I am asserting privilege over
4   discussions between VirtaMove and its
5   attorneys regarding Mr. Rochette.
6   BY MR. ANAPOL:
7   Q.   Okay.  So do you know, Ms. Cameron,
8   do you know if anyone at VirtaMove, including
9   VirtaMove's attorneys, has had contact with
10  Mr. Rochette?
11       MR. TONG:  I caution the witness.
12  Do not reveal any information communicated to
13  you by attorneys.
14       If you can answer the question
15  without revealing attorney/client
16  information, you may go ahead and answer.
17       Otherwise, do not answer the
18  question.
19       THE WITNESS:  The only thing I am
20  aware of and I'm sure of is Nigel Stokes.
21  BY MR. ANAPOL:
22  Q.   Okay.  And you think that

Page 135

1   communication between Mr. Stokes and Mr. Rochette
2   occurred earlier this year; is that right?
3   A.   I believe so.  Yes.
4   Q.   Do you know how many times they
5   spoke?
6   A.   I think it was only one time.
7   Q.   Do you know how long they spoke?
8   A.   Not a clue.  No idea.
9   Q.   Do you know where Donn Rochette
10  worked before VirtaMove?
11  A.   No.
12  Q.   Do you know where he works now?
13  A.   No.
14  Q.   All right.  So, one of the topics
15  you were designated to testify on today relates
16  to agreements involving the patents in suit.
17       Do you recall that?
18  A.   Yes.
19  Q.   And did you search for such
20  agreements in preparing for your deposition
21  today?
22  A.   What do you -- which types of

Page 136

1   agreements do you mean?
2   Q.   Agreements involving the patents in
3   suit.
4   A.   I would have searched for
5   agreements.  But again, I find the question not
6   very clear to me anyway.
7   Q.   You said you would have searched for
8   agreements?
9   A.   Well, certainly.  Obviously I have
10  already stated I have looked for nondisclosure
11  agreements.  I looked for some agreements, some
12  nondisclosure agreements.  So, yes, I looked for
13  agreements.
14  Q.   Okay.  Aside from nondisclosure
15  agreements, what agreements did you look for?
16  A.   Well, there would have been
17  consulting agreements.  What else?  Partner
18  agreements.  Things of that nature.
19  Q.   And whatever agreements you found
20  that related to the patents asserted in this
21  case, you gave to your counsel; is that right?
22  A.   I gave counsel agreements, yes.

34 (Pages 133 to 136)