UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | |
| Plaintiff, | Case No. 7:24-cv-00030-ADA-DTG |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S PARTIAL MOTION TO DISMISS

Before the Court is Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights and Third Counterclaim for Breach of Contract.

The Court has considered the Motion and the case of record, and is of the opinion that Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights and Third Counterclaim for Breach of Contract should be GRANTED.

Dated:_____    Dated:_____

_____    _____
Derek T. Gilliland                  Alan D Albright
U.S. Magistrate Judge               U.S. District Judge