UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No. 7:24-cv-00030-ADA-DTG |

**JOINT STIPULATION**
**REGARDING MOOTNESS OF PARTIAL MOTION TO DISMISS**

Whereas Plaintiff ("VirtaMove") filed a Partial Motion to Dismiss (Dkt. 60) seeking dismissal of certain counterclaims; and

Whereas Defendants ("Amazon") later amended those counterclaims (Dkt. 61);

The parties hereby stipulate:

1) VirtaMove's Partial Motion to Dismiss (Dkt. 60) is MOOT in view of the amended counterclaims and the Court need not rule on the issues presented in that motion;

2) VirtaMove may renew any or all of its arguments from the Partial Motion to Dismiss (Dkt. 60) in a future motion and Amazon may oppose that future motion after it is filed.

1

Respectfully submitted on September 26, 2024.

| | |
|---|---|
| */s/ Qi (Peter) Tong (with permission)* | */s/ Jeremy A. Anapol* |
| Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br>Amy E. Hayden (CA SBN 287026)<br>ahayden@raklaw.com<br>Christian W. Conkle (CA SBN 306374)<br>cconkle@raklaw.com<br>Jonathan Ma (CA SBN 312773)<br>jma@raklaw.com<br><br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br><br>Qi (Peter) Tong (TX SBN 24119042)<br>ptong@raklaw.com<br><br>**RUSS AUGUST & KABAT**<br>4925 Greenville Ave, Suite 200<br>Dallas, TX 75206<br><br>*Attorneys for Plaintiff VirtaMove, Corp.* | Joseph R. Re *(Pro Hac Vice)*<br>Jeremy A. Anapol *(Pro Hac Vice)*<br>**KNOBBE MARTENS OLSON & BEAR LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Telephone: 949-760-0404<br>Facsimile: 949-760-9502<br>joe.re@knobbe.com<br>jeremy.anapol@knobbe.com<br><br>Colin B. Heidman *(Pro Hac Vice)*<br>Christie R.W. Matthaei *(Pro Hac Vice)*<br>Logan P. Young *(Pro Hac Vice)*<br>**KNOBBE MARTENS OLSON & BEAR LLP**<br>925 4th Ave, Ste 2500<br>Seattle, WA 98104<br>Telephone: 206-405-2000<br>Facsimile: 206-405-2001<br>colin.heideman@knobbe.com<br>christie.matthaei@knobbe.com<br>logan.young@knobbe.com<br><br>*Counsel for Defendants*<br>*Amazon.com, Inc.,*<br>*Amazon.com Services, LLC and*<br>*Amazon Web Services, Inc.* |

3

## **CERTIFICATE OF SERVICE**

     I certify that on September 26, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                  */s/ Jeremy A. Anapol*
                                                  Jeremy A. Anapol