# Exhibit 3






- DRIVING
- DISTANCE
- FLYING
- TIME
- COST
- PLACES

The distance from the middle of Israel to Midland, Texas is:

**7,234 miles  /  11 642 km**  flying

City: Midland, TX
Check-in: 09/27/2024
Check-out: 10/03/2024
Get: hotel  SEARCH
*Powered by MediaAlpha*

Get: distance
From: Israel
To: Midland, TX
CALCULATE



Refugees need your help TO SURVIVE   SEND AID »   USA UNHCR

Recommended videos        Powered by AnyClip



## Map of distance from Israel to Midland, TX



## More trip calculations

- ✔ **Reverse Distance**
- ✔ **Halfway**
- ✔ **Hotels** near Midland, TX
- ✔ **Flight Time**
- ✔ **airports** near Midland, TX
- ✔ **airlines** flying to Midland, TX
- ✔ **Nonstop Flights**
- ✔ **Time Difference**

## Distance from Israel to Midland, TX

The total straight line flight distance from Israel to Midland, TX is **7,234 miles**.

This is equivalent to **11 642 kilometers** or **6,286 nautical miles**.

Your trip begins in Israel. It ends in Midland, Texas.

Your flight direction from Israel to Midland, TX is **Northwest** (-37 degrees from North).





The distance calculator helps you figure out how far it is to get from Israel to Midland, TX. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

## Israel

**Country:** Israel
**Continent:** Asia
**Category:** countries

### related links
- **airports** in Israel
- **cities** in Israel

## Midland, Texas

**City:** Midland
**State:** Texas
**Country:** United States
**Category:** cities

### related links
- **airlines** serving Midland, TX
- **hotels** near Midland, TX
- **airports** near Midland, TX
- **cities** near Midland, TX

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

Flight Time · Closest Airport · Driving Time · Driving Distance · Cities · Halfway · Time

Blog · Forum · About · Press · Terms · Do Not Sell My Info · Privacy · Contact

