# Exhibit 4






The distance from the middle of Israel to San Francisco, California is:

**7,443 miles / 11 979 km** flying





Map of distance from Israel to San Francisco, CA



More trip calculations

- Reverse Distance
- Halfway
- Hotels near San Francisco, CA
- Flight Time
- airports near San Francisco, CA
- airlines flying to San Francisco, CA
- Nonstop Flights
- Time Difference

### Distance from Israel to San Francisco, CA

The total straight line flight distance from Israel to San Francisco, CA is **7,443 miles**.

This is equivalent to **11 979** kilometers or **6,468** nautical miles.

Your trip begins in Israel. It ends in San Francisco, California.

Your flight direction from Israel to San Francisco, CA is **North** (-19 degrees from North).

The distance calculator helps you figure out how far it is to get from Israel to San Francisco, CA. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

## Israel

**Country:** Israel
**Continent:** Asia
**Category:** countries

### related links
✔ airports in Israel
✔ cities in Israel

## San Francisco, California

**City:** San Francisco
**State:** California
**Country:** United States
**Category:** cities

### related links
✔ airlines serving San Francisco, CA
✔ hotels near San Francisco, CA
✔ airports near San Francisco, CA
✔ cities near San Francisco, CA

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.