# Exhibit 8

```
 1              UNITED STATES DISTRICT COURT
 2                WESTERN DISTRICT OF TEXAS
 3                 MIDLAND/ODESSA DIVISION
 4
 5   VIRTAMOVE, CORP.,                )
                                      )
 6           Plaintiff,               )
                                      )
 7           vs.                      )Case No.
                                      )7:24-CV-00030-DC-DTG
 8   AMAZON.COM, INC.; AMAZON.COM     )
     SERVICES LLC; and                )
 9   AMAZON WEB SERVICES, INC.,       )
                                      )
10           Defendants.              )
     _____     )
11
12
13   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
14                       PHIL ESTES
15
16               Friday, August 23, 2024
17    Remotely Testifying from Charlottesville, Virginia
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6879934
```

Page 1

```
 1       UNITED STATES DISTRICT COURT
 2        WESTERN DISTRICT OF TEXAS
 3         MIDLAND/ODESSA DIVISION
 4
 5  VIRTAMOVE, CORP.,        )
                             )
 6       Plaintiff,          )
                             )
 7       vs.            )Case No.
                        )7:24-CV-00030-DC-DTG
 8  AMAZON.COM, INC.; AMAZON.COM  )
    SERVICES LLC; and         )
 9  AMAZON WEB SERVICES, INC.,    )
                             )
10       Defendants.         )
    _____  )
11
12
13        Virtual videoconference video-recorded
14  deposition of PHIL ESTES, taken on behalf of the
15  Plaintiff, remotely testifying from Charlottesville,
16  Virginia, on Friday, August 23, 2024, before Hanna
17  Kim, CLR, Certified Shorthand Reporter, No. 13083.
```

Page 2

```
 1       REMOTE APPEARANCES OF COUNSEL:
 2
 3  FOR PLAINTIFF VIRTAMOVE, CORP.:
 4       RUSS AUGUST & KABAT
 5       BY:  QI (PETER) TONG, ESQ.
 6       4925 Greenville Ave, Suite 200
 7       Dallas, Texas 75206
 8       310.826.7474
 9       ptong@raklaw.com
10
11  FOR DEFENDANTS AMAZON.COM, INC.; AMAZON.COM SERVICES
12  LLC; and AMAZON WEB SERVICES, INC.:
13       KNOBBE, MARTENS, OLSON & BEAR
14       BY:  NATHAN D. REEVES, ESQ.
15       925 4th Avenue, Suite 2500
16       Seattle, Washington 98104
17       206.405.2000
18       nathan.reeves@knobbe.com
19
20  ALSO PRESENT:
21       STEVEN TOGAMI, Videographer
```

Page 3

```
 1            INDEX OF EXAMINATION
 2
 3  WITNESS:  PHIL ESTES
 4  EXAMINATION                         PAGE
 5     BY MR. TONG:                       8
```

Page 4

```
 1            INDEX OF EXHIBITS
 2
 3  ESTES DEPOSITION EXHIBITS              PAGE
 4  Exhibit 1    "DECLARATION OF PHIL ESTES IN    10
 5       SUPPORT OF DEFENDANTS' MOTION
 6       TO DISMISS OR TRANSFER"; 5
 7       pages
 8  Exhibit 2    Printout of LinkedIn profile    53
 9       of Phil Estes; 4 pages
10            --o0o--
```

Page 5

2 (Pages 2 - 5)

**Page 6**

1  Remotely Testifying from Charlottesville, Virginia
2          Friday, August 23, 2024
3       1:31 p.m., Eastern Daylight Time
4              --o0o--
5       THE VIDEOGRAPHER: We are on the record at    01:31:23
6  1:31 p.m., on August 23rd, 2024.
7       Please note that this deposition is being
8  conducted virtually.
9       Quality of recording depends on the
10 quality of camera and internet connection of       01:31:55
11 participants.
12      What is seen from the witness and heard on
13 screen is what will be recorded.
14      Audio and video recording will continue to
15 take place unless all parties agree to go off the   01:32:02
16 record.
17      This is Media Unit Number 1 of the
18 video-recorded deposition of Phil Estes, taken by
19 counsel for the Plaintiff, in the matter of
20 VirtaMove Corporation versus Amazon.com, Inc.,      01:32:20
21 et al., filed in the United States District Court,
22 for the Western District of Texas, Midland/Odessa
23 Division, Case Number 7:24-cv-00030-DC-DTG.
24      My name is Steven Togami, representing
25 Veritext Legal Solutions, and I am the videographer. 01:32:49

**Page 7**

1       The court reporter is Hanna Kim, from the
2  firm Veritext Legal Solutions.
3       I am not related to any party in this
4  action, nor am I financially interested in the
5  outcome.                                           01:32:57
6       If there are any objections to proceeding,
7  please state them at the time of your appearance.
8       At this time, will counsel and all present
9  please state their appearances and affiliations for
10 the record, starting with the noticing party.      01:33:17
11      MR. TONG: This is Peter Tong from Russ
12 August & Kabat on behalf of VirtaMove Corporation.
13      MR. REEVES: Nathan Reeves from Knobbe,
14 Martens, Olson & Bear on behalf of Defendants and
15 the witness.                                       01:33:35
16      THE WITNESS: Phillip Estes from Amazon
17 Web Services.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

**Page 8**

1             PHIL ESTES,
2       having been duly administered an oath,
3       remotely upon the stipulation of counsel,
4       was examined and testified as follows:
5
6             EXAMINATION
7  BY MR. TONG:
8     Q. Thank you.
9        Have you ever been deposed before,
10 Mr. Estes?                                         01:34:16
11    A. No, I have not.
12    Q. Okay. So I'm going to go over a few rules
13 with you.
14       Is that all right?
15    A. Yes.                                         01:34:22
16    Q. So in this proceeding I'm going to ask you
17 some questions, and you must answer them truthfully
18 under oath.
19       Your attorney may object from time to
20 time, but you are still required to answer the     01:34:30
21 question that I ask unless your attorney clearly and
22 directly instructs you not to answer.
23       Do you understand?
24    A. Yes.
25    Q. There's no judge here today, but this is a   01:34:41

**Page 9**

1  legal proceeding just like you're testifying in
2  court, and you are under the same legal obligation
3  to tell the truth under the penalty of perjury.
4        Do you understand that?
5     A. Yes, I do.                                   01:34:57
6     Q. If you don't understand one of my
7  questions, you can feel free to say so and ask for
8  clarification.
9        What you say today can be used in court,
10 and you will have an opportunity to read over the   01:35:09
11 transcript to correct any transcription mistakes.
12       Do you understand that?
13    A. Yes.
14    Q. From time to time we can take a break if
15 you need to. And you can ask for a break at any    01:35:26
16 time, but we will not take a break while a question
17 is pending.
18       Do you understand that?
19    A. Yes.
20    Q. Okay. Are you on any drugs or medications    01:35:35
21 that may affect your memory or ability to tell the
22 truth today?
23    A. No, I am not.
24    Q. Okay. Is there any other reason why you
25 cannot provide truthful testimony today?           01:35:51

3 (Pages 6 - 9)

```
 1    A.  No.
 2    Q.  Okay.  I would like to at this time
 3  introduce Exhibit 1, which is -- which has been
 4  premarked.  It is the "DECLARATION OF PHIL ESTES."
 5        (Estes Deposition Exhibit 1 was marked for     01:36:13
 6        identification electronically.)
 7  BY MR. TONG:
 8    Q.  Mr. Estes, could you please open up this
 9  document.
10    A.  I have it open.                               01:36:18
11    Q.  Okay.  Do you recognize this as a true and
12  correct copy of the declaration that you had
13  submitted in this case?
14    A.  Yes, I do.  And there is one correction
15  that I'd like to make either at this time or when we  01:36:34
16  are discussing it.
17    Q.  Sure.
18        What is that correction?
19    A.  Paragraph 2 begins "I am also the Chair of
20  the Technical Oversight Board."                     01:36:47
21    Q.  Mm-hmm.
22    A.  And I did not catch that when we first
23  went over this document, that -- I had been the
24  chair for many years, but I've -- I'm still a
25  member, but I'm no longer the actual chair of the   01:37:01
```
Page 10

```
 1  oversight board.
 2    Q.  Okay.  In what years were you the chair?
 3    A.  I would have to look it up to be exact,
 4  but it was through last January, to the best of my
 5  recollection.                                       01:37:23
 6    Q.  And as the chair of the technical
 7  oversight board, what were your responsibilities?
 8    A.  Yeah, the oversight board for the open
 9  container initiative simply exists to -- to make
10  sure that the operation of that foundation --       01:37:44
11  foundation's technical activities aren't stuck.
12        So it's a board that only meets as
13  necessary.  And so while chair, I -- I chaired the
14  meetings of that board that were required as
15  necessary.                                          01:38:05
16        And I -- as I've mentioned, I'm still a
17  member, so I -- I still attend the meetings, but I'm
18  no longer the chair.
19    Q.  Are those meetings held virtually?
20    A.  Yes, they are.                                01:38:18
21    Q.  Okay.  How long did you spend preparing
22  and drafting this declaration?
23    A.  I -- I -- I -- I don't know an exact time.
24  But, you know, it's obviously quite a simple
25  declaration.  And I reviewed it, made necessary     01:38:39
```
Page 11

```
 1  corrections, but I have several places where I list
 2  my biography.  And I'm still correcting all the
 3  places that still say I'm the chair of the technical
 4  oversight board.  So this is yet another one that
 5  I -- that I had missed.                             01:38:58
 6    Q.  Sorry.  The question wasn't really about
 7  what you missed.
 8        Do you have an estimate as to the number
 9  of hours that you had worked on this declaration;
10  for example, whether it was one or two or ten or a  01:39:10
11  hundred hours?
12    A.  I would guess one or two hours.
13    Q.  Okay.  Did you write the first draft of
14  this declaration?
15        MR. REEVES:  Objection.  Vague.               01:39:24
16        THE WITNESS:  No, I didn't draft every
17  word of this declaration.
18  BY MR. TONG:
19    Q.  Did you write the first draft of this
20  declaration?                                        01:39:35
21        MR. REEVES:  Objection.  Asked and
22  answered.
23        THE WITNESS:  As I said, I didn't write
24  every word of this document.
25  BY MR. TONG:                                        01:39:45
```
Page 12

```
 1    Q.  Okay.  Did you review any documents when
 2  you were preparing this declaration?
 3        MR. REEVES:  Objection.  Vague.
 4        THE WITNESS:  Could you restate that in --
 5  in the sense of what documents you would -- I would 01:40:11
 6  review to author this?
 7  BY MR. TONG:
 8    Q.  Sure.
 9        In order to inform your knowledge about
10  the facts stated in this declaration, did you review 01:40:23
11  any documents?
12    A.  No.
13        MR. REEVES:  Objection.  Vague.
14  BY MR. TONG:
15    Q.  Did you do any searching or investigation    01:40:36
16  specifically to inform your knowledge of the facts
17  in this declaration?
18    A.  No.
19        MR. REEVES:  Objection.  Vague.
20  BY MR. TONG:                                        01:40:54
21    Q.  Sorry, could you repeat your answer?
22    A.  No, I did not.
23    Q.  Okay.  Other than attorneys, did you speak
24  to any people in order to inform your knowledge of
25  the facts in this declaration?                      01:41:11
```
Page 13

4 (Pages 10 - 13)

```
 1   A.  No, I did not.
 2   Q.  In order to investigate the facts and
 3  prepare this declaration, did you do any traveling
 4  to offices to perform any type of investigation?
 5       MR. REEVES:  Objection.  Vague.  Lacks      01:41:36
 6  foundation.  Assumes facts.
 7       THE WITNESS:  No, I did not.
 8  BY MR. TONG:
 9   Q.  Okay.  Okay.  All right.
10       Could you provide me with your              01:41:50
11  understanding of what is relevant in this case?
12       MR. REEVES:  Objection.  Vague.
13       THE WITNESS:  If you could restate the
14  question.  I'm not sure I'm -- I even understand
15  what you're trying --                            01:42:18
16  BY MR. TONG:
17   Q.  So this -- this declaration contains
18  several statements about Docker, BuildKits, and
19  certain individuals.
20       Why did you determine that they are         01:42:32
21  relevant facts for putting in a declaration?
22       MR. REEVES:  Objection.  Vague.  Lacks
23  foundation.  Compound.
24       THE WITNESS:  I was asked about my
25  knowledge of this area of technology given the roles  01:42:53
```
Page 14

```
 1  that are actually stated in this declaration in
 2  response to action that was brought against my
 3  employer.
 4  BY MR. TONG:
 5   Q.  Okay.  So that's what I want to get at.     01:43:08
 6       What area of technology do you believe is
 7  relevant to this action?
 8       MR. REEVES:  Objection.  Vague.  Calls for
 9  speculation.
10       THE WITNESS:  Yeah, to the best of my       01:43:20
11  knowledge, this is simply about container
12  technology.
13  BY MR. TONG:
14   Q.  Okay.  In Paragraph 3 of your declaration
15  here, you use the letters "ECS."                 01:43:46
16       Could you tell us what "ECS" stands for?
17   A.  Yes.
18       ECS stands for elastic container service.
19   Q.  And could you provide us with a very
20  high-level overview of what ECS is?              01:43:59
21       MR. REEVES:  Objection.  Vague.
22       THE WITNESS:  Yes.  ECS, like many Amazon
23  managed services, is one of Amazon's many services
24  that allow our customers to make use of cloud
25  technology.  And ECS is specifically focused on  01:44:21
```
Page 15

```
 1  running containers on behalf of customers as tasks
 2  in the cloud.
 3  BY MR. TONG:
 4   Q.  Okay.  Is ECS sold or licensed as a
 5  standalone product?                              01:44:40
 6       MR. REEVES:  Objection.  Compound.
 7       THE WITNESS:  Not to my knowledge.  If --
 8  if you mean "product" in the sense of a software
 9  product, that's not how cloud services are sold.
10  BY MR. TONG:                                     01:44:58
11   Q.  It -- it would be more accurate to say
12  that a customer with a subscription to AWS services
13  would be able to access the ECS service; correct?
14       MR. REEVES:  Objection.  Lacks foundation.
15       THE WITNESS:  Yes.                          01:45:15
16  BY MR. TONG:
17   Q.  And is there a name for the AWS service
18  that a customer would need to be subscribed to?
19       MR. REEVES:  Objection.  Vague.
20       THE WITNESS:  So that's probably pretty     01:45:39
21  far afield of our discussion, but Amazon doesn't
22  sell specific subscription services.
23       It -- it -- Amazon's model, like many
24  cloud providers, is one that allows essentially
25  pay-as-you-go usage.  So you -- you simply use ECS  01:45:59
```
Page 16

```
 1  and you're charged for the usage that -- that you --
 2  that you consume.
 3  BY MR. TONG:
 4   Q.  Okay.  And Amazon would track the usage of
 5  ECS by individual customers; correct?            01:46:28
 6       MR. REEVES:  Objection.  Vague.
 7       THE WITNESS:  Yes.
 8  BY MR. TONG:
 9   Q.  Do you know if that tracking information
10  is -- would be kept in some sort of database?    01:46:48
11   A.  Yeah, absolutely.
12   Q.  ==And ECS would be made available to==
13  ==customers throughout the United States; is that==
14  ==correct?==
15       ==MR. REEVES:  Objection.  Vague.==         ==01:47:12==
16       ==THE WITNESS:  Yes.==
17  BY MR. TONG:
18   Q.  Do you know if ECS is used by any
19  customers in Texas?
20   A.  I don't have personal knowledge of ECS      01:47:31
21  customers.  So it's possible, but not something I
22  could confirm for you directly.
23   Q.  Who would be the best person to ask that
24  question to?
25       MR. REEVES:  Objection.  Vague.  Calls for  01:47:50
```
Page 17

5 (Pages 14 - 17)

**Page 18**

1  speculation.
2      THE WITNESS: ECS product leadership
3  clearly would -- would be tracking their customers.
4  BY MR. TONG:
5    Q. Okay. And are you part of any type of   01:48:04
6  team that works on ECS?
7      MR. REEVES: Objection. Vague.
8      THE WITNESS: No, I am not directly in the
9  reporting chain of -- of the teams that work on ECS.
10 BY MR. TONG:                                01:48:30
11   Q. What are the teams that work on ECS?
12   A. Yeah, so that's somewhat of an open-ended
13 question. There's -- there's many teams involved.
14 You know, like any organization, there are
15 operations teams. There's development teams.   01:48:54
16    I'm not -- as -- as I said, I'm not --
17 since I don't report to the -- the management of the
18 ECS service, I -- I don't know the exact layout of
19 their team.
20   Q. Okay. Your title is a principal engineer   01:49:08
21 at Amazon Web Services, Inc.; correct?
22   A. Correct.
23   Q. Okay. And your declaration says that your
24 role at AWS "involves developing and maintaining the
25 container technologies used by AWS, including the   01:49:31

**Page 19**

1  Elastic Container Service." [As read]
2     Right?
3    A. That is correct.
4    Q. Is there a part of an organizational group
5  or team that you're on?                       01:49:46
6    A. Yes.
7      MR. REEVES: Objection. Vague.
8  BY MR. TONG:
9    Q. What is the name of that group or team?
10   A. My direct organi- -- organization is   01:49:53
11 called serverless containers in compute.
12   Q. How big is that team?
13   A. I can only estimate. I don't know exact
14 numbers. Between 100 and 200 people.
15   Q. You -- you are located in Charlottesville,   01:50:20
16 Virginia; correct?
17   A. Yes, that is correct.
18   Q. That's where you live and work?
19   A. Yes. Correct.
20   Q. Do you work remotely?               01:50:47
21   A. Yes, I do.
22   Q. Okay. Does Amazon have an office in
23 Virginia?
24   A. They have quite a few offices in Virginia,
25 but not anywhere near Charlottesville.   01:51:05

**Page 20**

1    Q. Do other members of the serverless
2  containers in computes group also work in Virginia?
3    A. No. I'm the only person in the
4  organization located in Virginia.
5    Q. Do any other members of that team work on   01:51:28
6  the East Coast?
7    A. Yes. There is a portion of the team in
8  New York City.
9    Q. Do you interact -- strike that.
10     Is there a name for the engineering team   01:52:01
11 that works on ECS?
12     MR. REEVES: Objection. Vague. Lacks
13 foundation.
14     THE WITNESS: Other than the EC- --
15 calling it the ECS team, I'm unaware of any other   01:52:23
16 name they use for their organization.
17 BY MR. TONG:
18   Q. Do you interact with members of the ECS
19 team?
20     MR. REEVES: Objection. Vague.   01:52:32
21     THE WITNESS: Yes, I do.
22 BY MR. TONG:
23   Q. Can you give me a few examples of ECS team
24 members who you have interacted with recently?
25   A. Sure.                      01:52:52

**Page 21**

1      Mats Lannér, is the director of the ECS
2  organization. And since at one time I worked with
3  him, I still interact with him somewhat regularly.
4    Q. Can you give me the last three members of
5  the ECS team who you interacted with?   01:53:14
6    A. Yes. So as I said, Mats Lannér. And
7  there are several principal engineers, and we meet,
8  on average, a monthly basis across ECS and my
9  organization.
10     Trying to think of the best -- so it would   01:53:48
11 be more than -- than three in the last, you know,
12 few meetings. But Malcolm -- trying to think of his
13 last name. He was a principal engineer on ECS.
14 Although, he's been promoted so he owns more than
15 just ECS.                         01:54:09
16     And Kiran Meduri is a principal engineer
17 with ECS.
18   Q. How do you spell Kiran Meduri?
19   A. It is K-I-R-A-N, last name M-E-D-U-R-I.
20   Q. Do you know if any members of the ECS team   01:54:36
21 are on the East Coast?
22     MR. REEVES: Objection. Vague.
23     THE WITNESS: Yes, they have a New York or
24 New Jersey located team.
25 BY MR. TONG:                        01:55:06

6 (Pages 18 - 21)

## Page 22

```
 1    Q.  Have you -- are -- are you aware that this
 2  lawsuit is a patent case?
 3    A.  Yes, I am.
 4    Q.  Okay. Have you read the patents that are
 5  at issue in this case?                    01:55:24
 6    A.  No, I have not.
 7    Q.  Have you read the infringement contentions
 8  from this case?
 9    A.  No, I have not.
10    Q.  So your declaration identifies a few   01:55:38
11  individuals including Tonis Tiigi. How do you
12  pronounce that last name?
13    A.  No one I know knows how to pronounce his
14  last name.
15    Q.  All right.                            01:56:22
16        And also Derek McGowan.
17        Did I get that name right?
18    A.  Yes.
19    Q.  This is not intended to be a comprehensive
20  list of Docker engineers; correct?          01:56:41
21    A.  That is correct.
22    Q.  Do you have an estimate of how many Docker
23  engineers there are?
24        MR. REEVES:  Objection. Vague. Calls for
25  speculation.                                01:56:59
```

## Page 23

```
 1        THE WITNESS:  No, I do not.
 2  BY MR. TONG:
 3    Q.  And Docker is an entity that is
 4  separate -- more -- strike that.
 5        Docker, Inc. is an entity that is separate   01:57:13
 6  from Amazon Web Services; correct?
 7        MR. REEVES:  Objection. Vague. Lacks
 8  foundation.
 9        THE WITNESS:  Yes, that is correct.
10  BY MR. TONG:                                01:57:31
11    Q.  Have you been to the office of Docker,
12  Inc.?
13    A.  They no longer have offices, but when they
14  did, yes.
15    Q.  What brought you to the office of Docker,   01:57:46
16  Inc. back in the day?
17        MR. REEVES:  Objection. Vague.
18        THE WITNESS:  I got involved with the
19  Docker open-source project. I am going to guess
20  that it's sometime between 2013 and 2014. But   01:58:18
21  I'm -- I don't think that necessarily matters.
22        But at the time, various meetings of the
23  open source community. And sort of when I became a
24  maintainer in the open-source project, there were a
25  lot of invitations to go to meetings at their   01:58:42
```

## Page 24

```
 1  offices in San Francisco.
 2  BY MR. TONG:
 3    Q.  When were you first aware of Docker, Inc.?
 4    A.  In the same time frame I just mentioned,
 5  that -- somewhere in the 2013/2014 time frame.   01:59:07
 6    Q.  And -- and in -- in that time frame, you
 7  said you had -- I guess you started out by just
 8  going to their meetings; correct?
 9        MR. REEVES:  Objection. Vague to the
10  extent it mischaracterizes testimony.        01:59:40
11        THE WITNESS:  Correct. I got involved in
12  the open-source project, which was essentially a
13  virtual group of contributors, including some Docker
14  employees.
15  BY MR. TONG:                                02:00:00
16    Q.  Did you eventually take on more -- take on
17  a role where you contributed more than just
18  attending meetings?
19        MR. REEVES:  Objection. Vague. Lacks
20  foundation.                                 02:00:14
21        THE WITNESS:  Yes, I became a code
22  contributor to the project.
23  BY MR. TONG:
24    Q.  Around what year did you start
25  contributing code to the project?           02:00:25
```

## Page 25

```
 1    A.  I know for sure I was contributing code in
 2  the year 2014. I don't remember at what point in
 3  that year.
 4    Q.  Okay. Does Docker have a repository for
 5  its code?                                   02:00:48
 6    A.  Yes, it does.
 7    Q.  And what is that repository?
 8    A.  It's a popular open source code repository
 9  run by GitHub.
10    Q.  Okay. For how many years did you       02:01:07
11  contribute code to Docker?
12    A.  I contributed significantly through 2017.
13    Q.  Do you know when Docker, Inc. first came
14  about?
15        MR. REEVES:  Objection. Vague.         02:01:49
16        THE WITNESS:  If you're talking about
17  their incorporation as Docker, Inc., I could guess,
18  but I -- I don't have a -- you know, it was in that
19  same period of time, but I don't have the -- a date
20  or the exact year.                          02:02:06
21  BY MR. TONG:
22    Q.  And that would be somewhere around the
23  2013/2014 time frame?
24        MR. REEVES:  Objection. Asked and
25  answered.                                   02:02:18
```

## Page 26

1         THE WITNESS:  Yes.
2   BY MR. TONG:
3       Q.  So out of the many engineers who work on
4   Docker, why did you specifically name Tonis Tiigi
5   and Derek McGowan in this declaration?        02:02:55
6       A.  I named those two because of their
7   critical roles.  For Tonis, the inventor essentially
8   of BuildKit.  And Derek has essentially been around
9   through the entire history of Docker, and so, has --
10  they both are -- are essentially significant leaders   02:03:25
11  and contributors to the project.
12      Q.  Are there any other significant leaders
13  and contributors to Docker?
14      A.  There are over the years.  Many of them no
15  longer work on the project or even in the container    02:03:49
16  ecosystem.  So they don't -- did not seem as
17  relevant, given they've moved to other roles or
18  stopped working on container technology.
19      Q.  Could you provide maybe four or five of
20  their names?                                   02:04:09
21      A.  Yes.  Michael Crosby, Jess Frazelle or
22  Jessica Frazelle.
23      Q.  How do you spell Frazelle?
24      A.  Frazelle, F-R-A-Z-E-L-L-E.
25          Tibor Vass.  I believe it's V-A-S-S.   02:04:39

## Page 27

1          And Victor Vieux, V-I-E-U-X.
2       Q.  Could you tell me about your day-to-day
3   responsibilities?
4           MR. REEVES:  Objection.  Vague.
5           THE WITNESS:  A principal engineering role   02:05:27
6   at Amazon has a pretty varied -- I'm no longer a
7   pure software developer, which I think would be
8   easier to say I sit and write code all day.  I -- if
9   I were to summarize my intentional, sort of,
10  day-to-day activities, it's providing leadership to   02:05:48
11  a container runtime team who works here at Amazon,
12  who helped contribute to "containerd," which was a
13  project that came out of -- of Docker that I'm a
14  maintainer of.
15  BY MR. TONG:                                   02:06:10
16      Q.  Okay.  The -- did you say that was
17  Container V, as in Victor, or "containerd," as in
18  dog?
19      A.  It is D as in dog.
20      Q.  The container runtime team that you    02:06:36
21  mentioned, are those team members scattered across
22  Amazon's offices?
23          MR. REEVES:  Objection.  Vague.
24          THE WITNESS:  No, they are not.
25  BY MR. TONG:                                   02:06:54

## Page 28

1       Q.  What about the people who work on
2   "containerd," are they scattered about different
3   Amazon offices?
4           MR. REEVES:  Objection.  Vague.  Compound.
5           THE WITNESS:  "Containerd" is an       02:07:15
6   open-source project.  It is not managed by Amazon.
7   So similar to Docker, anyone in the world can
8   contribute to the project.
9   BY MR. TONG:
10      Q.  Understood.  Thank you.                02:07:29
11          The container runtime team that you
12  mentioned, where are they located?
13          MR. REEVES:  Objection.  Compound.
14          THE WITNESS:  They're located in Seattle.
15  BY MR. TONG:                                   02:07:48
16      Q.  Do they write code?
17      A.  Yes.
18      Q.  Do you know where Amazon keeps its code
19  repositories?
20          MR. REEVES:  Objection.  Lacks foundation.  02:08:07
21  Vague.
22          THE WITNESS:  That probably is too broad
23  of a question.  That -- there's not a single answer
24  for -- for that.
25  BY MR. TONG:                                   02:08:23

## Page 29

1       Q.  For ECS-related code, could you describe
2   how that code is managed?
3           MR. REEVES:  Objection.  Vague.  Lacks
4   foundation.
5           THE WITNESS:  Amazon provides a single  02:08:42
6   repository internally for all service team code.
7   BY MR. TONG:
8       Q.  Does that repository have a name?
9       A.  Yes.  I think it's currently called
10  GitFarm, but it's normally referred to just as   02:09:05
11  software.amazon.com.
12      Q.  Is it similar to like a generic GIT
13  repository?
14          MR. REEVES:  Objection.  Vague.
15          THE WITNESS:  As similar as it contains  02:09:30
16  commits and branches, yes.
17  BY MR. TONG:
18      Q.  And the repository would track the names
19  of engineers who access and commit code; correct?
20      A.  Yes, that's correct.                   02:09:56
21      Q.  And it would track versions of code that
22  are checked in; correct?
23      A.  Yes.  Correct.
24      Q.  Would there be -- strike that.
25          Does the code repository use any type of   02:10:28

```
 1  naming convention to track releases of ECS-related
 2  code?
 3     A.  I would not personally know that.
 4     Q.  Did you ever work in a software writing
 5  role at Amazon?                              02:10:58
 6         MR. REEVES:  Objection.  Vague.
 7         THE WITNESS:  Maybe you can clarify if
 8  you're asking if I write code in my -- since joining
 9  Amazon?
10  BY MR. TONG:                                 02:11:19
11     Q.  Correct.
12     A.  Yes, but not for internal services like
13  ECS.  I'm still -- because of my role externally, I
14  write code for "containerd" and extremely rarely
15  Docker.                                      02:11:40
16     Q.  Could you describe what "containerd" is?
17     A.  Yes.
18         "Containerd" is essentially what was the
19  core of the Docker engine -- container runtime
20  engine broken out into a separate project in 27 --  02:12:04
21  late 2016 and donated to the Cloud Native Computing
22  Foundation in March of 2017.
23     Q.  Okay.  I want to take a look at Paragraph
24  3 of your declaration, which says that you're
25  "familiar with the design and development of ECS,   02:12:29
                                                 Page 30
```

```
 1  including how containers are created from images,
 2  how images are created, and how containers are
 3  deployed and run."
 4         Could you elaborate a little bit more on
 5  how containers are created from images?      02:12:45
 6         MR. REEVES:  Objection.  Vague.
 7         THE WITNESS:  That's a fairly complicated
 8  topic.  I mean, I have lots of talks on YouTube that
 9  you can watch.
10         But it essentially -- if you're talking   02:13:07
11  about the mechanism of how images turn into a
12  running process, that's what container runtimes do.
13  That's their actual job.  And so, Docker and
14  "containerd" are two examples of runtimes which know
15  how to operate on images and turn them into running  02:13:28
16  containers.
17  BY MR. TONG:
18     Q.  And could you explain what a container is,
19  doing your best to explain it to an audience who is
20  a judge or jury without a -- a software background?  02:13:50
21         MR. REEVES:  Objection.  Vague.
22         THE WITNESS:  So in a nutshell, software
23  development has always needed a vehicle to package
24  and deploy their applications on servers, computers.
25  In the history of computing, we've gone from   02:14:22
                                                 Page 31
```

```
 1  installing them physically to having a technology
 2  called virtualization or virtual machines.  And
 3  containers are a progression in that history that
 4  are a simpler form of packaging and deploying
 5  software onto servers.                       02:14:43
 6  BY MR. TONG:
 7     Q.  And keeping the same audience in mind,
 8  could you explain what images are and how they are
 9  created?
10         MR. REEVES:  Objection.  Vague.       02:15:06
11         THE WITNESS:  Sure.  So container images
12  are how a software developer assembles a set of
13  configuration files, binaries, libraries, into a
14  unit that can be shared with the server.  And so,
15  there's usually a set of statements, we call it a   02:15:29
16  Docker file, which control the building of that
17  image.  And then it's usually pushed to a -- a
18  registry.  So think of a -- a website that contains
19  images and a [verbatim] image name.
20  BY MR. TONG:                                 02:15:53
21     Q.  And same question for the last part of
22  that first sentence in your declaration.  So keeping
23  in mind the same audience, potentially a judge or
24  jury without a software background, could you
25  explain how containers are deployed and run?   02:16:09
                                                 Page 32
```

```
 1         MR. REEVES:  Objection.  Vague.
 2         THE WITNESS:  Yes.
 3         So the same analogy of software
 4  applications being placed on a server, there are
 5  various software components either controlled by   02:16:31
 6  technology like ECS or like a very popular
 7  open-source project called Kubernetes, which know
 8  how to deploy that application.  They're given
 9  information on how many units of that software to
10  deploy across how many servers, and they pull those   02:16:52
11  images from the registry and then run them on that
12  server.
13  BY MR. TONG:
14     Q.  Okay.  The next sentence in your
15  declaration says, "These features are provided by   02:17:07
16  third-party software originally developed by Docker,
17  Inc."
18         Do you see that?
19     A.  Yes.
20     Q.  So is it true then that there are --   02:17:16
21  software developed by Docker, Inc. is used by Amazon
22  in conjunction with ECS?
23         MR. REEVES:  Objection.  Vague.  Lacks
24  foundation.
25         THE WITNESS:  Yes, that is correct.   02:17:38
                                                 Page 33
```

9 (Pages 30 - 33)

```
 1  BY MR. TONG:
 2    Q.  What software of Docker, Inc. is used by
 3  Amazon?
 4    A.  The Docker container engine, the container
 5  runtime.                                    02:17:55
 6    Q.  And is that something that is directly
 7  available from Docker, Inc., or is it something that
 8  Amazon and Docker worked on together for -- for a
 9  more proprie- -- proprietary version?
10        MR. REEVES:  Objection.  Vague.  Compound.  02:18:16
11        THE WITNESS:  It is the version of Docker
12  from the open-source project.
13  BY MR. TONG:
14    Q.  And what is BuildKit?
15    A.  To understand what BuildKit is, similar to  02:18:36
16  how "containerd" came out of Docker and is now a
17  related component, the ability to build containers
18  was originally a piece of the Docker core engine
19  software.
20        Tonis created BuildKit as a separate      02:19:03
21  open-source project that is then used by Docker,
22  similar to how "containerd" is also used by Docker,
23  to add -- to give its own life cycle and its ability
24  to add new features separate from the life cycle of
25  the Docker engine release cadence.            02:19:20
                                                 Page 34
```

```
 1    Q.  The Docker container engine that you had
 2  mentioned previously, where could I go and get a
 3  copy of that?
 4    A.  It is also available on GitHub as a
 5  separate project.                             02:19:43
 6    Q.  Is there a particular name of a file or a
 7  project that I should look for?
 8    A.  So the -- GitHub has a notion of
 9  organization and repositories.  So "containerd" is
10  found on GitHub under the repository "containerd,"  02:20:07
11  and the main "containerd" engine is the project
12  "containerd."
13        So the "containerd"/"containerd" project
14  contains the source code for the container runtime
15  engine.                                       02:20:26
16    Q.  And that same code is used by Amazon?
17        MR. REEVES:  Objection.  Vague.  Calls for
18  speculation.
19        THE WITNESS:  Yes, it is.
20  BY MR. TONG:                                  02:20:55
21    Q.  Is BuildKit something that I can -- that I
22  can also find on GitHub?
23    A.  Yes, it is.
24    Q.  And one more question, is there a
25  particular file or a directory that I need to access  02:21:13
                                                 Page 35
```

```
 1  in order to -- to find BuildKit?
 2    A.  Yes.  You can find it -- the organization
 3  is Moby, M-O-B-Y, and the project name is just
 4  BuildKit.
 5    Q.  And that would be the same version that    02:21:32
 6  Amazon uses?
 7        MR. REEVES:  Objection.  Vague.  Calls for
 8  speculation.
 9        THE WITNESS:  Yes.
10  BY MR. TONG:                                  02:21:43
11    Q.  Do you know if Amazon keeps documentation
12  for how the ECS code operates?
13    A.  Yes.  The same way that any project has
14  assorted documentation or design documents.
15    Q.  Okay.  I -- I've been on several software  02:22:33
16  design teams, and some have been much better at
17  keeping documentation than others, I'm sure you can
18  imagine.
19        In what ways does Amazon keep
20  documentation for its ECS code?  Are there Wikis or  02:22:50
21  PDFs or PowerPoints?  Like, how -- how is that kept?
22        MR. REEVES:  Objection.  Vague.  Compound.
23        THE WITNESS:  Most document- --
24  documentation at Amazon is kept on a central Wiki.
25        There are also -- shared document, editing  02:23:13
                                                 Page 36
```

```
 1  platforms internally.
 2  BY MR. TONG:
 3    Q.  What are those platforms called?
 4    A.  Quip and Workdocs.
 5    Q.  Sorry, that first word, was it "quick"    02:23:28
 6  or -- could you spell it?
 7    A.  Sure.  It is Q-U-I-P.
 8    Q.  Thank you.
 9        Aside from Quip and Workdocs, can you
10  think of any other repositories for code          02:23:46
11  documentation?
12    A.  No.
13        MR. REEVES:  Objection.  Asked and
14  answered.
15        THE WITNESS:  No.                        02:23:54
16  BY MR. TONG:
17    Q.  Do you know what EC2 is?
18        MR. REEVES:  Objection.  Lacks foundation.
19        THE WITNESS:  Yes.
20  BY MR. TONG:                                  02:24:17
21    Q.  Would it be accurate to describe EC2 as
22  something that allows customers to deploy their own
23  version of ECS locally off the cloud?
24    A.  No.  That would not be what EC2 is.
25    Q.  What is EC2, then?                       02:24:42
                                                 Page 37
```

10 (Pages 34 - 37)

1  A.  EC2 stands for Elastic Compute Cloud, and
2  it is the -- I would say the core service, original
3  service of -- of AWS that allows customers to
4  essentially rent a virtual machine, a virtual
5  computer in the cloud that is normally running Linux   02:25:08
6  but could run Windows.
7  Q.  All right.
8       What's the -- what is the relationship
9  between ECS and EC2?
10       MR. REEVES:  Objection.  Vague.  Lacks   02:25:29
11 foundation.
12       THE WITNESS:  ECS, as I mentioned
13 originally, runs containers on behalf of customers,
14 and where those containers run is on EC2 instances
15 in the cloud.                                          02:25:46
16 BY MR. TONG:
17 Q.  And EC2 would be a service that customers
18 are billed for usage; correct?
19       MR. REEVES:  Objection.  Vague.
20       THE WITNESS:  Correct.                           02:26:06
21 BY MR. TONG:
22 Q.  Is EC2 sold or licensed to customers as a
23 standalone service?
24       MR. REEVES:  Objection.  Vague.  Compound.
25       THE WITNESS:  Yes, it -- in the same usage   02:26:23

Page 38

1  model that I mentioned before.
2  BY MR. TONG:
3  Q.  But this would be under some sort of
4  umbrella access to AWS services; correct?
5       MR. REEVES:  Objection.  Vague.                  02:26:42
6       THE WITNESS:  In the sense that you need
7  to create an AWS account to access any service, yes.
8  BY MR. TONG:
9  Q.  Okay.  Are you familiar with ECS Anywhere?
10 A.  Yes.                                               02:27:09
11 Q.  And I think I misspoke earlier, but I --
12 would I be correct in saying that EC Anywhere is the
13 service that allows customers to deploy their own
14 version of ECS locally off the cloud?
15 A.  Yes.                                               02:27:29
16 Q.  And would customers be billed for their
17 usage of ECS Anywhere in the same way?
18       MR. REEVES:  Objection.  Vague.
19       THE WITNESS:  I am actually not informed
20 on the pricing model of the Anywhere products.         02:27:49
21 BY MR. TONG:
22 Q.  ECS Anywhere, is -- is it made available
23 to people throughout the United States?
24       MR. REEVES:  Objection.  Vague.  Calls for
25 speculation.                                           02:28:07

Page 39

1       THE WITNESS:  Yes.
2  BY MR. TONG:
3  Q.  It's not, for example, sold only in
4  California; correct?
5       MR. REEVES:  Objection.  Asked and               02:28:18
6  answered.  Calls for speculation.
7       THE WITNESS:  Correct.
8  BY MR. TONG:
9  Q.  Do you have a sense of how popular the ECS
10 Anywhere product is?                                   02:28:40
11       MR. REEVES:  Objection.  Vague.  Calls for
12 speculation.
13       THE WITNESS:  No, I do not.
14 BY MR. TONG:
15 Q.  Do you have a sense of how many customers   02:28:49
16 use ECS Anywhere?
17 A.  No, I do not.
18 Q.  Do you know who at Amazon I would need to
19 talk to in order to get a sense of the number of
20 customers that use ECS Anywhere?                       02:29:09
21 A.  Yeah, that would -- would be the same ECS
22 product leadership.
23 Q.  Is there a person that you're referring to
24 as ECS product leadership?
25 A.  Yes.  Mats Lannér, who I mentioned              02:29:30

Page 40

1  earlier, is the director of that organization.  I
2  say it generically because many project managers
3  would also be tracking customer data on a regular
4  basis.
5  Q.  Do you know if the ECS Anywhere team is a   02:30:07
6  separate team from the ECS team?
7  A.  I don't have direct knowledge of that.
8  Q.  What about the people who work on EC2,
9  would they be a -- a separate team from the ECS
10 team?                                                  02:30:33
11 A.  Yes, they are.
12 Q.  Do you know where the EC2 team is located?
13       MR. REEVES:  Objection.  Vague.
14       THE WITNESS:  They have many locations,
15 including around the globe, and I -- and I would not   02:30:52
16 be able to iterate all of them just because I don't
17 work with them.
18 BY MR. TONG:
19 Q.  Thank you.
20       But -- all right.                                02:31:02
21       MR. REEVES:  Peter, would it be a good
22 time for a break?
23       MR. TONG:  We'll take -- let me just wrap
24 up these next few questions, and we'll take a break
25 within the next five minutes, if -- if that's okay   02:31:26

Page 41

```
 1  with you.
 2       MR. REEVES:  Sure.
 3  BY MR. TONG:
 4    Q.  Do EC2 team members work across the United
 5  States?                                    02:31:37
 6       MR. REEVES:  Objection.  Vague.  Asked and
 7  answered.
 8       THE WITNESS:  My direct knowledge is
 9  mostly of leadership in the EC2 organization who are
10  all in Seattle.  But like I said, I can't iterate     02:31:53
11  all the locations that may have an EC2 employee.
12       MR. TONG:  Now is a good time for a break.
13  We could go off the record and take a ten-minute
14  break.
15       THE VIDEOGRAPHER:  This marks the end of    02:32:10
16  Media Number 1.  Going off the record at 2:31 p.m.
17       (Short recess taken.)
18       THE VIDEOGRAPHER:  This marks the
19  beginning of Media Number 2.  Going back on the
20  record at 2:40 p.m.                         02:41:20
21       MR. TONG:  Thank you.
22  BY MR. TONG:
23    Q.  You're still under oath; do you understand
24  that?
25    A.  Yes.                                   02:41:29
```
Page 42

```
 1       THE WITNESS:  Yes.
 2  BY MR. TONG:
 3    Q.  Do you know what APP2Container is?
 4       MR. REEVES:  Objection.
 5       THE WITNESS:  No.                       02:43:03
 6       MR. REEVES:  Outside the scope.
 7       THE WITNESS:  No, I do not recognize that.
 8  BY MR. TONG:
 9    Q.  And that would be A-P-P, the Number 2, and
10  then the word "Container"?                   02:43:12
11       MR. REEVES:  Objection.  Asked and
12  answered.  Outside the scope.
13       THE WITNESS:  Are you asking if I know
14  what that is still?
15  BY MR. TONG:                                 02:43:27
16    Q.  Correct.
17       Do you know what that is with the
18  correction that it's the Number 2 and not like T-O?
19       MR. REEVES:  Same objections.
20       THE WITNESS:  No.                       02:43:36
21  BY MR. TONG:
22    Q.  Do you know what Kubernetes is?
23       MR. REEVES:  Objection.  Outside the
24  scope.
25       THE WITNESS:  Yes.                      02:43:47
```
Page 44

```
 1    Q.  Did you speak with your counsel during the
 2  break?
 3    A.  Yes.
 4    Q.  Did he refresh your recollection of any
 5  facts that we have discussed so far?          02:41:43
 6    A.  No.
 7    Q.  Do you know what the AW- -- let me start
 8  over.
 9       Do you know what the AWS Elastic Container
10  Registry is?                                 02:42:00
11    A.  Yes, I do.
12    Q.  And could you explain it to a judge or a
13  jury without a software background?
14       MR. REEVES:  Objection.  Vague.  Outside
15  the scope.                                   02:42:13
16       THE WITNESS:  Yes.  So Amazon's ECR is a
17  container registry.  So when software is packaged
18  into containers, ECR is one place that customers
19  could store those images or use in Amazon's cloud or
20  elsewhere.                                   02:42:37
21  BY MR. TONG:
22    Q.  And customers would be billed for their
23  use of ECR; correct?
24       MR. REEVES:  Objection.  Vague.  Outside
25  the scope.                                   02:42:50
```
Page 43

```
 1  BY MR. TONG:
 2    Q.  Could you explain to a judge or jury what
 3  Kubernetes is?
 4       MR. REEVES:  Objection.  Vague.  Outside
 5  the scope.                                   02:43:58
 6       THE WITNESS:  Kubernetes is what's called
 7  a container orchestrater.  It is also a very popular
 8  open-source project, also under the Cloud Native
 9  Computing Foundation consortium that is developed
10  collaboratively and used by many companies to    02:44:19
11  orchestrate how their containers run on servers.
12  BY MR. TONG:
13    Q.  And does Amazon use Kubernetes to
14  orchestrate how containers run on servers?
15       MR. REEVES:  Objection.  Vague.  Scope.   02:44:39
16       THE WITNESS:  Amazon offers a unique
17  managed service called EKS, which does operate
18  Kubernetes on behalf of our customers.
19  BY MR. TONG:
20    Q.  Is that a custom version of Kubernetes?   02:44:55
21       MR. REEVES:  Objection.  Vague.  Scope.
22       THE WITNESS:  No, it is not.
23  BY MR. TONG:
24    Q.  It -- is -- where could I get a copy of
25  the version of Kubernetes that is used by Amazon?  02:45:15
```
Page 45

12 (Pages 42 - 45)

```
 1      MR. REEVES:  Objection.  Vague.  Scope.
 2 Calls for speculation.
 3      THE WITNESS:  Amazon uses the same
 4 open-source project that's available on GitHub.
 5 BY MR. TONG:                              02:45:35
 6   Q.  Is there a file name or repository name
 7 that I can find it under?
 8      MR. REEVES:  Same objections.
 9      THE WITNESS:  Yes.  Similar to the other
10 projects, the organization name is Kubernetes, and  02:45:48
11 the project repository is Kubernetes.
12 BY MR. TONG:
13   Q.  Is there a particular version of this that
14 is used by Amazon?
15      MR. REEVES:  Objection.  Vague.  Calls for  02:46:06
16 speculation.  Scope.
17      THE WITNESS:  The Amazon EKS team makes
18 available each version, each commercial version of
19 Kubernetes that is released by the open-source
20 project.                                  02:46:30
21 BY MR. TONG:
22   Q.  Same question for the Docker container
23 engine that we had talked about earlier that is
24 available on GitHub, is there a particular version
25 of that that's used by Amazon?             02:47:01
```
Page 46

```
 1      MR. REEVES:  Objection.  Vague.  Calls for
 2 speculation to the extent it mischaracterizes
 3 testimony.
 4      THE WITNESS:  So to -- to discuss versions
 5 of software that Amazon uses, it's important to note  02:47:17
 6 that Amazon creates its own Linux operating system
 7 version called Amazon Linux, which is publicly
 8 available to our customers and also used by
 9 ourselves.  And the Amazon Linux team packages
10 "containerd," Docker, et cetera, and chooses those   02:47:38
11 versions.
12 BY MR. TONG:
13   Q.  And similar question for BuildKit, is
14 there a particular version of BuildKit that is used
15 by Amazon?                                 02:47:58
16      MR. REEVES:  Objection.  Vague.  Calls for
17 speculation and to the extent it mischaracterizes
18 testimony.
19      THE WITNESS:  So similar, BuildKit makes
20 open source releases, and those are packaged.  02:48:15
21 However, it's worth noting that Kubernetes does not
22 allow people to build containers and, therefore, has
23 no need of BuildKit.  ECS also does not build
24 containers as a service.  So, therefore, it doesn't
25 need BuildKit.  BuildKit is something developers  02:48:35
```
Page 47

```
 1 use, not these services.
 2 BY MR. TONG:
 3   Q.  Paragraph 2 of your declaration mentions
 4 the Moby Project.
 5      Do you see that?                      02:48:52
 6   A.  Yes.
 7   Q.  Are they at all affiliated with the
 8 website hackermd.io [verbatim]?
 9      MR. REEVES:  Objection.  Vague.  Calls for
10 speculation.  Outside the scope.           02:49:04
11      THE WITNESS:  That doesn't sound correct
12 to me.
13 BY MR. TONG:
14   Q.  Sorry.  Are they at all affiliated with a
15 website mobyproject.org?                    02:49:16
16      MR. REEVES:  Same objections.
17      THE WITNESS:  I believe so, but I would
18 have to visit that site to refresh my memory if
19 that's affiliated with the project.
20 BY MR. TONG:                                02:49:35
21   Q.  Sure.
22      Could you check that website right now,
23 mobyproject.org?
24   A.  Sure.
25      Yes, that's correct.  Yeah, that is -- I'm  02:49:55
```
Page 48

```
 1 not sure it's up to date, but that was created when
 2 the Moby Project was formed.
 3   Q.  Okay.  In Paragraph 2 of your declaration
 4 it says that you "present on container technology at
 5 industry and developer conferences."        02:50:34
 6      Do you see that?
 7   A.  Yes, I do.
 8   Q.  What were the last five such conferences
 9 that you presented at?
10      MR. REEVES:  Objection.  Vague.  Compound.  02:50:46
11      THE WITNESS:  I most recently presented at
12 FOSSY, which is F-O-S-S-Y.
13      Prior to that -- I'm trying to
14 disambiguate conferences I attend versus ones I
15 actually presented at.                       02:51:24
16      Earlier in the year I presented at FOSDEM,
17 F-O-S-D-E-M, and State of OpenCon UK.
18      So that's three.  I'm sure there's
19 something else in the spring, but if I go back to
20 last year, definitely KubeCon, CloudNativeCon and  02:52:00
21 Open Source Summit.
22 BY MR. TONG:
23   Q.  Where were those conferences that you had
24 just mentioned?
25      MR. REEVES:  Objection.  Vague.  Compound.  02:52:15
```
Page 49

13 (Pages 46 - 49)

## Page 50

```
 1       THE WITNESS:  FOSSY was in Portland,
 2  Oregon.  FOSDEM is in Brussels, Belgium.  State of
 3  OpenCon is London, UK.  KubeCon last fall was in
 4  Chicago, and Open Source Summit was in Seattle.
 5  BY MR. TONG:                              02:52:59
 6     Q.  And your presentations there all related
 7  somewhat to containers?
 8     A.  That --
 9       MR. REEVES:  Objection.  Vague.
10       THE WITNESS:  That is correct.       02:53:09
11  BY MR. TONG:
12     Q.  Let's see.
13       In Paragraph 4 of your declaration, you
14  say that "Mr. McGowan is also part of the core team
15  that mentions [as read] 'containerd,'"      02:53:44
16  C-O-N-T-A-I-N-E-R-D -- sorry.  Let me try and spell
17  that again.  C-O-N-T-A-I-N-E-R-D.
18       Do you see that?
19     A.  Yes.
20     Q.  Could you explain to a judge or jury who  02:54:06
21  doesn't have a software background, what is
22  "containerd"?
23       MR. REEVES:  Objection.  Vague.  Asked and
24  answered.
25       THE WITNESS:  Yeah, I answered that in --  02:54:19
```

## Page 51

```
 1  in our prior se- -- segment.  So I don't know if
 2  you're looking for a -- if you thought this was a
 3  different project.  This is the same project I
 4  mentioned.
 5  BY MR. TONG:                              02:54:35
 6     Q.  I want to make sure we have different
 7  answers for a container, C-O-N-T-A-I-N-E-R, and this
 8  specific thing spelled C-O-N-T-A-I-N-E-R-D.
 9       This "containerd" spelling, is that
10  something different from a generic container?  02:55:01
11       MR. REEVES:  Objection.  Vague.
12       THE WITNESS:  Yes.  This is the project I
13  mentioned that came out of the Docker engine project
14  into its own open-source project when we talked
15  about its location on GitHub, where I am also one of  02:55:21
16  the core maintainers of this project.
17       MR. REEVES:  Hence, I believe it's
18  pronounced "containerd," if that helps.
19       MR. TONG:  "Containerd."  Okay.
20       THE WITNESS:  Yes.                    02:55:42
21  BY MR. TONG:
22     Q.  That seems to clean up my confusion.
23       MR. TONG:  All right.  Could we take a
24  quick five-minute break?  I am nearing the end of my
25  outline.                                    02:56:09
```

## Page 52

```
 1       MR. REEVES:  Sure.
 2       THE VIDEOGRAPHER:  Going off the record at
 3  2:55 p.m.
 4       (Short recess taken.)
 5       THE VIDEOGRAPHER:  Going back on the      03:02:24
 6  record at 3:02 p.m.
 7       MR. TONG:  Thank you.
 8  BY MR. TONG:
 9     Q.  Do you have any knowledge of Sun
10  Microsystems' development of Solaris in 2002?    03:02:48
11       MR. REEVES:  Objection.  Outside the
12  scope.  Vague.  Calls for speculation.
13       THE WITNESS:  No.
14  BY MR. TONG:
15     Q.  Okay.  Do you have any knowledge related   03:03:11
16  to Solaris's development of its zones technology
17  in -- around the 2002/2003 time frame?
18       MR. REEVES:  Objection.  Outside the
19  scope.  Vague.  Calls for speculation.
20       THE WITNESS:  I know about the technology   03:03:31
21  generally, but I have no idea about its development
22  or specifics about the technology.
23  BY MR. TONG:
24     Q.  And you certainly were not involved in
25  Sun's development of zones in the 2002/2003 time   03:03:43
```

## Page 53

```
 1  frame; correct?
 2       MR. REEVES:  Objection.  Vague.  Outside
 3  the scope.
 4       THE WITNESS:  That is correct.
 5       MR. TONG:  I'm going to introduce the     03:04:02
 6  final exhibit today -- what I expect to be our final
 7  exhibit.
 8       Okay.  It should be uploaded to the
 9  Exhibit Share site.  Please let me know when you are
10  able to access a copy of it.                 03:04:56
11       (Estes Deposition Exhibit 2 was marked for
12       identification electronically.)
13       THE WITNESS:  Yes, I just opened it.
14  BY MR. TONG:
15     Q.  Do you recognize this as a copy of your    03:05:06
16  LinkedIn profile?
17     A.  Yes.
18     Q.  In the first paragraph it says you're
19  "currently an OSS maintainer for the CNCF containerd
20  project." [As read]                          03:05:29
21       What do those acronyms stand for?
22     A.  OSS --
23       MR. REEVES:  Objection.  Lacks foundation.
24       THE WITNESS:  OSS is open-source software.
25  A common just shorthand for open-source software.   03:05:40
```

14 (Pages 50 - 53)

Page 54

```
 1          CNCF is the Cloud Native Computing
 2   Foundation.
 3   BY MR. TONG:
 4       Q.  Did you work on container technology at
 5   IBM before you joined Amazon Web Services?        03:06:06
 6          MR. REEVES:  Objection.  Vague.
 7          THE WITNESS:  Yes, I did.
 8   BY MR. TONG:
 9       Q.  Could you generally describe your roles
10   and responsibilities related to container technology   03:06:24
11   at IBM?
12          MR. REEVES:  Objection.  Vague.
13          THE WITNESS:  Yes.
14          I had a -- essentially the same role in
15   open source at both companies.  So I was a        03:06:43
16   maintainer of Docker and then of "containerd" while
17   at IBM and continued to be so here at AWS.
18   BY MR. TONG:
19       Q.  What IBM products did you work on?
20          MR. REEVES:  Objection.  Vague.  Lacks    03:07:12
21   foundation.  Outside the scope.
22          THE WITNESS:  So very similar to my role
23   at Amazon, I'm not directly writing code or leading
24   specific software teams for the services of IBM's
25   cloud, and I also don't do that here.           03:07:38
```

Page 55

```
 1          I work with the open-source technologies
 2   that are used by, at the time IBM and now AWS, to
 3   make cloud software, manage software services.  But
 4   I did not work on -- directly on the teams of any
 5   IBM cloud service.                               03:07:58
 6   BY MR. TONG:
 7       Q.  Were you part of a team at IBM?
 8       A.  Yes.  I was in the office of the CTO.
 9       Q.  Where was that office?
10       A.  It was a title; the -- the office of the   03:08:28
11   CTO was a title.  The team itself was virtual
12   worldwide.
13       Q.  Did you work with any other IBM team
14   members on the East Coast?
15          MR. REEVES:  Objection.  Vague.           03:08:59
16          THE WITNESS:  Yes.  Our IBM research and
17   headquarters are both located in the state of New
18   York.
19   BY MR. TONG:
20       Q.  Were there engineers there who also worked   03:09:18
21   on container-related technology?
22          MR. REEVES:  Objection.  Vague.  Calls for
23   speculation.
24          THE WITNESS:  Yes.  If you mean
25   contributing to the open-source container       03:09:36
```

Page 56

```
 1   technology, there were other employees also
 2   contributing, not from my team, but others were.
 3   BY MR. TONG:
 4       Q.  What's your best estimate of how many
 5   other employees were contributing to container    03:09:56
 6   technology at IBM on the East Coast?
 7          MR. REEVES:  Objection.  Vague.  Calls for
 8   speculation.  Outside the scope.
 9          THE WITNESS:  Yeah, I -- I -- picking a
10   number would be -- especially given it's been many   03:10:19
11   years, I'm -- I would represent it as a handful.
12   Many employees worked directly on the cloud
13   services, so contributing to open source was a -- a
14   much smaller group of people on the order of single
15   digits.                                         03:10:38
16   BY MR. TONG:
17       Q.  Okay.  On your LinkedIn, toward the bottom
18   of page 2, do you see where it says "STSM, IBM Cloud
19   Division"? [As read]
20       A.  Yes, I do.                              03:10:54
21       Q.  What does "STSM" stand for?
22       A.  It stands for senior technical staff
23   member.  Others in the industry call it member of
24   technical staff.
25       Q.  In the last sentence, underneath that    03:11:09
```

Page 57

```
 1   heading, do you see where it says, "Phil currently
 2   works with IBM's Docker partnership, both in direct
 3   Docker community participation as well as cross-IBM
 4   Docker expertise for our clients and internal
 5   product teams"?                                  03:11:38
 6       A.  Yes, I do.
 7       Q.  Can you give some of -- some examples of
 8   the clients?
 9          MR. REEVES:  Objection.  Vague.  Outside
10   the scope.                                      03:11:55
11          THE WITNESS:  I presented to -- to many
12   IBM customers.  Some of them would come to my talks
13   at a conference, and then note that they were IBM
14   customers and were interested in our activity with
15   Docker.  Verizon, Apple, Cisco.  Yeah, I mean,   03:12:17
16   that's a few -- that's a few.
17   BY MR. TONG:
18       Q.  And what are the names of the internal
19   product teams that are referenced in that paragraph?
20          MR. REEVES:  Objection.  Vague.  Outside   03:12:42
21   the scope.
22          THE WITNESS:  So IBM had a Kubernetes
23   service called IKS.  That would be an internal team
24   that used container technology.  There's another
25   service that's been renamed that was serverless   03:13:00
```

15 (Pages 54 - 57)

```
 1  functions.  Functions is a service that was using
 2  container technology.  So those were internal teams
 3  at IBM cloud.
 4  BY MR. TONG:
 5      Q.  What does "IKS" stand for?                03:13:17
 6      A.  It stands for IBM Kubernetes Service.
 7      Q.  Do you know where the IKS team was
 8  located?
 9          MR. REEVES:  Objection.  Vague.  Outside
10  the scope.                                        03:13:34
11          THE WITNESS:  Primarily in Raleigh, North
12  Carolina, at least their leaders that I interacted
13  with were in Raleigh; and also in Rochester,
14  Minnesota.
15  BY MR. TONG:                                      03:13:53
16      Q.  And the serverless functions, was that
17  another team?
18      A.  Yes.
19      Q.  And do you know where they were located?
20          MR. REEVES:  Objection.  Vague.  Outside  03:14:09
21  the scope.
22          THE WITNESS:  Mostly in --
23          (Interruption in audio/video.)
24          THE COURT REPORTER:  Could you repeat
25  that, please.                                     03:14:16
```
Page 58

```
 1          THE WITNESS:  Yes.  Mostly in Böblingen,
 2  Germany.
 3  BY MR. TONG:
 4      Q.  Okay.  And I have two more very quick
 5  lines of questions for you.                       03:14:37
 6          The first is about Tonis Tiigi -- or
 7  Tiigi.  Do you have any idea of what Tonis Tiigi is
 8  expected to testify about at trial?
 9          MR. REEVES:  Objection.  Vague.  Lacks
10  foundation.  Outside the scope.  Calls for        03:15:07
11  speculation.
12          THE WITNESS:  I -- yeah.
13          So I'm -- I'm going to say no because I'm
14  not quite sure -- I'm -- maybe you should restate
15  the question, but, no.                            03:15:20
16  BY MR. TONG:
17      Q.  Sure.
18          I mean, if Amazon is contending that Tonis
19  Tiigi would be relevant at trial, what might he be
20  relevant to testify about?                        03:15:32
21          MR. REEVES:  Objection.  Vague.  Lacks
22  foundation.  Outside the scope.  Calls for
23  speculation.
24          THE WITNESS:  So given the knowledge I
25  have that this relates to container technology, he 03:15:46
```
Page 59

```
 1  is one of the foremost knowledgeable experts, all
 2  the way back to the beginning of the Docker era.  So
 3  he -- he would be well qualified to speak on any
 4  relevant history or technology choices of Docker,
 5  the project, or Docker the company that he works  03:16:10
 6  for.
 7  BY MR. TONG:
 8      Q.  Docker's code is kept in a [verbatim]
 9  online repository; correct?
10          MR. REEVES:  Objection.  Vague.  Outside  03:16:25
11  the scope.
12          THE WITNESS:  Yes.  Correct.
13  BY MR. TONG:
14      Q.  And that repository tracks the dates as to
15  when code is checked in and updated; correct?     03:16:39
16          MR. REEVES:  Objection.  Asked and
17  answered.  Vague.
18          THE WITNESS:  Yes.
19  BY MR. TONG:
20      Q.  If the development of Docker's code is    03:16:52
21  well-documented with check-in times, do you know
22  what Tonis Tiigi would have to add to this history?
23          MR. REEVES:  Objection.  Vague.  Lacks
24  foundation.  Assumes facts.  Outside the scope.
25  Calls for speculation.                            03:17:17
```
Page 60

```
 1          THE WITNESS:  Since you mentioned working
 2  on software teams, I think the easiest answer is
 3  that knowing the date and time in which something is
 4  checked in versus knowing the intricate details of
 5  how it works or why it works the way it does or why 03:17:38
 6  a change would be made is best left to people who
 7  regularly interact with that software code.
 8  BY MR. TONG:
 9      Q.  And do you believe that why code changes
10  is relevant to a legal issue in this case?         03:18:04
11          MR. REEVES:  Objection.  Vague.  Lacks
12  foundation.  Outside the scope.  Calls for
13  speculation.  Calls for a legal conclusion.
14          THE WITNESS:  Yeah, since I don't know the
15  stated purposes or claims, then I -- I'm simply    03:18:28
16  stating that any kind of claim would have to be
17  dealt with someone who understands the code to even
18  know, you know, how to -- how to make a statement
19  about Docker's code or its history or -- or any
20  relevant details.                                  03:18:55
21  BY MR. TONG:
22      Q.  And you don't have any legal education; do
23  you?
24      A.  No formal le- -- legal education, no.
25      Q.  Would it surprise you to learn that        03:19:08
```
Page 61

16 (Pages 58 - 61)

```
 1  normally there are technical experts who explain
 2  topics such as the operation of source code in
 3  patent trials?
 4        MR. REEVES:  Objection.  Vague.  Calls for
 5  speculation.  Lacks foundation.           03:19:26
 6        THE WITNESS:  No.  I -- if -- definitely
 7  not surprised.
 8  BY MR. TONG:
 9     Q.  Is there anything you believe that
10  Mr. Tonis Tiigi would add to the facts beyond what a  03:19:45
11  source code technical expert could explain?
12        MR. REEVES:  Objection.  Vague.  Lacks
13  foundation.  Calls for a legal conclusion.  Asked
14  and answered.  Calls for speculation.
15        THE WITNESS:  Yeah, I -- I don't     03:20:12
16  understand the purpose of the -- the line of
17  questioning.  And, you know, we can talk about
18  Tonis' understanding and capabilities, and that's --
19  that's all I'm representing is his knowledge of this
20  specific code base.                        03:20:30
21  BY MR. TONG:
22     Q.  Okay.
23        But as we sit here today, do you know a
24  particular issue of patent infringement that he has
25  relevant testimony about?                  03:20:53
```
Page 62

```
 1        MR. REEVES:  Objection.  Asked and
 2  answered.  Vague.  Calls for a legal conclusion.
 3  Calls for speculation.
 4        THE WITNESS:  No, I do not.
 5  BY MR. TONG:                               03:21:04
 6     Q.  And as we sit here today, do you know a
 7  particular issue of patent invalidity that Mr. Tonis
 8  Tiigi has relevant testimony about at trial?
 9        MR. REEVES:  Same objections.
10        THE WITNESS:  No.                    03:21:17
11  BY MR. TONG:
12     Q.  As we sit here today, do you know a
13  relevant issue of patent damages that Mr. Tonis
14  Tiigi has relevant testimony about at trial?
15        MR. REEVES:  Same objections.        03:21:30
16        THE WITNESS:  No.
17        MR. TONG:  All right.
18        No further questions on direct.
19        MR. REEVES:  All right.  We'll reserve the
20  right to review and sign.                  03:21:50
21        MR. TONG:  Okay.  Thank you for your time,
22  Mr. Estes.
23        We can go off the record.
24        THE WITNESS:  Thank you.
25        THE VIDEOGRAPHER:  Hanna?  Okay.     03:22:00
```
Page 63

```
 1        We are off the record at 3:21 p.m., and
 2  this concludes today's testimony given by Phil
 3  Estes.  The total number of media used was two and
 4  will be retained by Veritext Legal Solutions.  Thank
 5  you.                                       03:22:17
 6        (Proceedings concluded, 3:21 p.m., EDT, on
 7  August 23, 2024.)
```
Page 64

```
 1                    JURAT
 2
 3        I, PHIL ESTES, do hereby certify under
 4  penalty of perjury that I have read the foregoing
 5  transcript of my deposition taken remotely via
 6  videoconference on Friday, August 23, 2024; that I
 7  have made such corrections as appear noted herein in
 8  ink, initialed by me; that my testimony as contained
 9  herein, as corrected, is true and correct.
10
11        Dated this _____ day of _____, 2024,
12  at _____.
13
14
15
16
17
18                    _____
                              PHIL ESTES
19
20
21
22
23
24
25  JOB NO. 6879934
```
Page 65

17 (Pages 62 - 65)

```
 1           CERTIFICATE OF REPORTER
 2        I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4        That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8        That said proceedings were taken before me
 9   at the time and place therein set forth remotely via
10   videoconference and were taken down by me in
11   shorthand and thereafter transcribed into
12   typewriting under my direction and supervision;
13        I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17        Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of                        was not requested.
21                             have hereunto
22   su
     D
23
24
25   Hanna Kim  CLR, CSR No. 13083
                                            Page 66
```

```
 1   NATHAN D. REEVES
 2   nathan.reeves@knobbe.com
 3                September 4, 2024
 4   RE: Virtamove, Corp. v. AMAZON.COM, INC.,
 5   8/23/2024, Phil Estes, (#6879934).
 6   The above-referenced transcript has been
 7   completed by Veritext Legal Solutions and
 8   review of the transcript is being handled as follows:
 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office.
12   _X_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, notating the page and line number of the corrections.
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure.
20     Contact Veritext when the sealed original is required.
21   __ Waiving the CA Code of Civil Procedure per Stipulation of
22     Counsel - Original transcript to be released for signature
23     as determined at the deposition.
24   __ Signature Waived – Reading & Signature was waived at the
25     time of the deposition.
                                            Page 67
```

```
 1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
 2     Transcript - The witness should review the transcript and
 3     make any necessary corrections on the errata pages included
 4     below, notating the page and line number of the corrections.
 5     The witness should then sign and date the errata and penalty
 6     of perjury pages and return the completed pages to all
 7     appearing counsel within the period of time determined at
 8     the deposition or provided by the Federal Rules.
 9   __ Federal R&S Not Requested - Reading & Signature was not
10     requested before the completion of the deposition.
                                            Page 68
```

```
 1   Virtamove, Corp. v. AMAZON.COM, INC.,
 2   Phil Estes (#6879934)
 3            E R R A T A  S H E E T
 4   PAGE_____ LINE_____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE_____ LINE_____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____   _____
24     (Phil Estes)             Date
25
                                            Page 69
```