# Exhibit 9




DRIVING    DISTANCE    FLYING    TIME    COST    PLACES

The distance from the middle of Wisconsin (WI) to Midland, Texas is:

**1,336 miles  /  2 150 km**   driving

**1,081 miles  /  1 740 km**   flying









## Map of distance from Wisconsin to Midland, TX



## More trip calculations

✔ **Driving Time**

✔ **Cost Of Driving**

✔ **Reverse Distance**

✔ **Halfway**

✔ **Stopping Points**

✔ **Hotels** near Midland, TX

✔ **Flight Time**

✔ **airports** near Midland, TX

✔ **airlines** flying to Midland, TX

✔ **Nonstop Flights**

✔ Time Difference

## Distance from Wisconsin to Midland, TX

The total driving distance from Wisconsin to Midland, TX is **1,336 miles** or **2 150 kilometers**.



The total straight line flight distance from Wisconsin to Midland, TX is **1,081 miles**.

This is equivalent to **1 740 kilometers** or **939 nautical miles**.

Your trip begins in the state of Wisconsin. It ends in Midland, Texas.

Your flight direction from Wisconsin to Midland, TX is **Southwest** (-137 degrees from North).

The distance calculator helps you figure out how far it is to get from Wisconsin to Midland, TX. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

### Wisconsin (WI)

**State:** Wisconsin
**Country:** United States
**Category:** states

**related links**
✔ airports in Wisconsin
✔ cities in Wisconsin

### Midland, Texas

**City:** Midland
**State:** Texas
**Country:** United States
**Category:** cities

**related links**
✔ airlines serving Midland, TX
✔ hotels near Midland, TX
✔ airports near Midland, TX
✔ cities near Midland, TX

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

Flight Time · Closest Airport · Driving Time · Driving Distance · Cities · Halfway · Time
Blog · Forum · About · Press · Terms · Do Not Sell My Info · Privacy · Contact