# Exhibit 10



 

The distance from the middle of Wisconsin (WI) to San Francisco, California is:

**2,178 miles / 3 505 km** driving

**1,758 miles / 2 829 km** flying







### Map of distance from Wisconsin to San Francisco, CA



### More trip calculations

- Driving Time
- Cost Of Driving
- Reverse Distance
- Halfway
- Stopping Points
- Hotels near San Francisco, CA
- Flight Time
- airports near San Francisco, CA
- airlines flying to San Francisco, CA
- Nonstop Flights
- Time Difference

### Distance from Wisconsin to San Francisco, CA

The total driving distance from Wisconsin to San Francisco, CA is **2,178 miles** or **3 505 kilometers**.

The total straight line flight distance from Wisconsin to San Francisco, CA is **1,758 miles**.

This is equivalent to **2 829 kilometers** or **1,528 nautical miles**.

Your trip begins in the state of Wisconsin. It ends in San Francisco, California.



NEST New York Driftwood & Chamomile…
$63.75 prime

Your flight direction from Wisconsin to San Francisco, CA is **West** (-93 degrees from North).

The distance calculator helps you figure out how far it is to get from Wisconsin to San Francisco, CA. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

## Wisconsin (WI)

**State:** Wisconsin
**Country:** United States
**Category:** states

### related links
✔ **airports** in Wisconsin
✔ **cities** in Wisconsin

## San Francisco, California

**City:** San Francisco
**State:** California
**Country:** United States
**Category:** cities

### related links
✔ **airlines** serving San Francisco, CA
✔ **hotels** near San Francisco, CA
✔ **airports** near San Francisco, CA
✔ **cities** near San Francisco, CA

## Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

Flight Time · Closest Airport · Driving Time · Driving Distance · Cities · Halfway · Time

Blog · Forum · About · Press · Terms · Do Not Sell My Info · Privacy · Contact



Rockstar Energy Drink with Caffeine Taurine and Electrolytes,…
$23.49 prime