# Exhibit 19

# Phil Estes

Principal Engineer at Amazon Web Services (AWS)
Greater Charlottesville Area

## Contact

www.linkedin.com/in/estesp (LinkedIn)
integratedcode.us (Blog)

## Top Skills

Cloud Computing
Linux
Open Source

## Certifications

Keynote Speaker: Open Source Summit North America 2023
Program Committee Member: Open Source Summit Europe 2023
Open Source Strategic Leader

## Publications

(Blue)mixing IoT and GPS services for your health

## Patents

DIFFERENCE ANALYSIS IN FILE SUB-REGIONS
Intrusion Management

## Summary

Phil is a Principal Engineer for Amazon Web Services (AWS) working on core container technology within the broader containers and open source organization at Amazon. Phil is currently an OSS maintainer for the CNCF containerd project, and is a member of both the Open Container Initiative (OCI) Technical Oversight Board (currently serving as chair) and the Open Source Security Foundation (OpenSSF) Technical Advisory Council. Phil is also a member of the CNCF Ambassadors program.

Phil is a regular speaker at industry and developer conferences as well as meetups on topics related to Open Container Initiative (OCI), containerd, and the broader open source/cloud native ecosystem.

---

## Experience

**Amazon Web Services (AWS)**
Principal Engineer
January 2021 - Present (3 years 8 months)
Virginia, United States

Working on core container technology for Amazon, including continued maintainership of containerd, leadership within the OCI Technical Board and community, and development of container-native products like Fargate, EKS, ECR, ECS and related products.

**Open Container Initiative**
Chair, Technical Oversight Board
January 2018 - Present (6 years 8 months)

One of nine voting members of the Technical Oversight Board of the Linux Foundation Collaboration Project: the Open Container Initiative (OCI). The TOB is responsible for managing conflicts, violations of procedures or guidelines and any cross-project or high-level issues that cannot be resolved in the TDC for OCI Projects. The TOB shall also be responsible for adding, removing or reorganizing OCI Projects.

Exhibit ESTES 0002 Estes

Moby Project
Member, Technical Steering Committee
November 2017 - Present (6 years 10 months)

One of seven members of the Moby Project Technical Steering Committee (TSC) [https://github.com/moby/tsc/blob/master/MEMBERS.md] which exists as a governance body for Moby Project member open source projects.

The Technical Steering Committee acts as an escalation point for conflicts within projects, encourage cross-project communication/coordination and help with project governance. The TSC is not involved in the day-to-day development or maintenance of the projects it represents, though, individuals on the committee may be maintainers and/or contributors to the projects. The committee does not make day-to-day technical decisions on architecture, code acceptance, or feature set but can resolve technical disputes in these areas when an issue has been escalated to the TSC by the community of the project.

IBM
26 years 6 months

DE & CTO, Container and Linux OS Architecture Strategy
April 2018 - January 2021 (2 years 10 months)
Charlottesville, Virginia Area

As a Distinguished Engineer within the Office of the CTO for IBM's Watson & Cloud Platform Division, Phil will broaden the impact of his technical expertise in the container and Linux open source ecosystems to lead our contributions to and efforts in upstream communities in alignment with our strategies in public cloud, high-end systems, storage and middleware

STSM, IBM Cloud Division, Open Technology & SW Strategy
December 2013 - March 2018 (4 years 4 months)
Charlottesville, Virginia Area

Senior Technical Staff Member in IBM's Cloud software strategy organization, responsible for technical leadership within the Open Technologies team. Phil's work includes client engagements/PoCs on open cloud technologies as well as open source community participation in key cloud technologies. Phil currently works with IBM's Docker partnership, both in direct Docker community participation as well as cross-IBM Docker expertise for clients and internal product teams.

STSM, Embedded Linux Chief Architect
August 2013 - November 2013 (4 months)

Senior Technical Staff Member in IBM's Linux Technology Center, overseeing the use of Linux across a broad range of IBM products--providing architectural guidance, legal/licensing assistance, and leading a team of Linux technologists to provide Linux support and design assistance across varied platforms/architectures and uses of Linux within IBM server and software products.

### Senior Software Engineer
May 2006 - August 2013 (7 years 4 months)

Senior team leader for the Linux operating system team directing and supporting the use of embedded Linux within IBM products and server systems.

### Advisory Software Engineer
September 2000 - May 2006 (5 years 9 months)
Gaithersburg, Maryland

01/2003 - 05/2006:  IBM Linux Technology Center, embedded Linux tooling, infrastructure, and initial team leadership roles for use of Linux in IBM Server Group systems

05/2001 - 12/2002:  IBM Global Services HQ Tools Team: Architect, design, and lead team to implement WebSphere/DB2-based tiered web application for IBM Consultant tooling for customer/services methodologies.  XML-based database, with XSL web front-end

09/2000 - 04/2001:  IBM Emerging Technology group - UDDI, Web Services Description Language, alphaworks Java -> WSDL translation tools design and implementation

### Staff Software Engineer
May 1998 - September 2000 (2 years 5 months)

Software developer for IBM Software Group, both in the Java Technology Centre (Hursley, UK), as well as the Emerging Technologies team.

Ported the first version of IBM's JDK to Red Hat Linux, as well as supported Windows and OS/2 JVM implementations for the JTC.   Worked on implementations of various emerging technology areas around web services and pre-web services technologies from IBM Research, including TupleSpaces technology from IBM Almaden Research Lab, San Jose, CA.

### Software Engineer
August 1994 - May 1998 (3 years 10 months)
Boca Raton, Florida

Software developer with IBM Software Group on various technologies:

- OS/2 + Apple "OpenDoc" technology

- Taligent SOM/DSOM object technology

- OS/2 Windows API presentation layer (DAX)

- Initial team of OS/2 Java developers, porting Sun Java to OS/2 (1.1.2, 1.1.4, etc.)

---

## Education

### The University of Texas at Austin
MS, Software Engineering · (1996 - 1998)

### Florida Institute of Technology
BS, Computer Engineering · (1990 - 1994)