# Exhibit 28

**Comparison of Districts Within the First Circuit — 12-Month Period Ending June 30, 2024**

|  |  |  | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 655 | 4,437 | 562 | 683 | 1,830 |
| | Terminations | | 682 | 3,536 | 2,516 | 730 | 2,229 |
| | Pending | | 580 | 5,376 | 2,179 | 820 | 2,786 |
| | Percent Change in Total Filings Current Year | Over Last Year | -7.2 | 19.3 | -34.4 | 15.8 | -16.2 |
| | | Over 2019 | -28.7 | 8.2 | -66.2 | -22.9 | -36.1 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | 1.8 | 4.6 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 218 | 341 | 187 | 228 | 261 |
| | | Civil | 146 | 294 | 121 | 182 | 86 |
| | | Criminal Felony | 45 | 32 | 47 | 32 | 132 |
| | | Supervised Release Hearings | 28 | 15 | 20 | 14 | 43 |
| | Pending Cases | | 193 | 414 | 726 | 273 | 398 |
| | Weighted Filings [1] | | 197 | 312 | 184 | 227 | 285 |
| | Terminations | | 227 | 272 | 839 | 243 | 318 |
| | Trials Completed | | 27 | 10 | 11 | 8 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.1 | 23.3 | 16.4 | 23.4 | 22.5 |
| | | Civil [1] | 8.3 | 7.2 | 47.9 | 8.0 | 14.4 |
| | From Filing to Trial [1] (Civil Only) | | - | 35.9 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 18 / 4.7 | 389 / 8.6 | 1,185 / 61.6 | 100 / 16.2 | 210 / 19.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.5 | 1.2 | 2.2 |
| | Jurors | Avg. Present for Jury Selection | 62.2 | 60.0 | 50.6 | 34.2 | 69.8 |
| | | Percent Not Selected or Challenged | 28.8 | 33.5 | 32.7 | 51.2 | 53.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending June 30, 2024**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,497 | 2,521 | 10,130 | 12,557 | 2,904 | 1,629 |
| | | Terminations | 2,341 | 2,460 | 9,418 | 13,509 | 2,983 | 1,325 |
| | | Pending | 2,607 | 2,472 | 13,633 | 16,535 | 3,490 | 896 |
| | Percent Change in Total Filings Current Year | Over Last Year | 9.4 | 6.7 | 0.2 | -4.2 | 11.8 | 159.4 |
| | | Over 2019 | -14.3 | 8.6 | 15.7 | -16.8 | -23.8 | 194.0 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months¹ | | 14.6 | 0.0 | 4.3 | 4.9 | 12.0 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 312 | 504 | 675 | 448 | 726 | 815 |
| | | Civil | 253 | 382 | 618 | 392 | 549 | 670 |
| | | Criminal Felony | 32 | 92 | 35 | 29 | 82 | 94 |
| | | Supervised Release Hearings | 27 | 30 | 22 | 27 | 95 | 52 |
| | Pending Cases | | 326 | 494 | 909 | 591 | 873 | 448 |
| | Weighted Filings¹ | | 283 | 414 | 590 | 504 | 519 | 409 |
| | Terminations | | 293 | 492 | 628 | 482 | 746 | 663 |
| | Trials Completed | | 11 | 12 | 11 | 20 | 5 | 19 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.5 | 8.5 | 29.2 | 16.8 | 9.2 | 15.0 |
| | | Civil¹ | 8.1 | 7.6 | 5.6 | 6.3 | 8.6 | 2.4 |
| | From Filing to Trial¹ (Civil Only) | | 40.7 | 46.6 | 52.2 | 42.4 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 154 / 7.7 | 257 / 14.0 | 2,020 / 18.9 | 3,223 / 26.6 | 522 / 18.8 | 46 / 7.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.1 | 1.5 | 1.3 | 1.1 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 79.6 | 39.0 | 62.1 | 74.2 | 75.3 | 53.9 |
| | | Percent Not Selected or Challenged | 40.9 | 13.2 | 43.2 | 52.5 | 34.9 | 45.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending June 30, 2024**

| | | | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---:|---:|---:|---:|---:|---:|
| **Overall Caseload Statistics** | | Filings | 1,675 | 29,274 | 8,877 | 2,651 | 3,539 | 211 |
| | | Terminations | 1,636 | 9,336 | 8,627 | 2,916 | 3,536 | 272 |
| | | Pending | 2,222 | 83,378 | 8,405 | 3,436 | 4,070 | 1,296 |
| | Percent Change in Total Filings Current Year | Over Last Year | 0.3 | 213.1 | 22.4 | -3.9 | -6.5 | 12.8 |
| | | Over 2019 | -34.3 | 16.3 | 10.0 | -9.8 | 2.8 | -33.0 |
| | Number of Judgeships | | 4 | 17 | 22 | 6 | 10 | 2 |
| | Vacant Judgeship Months [1] | | 0.0 | 11.3 | 20.5 | 16.4 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 419 | 1,722 | 404 | 442 | 354 | 106 |
| | | Civil | 393 | 1,671 | 375 | 367 | 294 | 55 |
| | | Criminal Felony | 22 | 40 | 21 | 59 | 38 | 46 |
| | | Supervised Release Hearings | 4 | 11 | 8 | 17 | 22 | 5 |
| | Pending Cases | | 556 | 4,905 | 382 | 573 | 407 | 648 |
| | Weighted Filings [1] | | 657 | 1,289 | 286 | 421 | 304 | - |
| | Terminations | | 409 | 549 | 392 | 486 | 354 | 136 |
| | Trials Completed | | 28 | 6 | 6 | 22 | 25 | 22 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.4 | 14.3 | 20.4 | 22.5 | 26.2 | 19.5 |
| | | Civil [1] | 8.4 | 7.1 | 4.3 | 9.1 | 6.2 | 16.7 |
| | From Filing to Trial [1] (Civil Only) | | 32.9 | 57.8 | 27.1 | - | 41.3 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 324 / 16.0 | 48,817 / 59.5 | 2,022 / 27.8 | 257 / 11.0 | 157 / 4.9 | 187 / 47.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.2 | 1.4 | 1.3 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 32.9 | 85.1 | 44.4 | 52.1 | 55.1 | 48.5 |
| | | Percent Not Selected or Challenged | 33.6 | 45.9 | 30.6 | 27.0 | 40.4 | 34.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending June 30, 2024**

| | | | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 4,480 | 3,627 | 1,797 | 2,410 | 8,567 | 5,019 | 1,634 | 1,162 | 1,029 |
| | | Terminations | 4,857 | 2,852 | 1,855 | 2,285 | 4,403 | 4,534 | 1,466 | 1,215 | 1,140 |
| | | Pending | 4,912 | 4,726 | 1,404 | 1,648 | 13,633 | 4,199 | 1,578 | 1,051 | 2,194 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.1 | -4.6 | -2.6 | 23.3 | 27.5 | 19.5 | 8.1 | -18.6 | -11.9 |
| | | Over 2019 | -11.7 | 20.3 | -11.0 | 16.8 | 73.6 | 2.8 | -16.0 | -20.9 | -32.8 |
| | Number of Judgeships | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| | Vacant Judgeship Months ¹ | | 9.1 | 0.0 | 0.0 | 12.0 | 7.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 448 | 907 | 449 | 482 | 857 | 456 | 409 | 387 | 206 |
| | | Civil | 382 | 672 | 285 | 349 | 761 | 356 | 321 | 201 | 141 |
| | | Criminal Felony | 46 | 157 | 81 | 76 | 61 | 66 | 65 | 144 | 50 |
| | | Supervised Release Hearings | 20 | 77 | 84 | 57 | 35 | 34 | 23 | 43 | 15 |
| | Pending Cases | | 491 | 1,182 | 351 | 330 | 1,363 | 382 | 395 | 350 | 439 |
| | Weighted Filings ¹ | | 401 | 851 | 360 | 408 | 652 | 408 | 353 | 382 | 187 |
| | Terminations | | 486 | 713 | 464 | 457 | 440 | 412 | 367 | 405 | 228 |
| | Trials Completed | | 11 | 30 | 24 | 20 | 12 | 18 | 27 | 12 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 22.0 | 12.8 | 9.4 | 14.1 | 15.4 | 7.8 | 12.2 | 11.9 | 9.7 |
| | | Civil ¹ | 8.5 | 7.4 | 7.7 | 5.6 | 8.1 | 5.8 | 9.4 | 9.0 | 10.1 |
| | From Filing to Trial ¹ (Civil Only) | | 40.8 | - | 30.5 | 25.7 | 38.0 | 15.2 | 35.0 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 470 / 12.5 | 216 / 6.0 | 45 / 5.0 | 52 / 4.7 | 1,795 / 14.3 | 341 / 11.4 | 52 / 4.5 | 41 / 8.3 | 1,100 / 58.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.2 | 1.7 | 1.3 | 1.8 | 2.0 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 51.5 | 37.3 | 40.9 | 22.5 | 53.5 | 56.0 | 44.3 | 47.8 | 39.8 |
| | | Percent Not Selected or Challenged | 36.8 | 27.4 | 47.1 | 30.7 | 35.1 | 38.2 | 34.1 | 19.5 | 24.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending June 30, 2024**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 6,578 | 1,901 | 2,301 | 1,048 | 4,267 | 7,172 | 4,303 | 14,130 | 12,924 |
| | Terminations | | 6,887 | 1,584 | 4,770 | 1,078 | 2,024 | 7,240 | 4,284 | 14,155 | 13,318 |
| | Pending | | 16,179 | 1,814 | 3,472 | 753 | 4,070 | 5,792 | 6,470 | 14,737 | 10,293 |
| | Percent Change in Total Filings Current Year | Over Last Year | 13.6 | 37.1 | -58.5 | -2.0 | 119.7 | -3.0 | -0.4 | -4.2 | -2.0 |
| | | Over 2019 | -65.8 | 73.8 | 4.8 | 0.7 | 67.7 | -5.9 | 4.9 | -15.9 | -14.5 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months ¹ | | 17.4 | 0.0 | 17.4 | 12.0 | 0.0 | 0.6 | 0.0 | 30.3 | 30.4 |
| **Actions per Judgeship** | Filings | Total | 548 | 634 | 329 | 349 | 711 | 598 | 538 | 744 | 994 |
| | | Civil | 509 | 584 | 272 | 274 | 622 | 452 | 422 | 342 | 339 |
| | | Criminal Felony | 33 | 38 | 45 | 54 | 72 | 105 | 115 | 310 | 568 |
| | | Supervised Release Hearings | 6 | 12 | 11 | 21 | 18 | 41 | 0 | 92 | 87 |
| | Pending Cases | | 1,348 | 605 | 496 | 251 | 678 | 483 | 809 | 776 | 792 |
| | Weighted Filings ¹ | | 635 | 689 | 318 | 395 | 706 | 555 | 725 | 580 | 751 |
| | Terminations | | 574 | 528 | 681 | 359 | 337 | 603 | 536 | 745 | 1,024 |
| | Trials Completed | | 7 | 24 | 14 | 18 | 36 | 15 | 12 | 15 | 17 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.0 | 10.9 | 12.0 | 11.5 | 10.9 | 8.8 | 23.9 | 5.1 | 6.7 |
| | | Civil ¹ | 9.9 | 8.8 | 14.7 | 5.3 | 9.2 | 6.0 | 7.6 | 7.6 | 7.5 |
| | From Filing to Trial ¹ (Civil Only) | | 15.6 | 37.1 | 30.5 | - | - | 19.8 | 21.6 | 30.0 | 32.7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 10,647 / 68.1 | 58 / 3.7 | 644 / 20.9 | 20 / 3.6 | 79 / 2.2 | 443 / 11.0 | 261 / 7.3 | 358 / 5.9 | 367 / 9.2 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.1 | 1.6 | 1.3 | 1.4 | 1.5 | 1.9 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 16.9 | 42.8 | 34.7 | 32.6 | 42.1 | 48.3 | 57.4 | 45.1 | 52.2 |
| | | Percent Not Selected or Challenged | 35.7 | 42.5 | 29.6 | 26.4 | 31.6 | 46.3 | 49.8 | 36.5 | 45.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending June 30, 2024**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 1,611 | 1,690 | 4,397 | 2,050 | 4,440 | 7,544 | 1,780 | 2,175 | 1,792 |
| | | Terminations | 1,625 | 1,765 | 4,328 | 1,881 | 4,478 | 3,280 | 1,729 | 2,128 | 1,795 |
| | | Pending | 1,754 | 1,850 | 4,899 | 1,594 | 6,827 | 27,958 | 1,962 | 2,224 | 2,611 |
| | Percent Change in Total Filings Current Year | Over Last Year | -3.4 | -2.9 | 4.0 | -1.3 | 9.5 | 27.2 | 5.3 | 15.1 | -0.7 |
| | | Over 2019 | -27.0 | -16.0 | -15.0 | -4.3 | -24.1 | 21.7 | -23.9 | -4.3 | -14.3 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months ¹ | | 0.0 | 0.0 | 15.7 | 0.0 | 3.8 | 0.0 | 3.0 | 0.0 | 3.0 |
| **Actions per Judgeship** | Filings | Total | 293 | 376 | 293 | 513 | 404 | 943 | 356 | 544 | 358 |
| | | Civil | 184 | 276 | 231 | 414 | 273 | 852 | 232 | 444 | 234 |
| | | Criminal Felony | 78 | 79 | 39 | 59 | 59 | 63 | 100 | 47 | 67 |
| | | Supervised Release Hearings | 31 | 21 | 23 | 40 | 72 | 28 | 25 | 53 | 57 |
| | Pending Cases | | 319 | 411 | 327 | 399 | 621 | 3,495 | 392 | 556 | 522 |
| | Weighted Filings ¹ | | 285 | 366 | 281 | 457 | 326 | 763 | 384 | 516 | 326 |
| | Terminations | | 295 | 392 | 289 | 470 | 407 | 410 | 346 | 532 | 359 |
| | Trials Completed | | 12 | 10 | 11 | 13 | 13 | 32 | 7 | 17 | 28 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.9 | 14.4 | 15.4 | 9.4 | 13.6 | 14.1 | 14.8 | 23.2 | 14.3 |
| | | Civil ¹ | 8.7 | 10.0 | 7.9 | 6.5 | 8.1 | 7.9 | 11.2 | 8.0 | 9.8 |
| | From Filing to Trial ¹ (Civil Only) | | - | - | 49.3 | 28.9 | - | 42.2 | 30.8 | 43.8 | 30.3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 148 / 14.4 | 136 / 10.6 | 402 / 10.8 | 40 / 2.9 | 3,197 / 53.8 | 13,853 / 51.4 | 77 / 6.5 | 85 / 5.2 | 198 / 13.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.5 | 1.2 | 1.2 | 1.4 | 1.3 | 1.5 | 1.3 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 54.0 | 70.2 | 63.2 | 39.8 | 46.7 | 15.2 | 38.6 | 61.8 | 76.8 |
| | | Percent Not Selected or Challenged | 27.6 | 52.0 | 48.4 | 46.0 | 38.3 | 62.6 | 22.2 | 40.8 | 54.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending June 30, 2024**

| | | | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 19,459 | 1,692 | 3,779 | 2,408 | 3,675 | 2,103 | 1,111 |
| | Terminations | | 10,327 | 1,874 | 2,306 | 2,418 | 3,892 | 2,155 | 1,041 |
| | Pending | | 21,491 | 1,902 | 7,571 | 2,465 | 11,199 | 2,191 | 1,143 |
| | Percent Change in Total Filings Current Year | Over Last Year | 108.0 | -6.2 | -14.4 | -8.2 | -7.1 | -6.6 | 7.3 |
| | | Over 2019 | 93.3 | -7.6 | 75.1 | -10.2 | -44.9 | -17.9 | -20.4 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months [1] | | 14.4 | 0.0 | 0.0 | 13.1 | 0.0 | 4.2 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 885 | 423 | 945 | 482 | 735 | 421 | 556 |
| | | Civil | 855 | 339 | 853 | 420 | 662 | 334 | 455 |
| | | Criminal Felony | 20 | 47 | 58 | 45 | 69 | 60 | 69 |
| | | Supervised Release Hearings | 10 | 37 | 34 | 17 | 4 | 27 | 33 |
| | Pending Cases | | 977 | 476 | 1,893 | 493 | 2,240 | 438 | 572 |
| | Weighted Filings [1] | | 791 | 359 | 701 | 424 | 624 | 390 | 494 |
| | Terminations | | 469 | 469 | 577 | 484 | 778 | 431 | 521 |
| | Trials Completed | | 10 | 22 | 16 | 15 | 12 | 7 | 20 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 32.6 | 18.3 | 15.6 | 14.3 | 17.0 | 13.7 | 7.9 |
| | | Civil [1] | 6.1 | 8.8 | 9.4 | 8.7 | 9.4 | 6.4 | 6.5 |
| | From Filing to Trial [1] (Civil Only) | | 53.7 | 52.4 | - | - | - | 41.4 | 27.2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 2,500 / 12.8 | 187 / 12.3 | 306 / 4.2 | 125 / 6.3 | 6,359 / 59.4 | 89 / 5.6 | 37 / 4.3 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.1 | 1.3 | 1.1 | 1.4 | 1.4 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 69.3 | 33.2 | 35.8 | 35.6 | 43.9 | 28.7 | 25.7 |
| | | Percent Not Selected or Challenged | 53.3 | 44.6 | 29.1 | 27.2 | 33.0 | 30.4 | 22.2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending June 30, 2024**

| | | | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,219 | 1,085 | 1,012 | 1,250 | 5,180 | 3,612 | 2,777 | 1,390 | 866 | 1,341 |
| | Terminations | | 2,389 | 1,067 | 947 | 1,299 | 3,676 | 3,497 | 3,051 | 1,342 | 814 | 1,438 |
| | Pending | | 2,696 | 1,108 | 709 | 785 | 10,183 | 3,044 | 2,531 | 1,432 | 956 | 1,023 |
| | Percent Change in Total Filings Current Year | Over Last Year | -18.0 | -2.7 | 3.8 | 5.6 | 15.1 | 11.4 | -4.6 | -1.3 | 14.1 | 2.6 |
| | | Over 2019 | -19.6 | -16.0 | -7.0 | -6.2 | 24.8 | -27.6 | -14.2 | -16.0 | 22.7 | -6.5 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months [1] | | 0.0 | 9.0 | 0.0 | 0.0 | 7.1 | 27.0 | 0.0 | 9.3 | 0.0 | 10.5 |
| **Actions per Judgeship** | Filings | Total | 444 | 362 | 506 | 417 | 740 | 452 | 463 | 463 | 433 | 447 |
| | | Civil | 325 | 277 | 210 | 217 | 632 | 259 | 301 | 266 | 126 | 129 |
| | | Criminal Felony | 83 | 60 | 172 | 106 | 59 | 133 | 108 | 130 | 221 | 190 |
| | | Supervised Release Hearings | 36 | 25 | 124 | 94 | 49 | 60 | 54 | 68 | 87 | 128 |
| | Pending Cases | | 539 | 369 | 355 | 262 | 1,455 | 381 | 422 | 477 | 478 | 341 |
| | Weighted Filings [1] | | 398 | 322 | 424 | 360 | 613 | 440 | 425 | 450 | 459 | 439 |
| | Terminations | | 478 | 356 | 474 | 433 | 525 | 437 | 509 | 447 | 407 | 479 |
| | Trials Completed | | 14 | 14 | 68 | 72 | 10 | 23 | 11 | 12 | 35 | 37 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 23.1 | 12.5 | 10.3 | 10.2 | 11.0 | 15.1 | 20.8 | 13.4 | 17.5 | 10.6 |
| | | Civil [1] | 10.2 | 10.1 | 7.2 | 7.6 | 7.5 | 6.1 | 6.8 | 7.1 | 11.0 | 11.7 |
| | From Filing to Trial [1] (Civil Only) | | 32.5 | 23.2 | - | - | 41.9 | - | 30.9 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 94 / 5.9 | 28 / 4.1 | 17 / 4.7 | 21 / 4.4 | 206 / 2.2 | 114 / 6.8 | 146 / 10.8 | 46 / 5.3 | 40 / 14.2 | 53 / 11.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.1 | 1.2 | 1.4 | 1.3 | 1.3 | 1.3 | 1.9 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 44.7 | 49.0 | 44.9 | 43.2 | 71.5 | 45.4 | 43.8 | 38.5 | 36.4 | 42.8 |
| | | Percent Not Selected or Challenged | 41.3 | 39.1 | 48.7 | 23.0 | 44.8 | 27.5 | 37.4 | 22.4 | 14.9 | 18.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending June 30, 2024**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 565 | 14,859 | 8,394 | 5,736 | 18,149 | 7,044 | 913 | 1,138 | 1,219 | 3,402 | 2,933 | 1,509 | 3,593 | 100 | 77 |
| | | Terminations | 517 | 9,330 | 6,732 | 5,861 | 18,095 | 7,256 | 905 | 1,041 | 1,256 | 3,541 | 3,105 | 1,644 | 3,565 | 111 | 77 |
| | | Pending | 736 | 7,414 | 15,619 | 7,791 | 13,649 | 4,758 | 837 | 1,202 | 1,159 | 4,234 | 3,090 | 1,146 | 3,024 | 351 | 114 |
| | Percent Change in Total Filings Current Year | Over Last Year | 2.7 | 55.6 | -11.0 | 19.0 | 10.9 | -3.2 | 13.8 | 9.6 | 0.2 | 5.0 | 0.3 | -21.0 | 1.4 | -12.3 | 32.8 |
| | | Over 2019 | -12.3 | -4.2 | -5.9 | 11.9 | 0.5 | -25.6 | -4.4 | 3.5 | -2.9 | -10.2 | -9.1 | -30.6 | -4.6 | -47.4 | 102.6 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months¹ | | 0.4 | 0.0 | 11.2 | 2.6 | 13.0 | 14.7 | 0.0 | 9.0 | 0.0 | 0.0 | 6.0 | 12.0 | 0.7 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 188 | 1,143 | 600 | 956 | 648 | 542 | 228 | 569 | 406 | 486 | 489 | 377 | 513 | 100 | 77 |
| | | Civil | 113 | 337 | 516 | 832 | 584 | 185 | 171 | 298 | 206 | 414 | 346 | 201 | 438 | 20 | 17 |
| | | Criminal Felony | 75 | 700 | 34 | 65 | 36 | 245 | 25 | 190 | 143 | 34 | 77 | 76 | 37 | 54 | 39 |
| | | Supervised Release Hearings | 0 | 106 | 50 | 59 | 28 | 112 | 33 | 82 | 57 | 38 | 66 | 101 | 38 | 26 | 21 |
| | Pending Cases | | 245 | 570 | 1,116 | 1,299 | 487 | 366 | 209 | 601 | 386 | 605 | 515 | 287 | 432 | 351 | 114 |
| | Weighted Filings¹ | | 231 | 690 | 521 | 793 | 666 | 441 | 209 | 559 | 421 | 442 | 436 | 283 | 462 | - | - |
| | Terminations | | 172 | 718 | 481 | 977 | 646 | 558 | 226 | 521 | 419 | 506 | 518 | 411 | 509 | 111 | 77 |
| | Trials Completed | | 7 | 10 | 8 | 16 | 10 | 9 | 7 | 9 | 48 | 10 | 8 | 15 | 13 | 5 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.1 | 5.0 | 16.5 | 33.0 | 21.0 | 6.1 | 18.9 | 10.5 | 9.4 | 20.4 | 19.9 | 18.2 | 15.0 | 14.4 | 5.8 |
| | | Civil¹ | 8.0 | 7.2 | 7.6 | 9.5 | 3.9 | 6.6 | 5.0 | 11.0 | 10.4 | 9.2 | 11.0 | 7.6 | 6.3 | 44.2 | 13.6 |
| | From Filing to Trial¹ (Civil Only) | | - | 37.4 | 48.9 | 64.9 | 30.4 | 33.1 | - | - | - | 58.1 | 45.0 | - | 34.4 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 81 / 20.9 | 167 / 5.0 | 3,779 / 25.9 | 1,143 / 19.4 | 943 / 8.8 | 221 / 11.5 | 47 / 9.7 | 101 / 14.0 | 88 / 15.3 | 570 / 16.7 | 231 / 10.1 | 54 / 8.5 | 138 / 5.8 | 237 / 88.8 | 17 / 32.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.1 | 1.3 | 1.6 | 1.5 | 1.2 | 1.3 | 1.3 | 1.2 | 1.4 | 1.2 | 1.4 | 1.4 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 53.7 | 55.8 | 52.9 | 45.1 | 54.0 | 52.0 | 85.5 | 40.8 | 41.3 | 57.0 | 32.1 | 43.2 | 35.5 | 128.0 | 58.0 |
| | | Percent Not Selected or Challenged | 39.4 | 45.3 | 38.2 | 36.9 | 64.2 | 37.4 | 63.5 | 23.7 | 28.5 | 47.9 | 1.4 | 19.9 | 21.5 | 59.4 | 12.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending June 30, 2024**

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,191 | 1,820 | 3,735 | 1,270 | 728 | 2,061 | 2,265 | 607 |
| | Terminations | | 4,114 | 1,799 | 3,842 | 1,418 | 850 | 2,221 | 2,194 | 564 |
| | Pending | | 3,822 | 1,602 | 2,780 | 1,185 | 756 | 1,703 | 2,554 | 1,112 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.5 | -4.6 | 1.1 | -3.3 | 9.1 | 7.5 | 2.0 | 4.3 |
| | | Over 2019 | -3.6 | -18.7 | -35.7 | 2.8 | 29.1 | 12.1 | 0.5 | 3.4 |
| | Number of Judgeships | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| | Vacant Judgeship Months ¹ | | 6.3 | 12.0 | 0.0 | 11.2 | 0.0 | 0.0 | 9.3 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 599 | 303 | 534 | 363 | 485 | 344 | 453 | 202 |
| | | Civil | 515 | 196 | 183 | 173 | 302 | 219 | 251 | 88 |
| | | Criminal Felony | 57 | 68 | 235 | 145 | 149 | 93 | 141 | 65 |
| | | Supervised Release Hearings | 27 | 39 | 116 | 45 | 34 | 31 | 61 | 49 |
| | Pending Cases | | 546 | 267 | 397 | 339 | 504 | 284 | 511 | 371 |
| | Weighted Filings ¹ | | 610 | 295 | 367 | 374 | 504 | 334 | 483 | 193 |
| | Terminations | | 588 | 300 | 549 | 405 | 567 | 370 | 439 | 188 |
| | Trials Completed | | 16 | 16 | 14 | 13 | 37 | 25 | 11 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 14.1 | 3.9 | 15.7 | 16.6 | 11.0 | 11.8 | 5.6 |
| | | Civil ¹ | 7.5 | 7.1 | 8.6 | 8.8 | 10.5 | 7.4 | 9.3 | 9.4 |
| | From Filing to Trial ¹ (Civil Only) | | 30.4 | 23.5 | - | - | - | - | 31.1 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 205 / 6.5 | 54 / 5.9 | 125 / 9.7 | 95 / 15.4 | 46 / 9.9 | 70 / 6.5 | 208 / 13.8 | 80 / 17.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.1 | 1.3 | 1.2 | 1.2 | 1.3 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 38.6 | 39.8 | 68.5 | 58.4 | 58.9 | 42.0 | 54.7 | 32.8 |
| | | Percent Not Selected or Challenged | 35.6 | 35.3 | 23.4 | 40.7 | 40.3 | 33.6 | 32.9 | 34.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending June 30, 2024**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,559 | 1,035 | 974 | 50,209 | 11,045 | 10,376 | 7,640 | 1,526 | 1,366 |
| | Terminations | | 2,448 | 1,193 | 985 | 59,065 | 10,797 | 10,599 | 7,858 | 1,705 | 1,628 |
| | Pending | | 2,771 | 1,293 | 925 | 232,519 | 8,435 | 5,498 | 5,711 | 1,477 | 1,173 |
| | Percent Change in Total Filings Current Year | Over Last Year | 2.2 | -3.5 | -8.6 | 44.3 | 5.4 | -55.8 | 7.5 | -7.6 | -14.9 |
| | | Over 2019 | -17.2 | -12.3 | -19.7 | 1,058.0 | 2.5 | -20.5 | 1.8 | -14.4 | -18.5 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 12.0 | 12.0 | 0.0 | 0.0 | 20.8 | 31.7 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 320 | 345 | 325 | 12,552 | 736 | 576 | 695 | 382 | 455 |
| | | Civil | 229 | 257 | 155 | 12,463 | 613 | 475 | 633 | 292 | 324 |
| | | Criminal Felony | 56 | 75 | 94 | 59 | 94 | 75 | 46 | 71 | 72 |
| | | Supervised Release Hearings | 35 | 12 | 76 | 30 | 28 | 27 | 16 | 19 | 59 |
| | Pending Cases | | 346 | 431 | 308 | 58,130 | 562 | 305 | 519 | 369 | 391 |
| | Weighted Filings [1] | | 300 | 338 | 302 | 8,585 | 697 | 587 | 645 | 349 | 385 |
| | Terminations | | 306 | 398 | 328 | 14,766 | 720 | 589 | 714 | 426 | 543 |
| | Trials Completed | | 21 | 24 | 36 | 19 | 16 | 25 | 21 | 18 | 20 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.1 | 11.1 | 8.5 | 9.9 | 10.1 | 8.1 | 14.0 | 15.0 | 11.9 |
| | | Civil [1] | 8.1 | 10.7 | 9.6 | 32.5 | 5.3 | 3.5 | 5.4 | 7.7 | 6.7 |
| | From Filing to Trial [1] (Civil Only) | | 41.8 | - | 31.7 | 16.8 | 27.3 | 24.3 | 32.9 | 30.3 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 382 / 18.4 | 179 / 19.7 | 33 / 6.7 | 144,285 / 62.2 | 445 / 7.1 | 136 / 3.6 | 179 / 4.0 | 88 / 9.2 | 80 / 11.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | 1.6 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 36.5 | 53.0 | 34.7 | 42.8 | 46.6 | 40.6 | 32.6 | 23.3 | 40.7 |
| | | Percent Not Selected or Challenged | 39.4 | 37.0 | 20.6 | 29.8 | 35.9 | 13.3 | 35.2 | 53.3 | 23.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."