**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' COUNTERCLAIMS**

On this date the Court considered the Joint Motion for Extension of Time to Answer or Otherwise Respond to Defendants' Counterclaims (Dkt. 61), filed by Plaintiff VirtaMove Corp. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc. ("Defendants").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time to Answer or Otherwise Respond to Defendants' Counterclaims should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's time to respond to the counterclaims shall be extended by one week, from October 10, 2024 to October 17, 2024.

IT IS FURTHER ORDERED that in the event Plaintiff moves to dismiss the counterclaims, Defendants' deadline to file their opposition shall be extended by one week, from October 31, 2024, to November 7, 2024

IT IS SO ORDERED.


Dated:_____     _____
                                              Hon. Derek T. Gilliland
                                              U.S. Magistrate Judge