UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br>       Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br>       Defendants. | Case No.  7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S
PARTIAL MOTION TO DISMISS**

Before the Court is Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights and Third Counterclaim for Breach of Contract.

The Court has considered the Motion and the case of record, and is of the opinion that Plaintiff VirtaMove, Corp.'s Partial Motion to Dismiss Defendants' Second Counterclaim Seeking a Declaratory Judgment of Contractual Rights and Third Counterclaim for Breach of Contract should be GRANTED.

Dated:_____        Dated:_____

_____        _____
Derek T. Gilliland                                     Alan D Albright
U.S. Magistrate Judge                             U.S. District Judge

1