# EXHIBIT 1

# Jeremy Anapol

| | |
|---|---|
| **From:** | Christian W. Conkle <cconkle@raklaw.com> |
| **Sent:** | Tuesday, October 1, 2024 7:18 PM |
| **To:** | Jeremy Anapol |
| **Cc:** | Louis Martinez; Amy E. Hayden; Jon Ma; Neil Rubin; dkolko@raklaw.com; Jacob Buczko; jmilkey@raklaw.com; James Tsuei; ptong@raklaw.com; Reza Mirzaie; rak_virtamove@raklaw.com; hestes@lcalawfirm.com; Amazon-VirtaMove |
| **Subject:** | Re: VirtaMove, Corp. v. Amazon.com, Inc. et al. | 7:24-cv-00030-ADA-DTG | Amazon's Claim Terms for Construction |

Jeremy,

Just to avoid the inferential step. It sounds like y'all think the preamble is limiting, and we agree with that. Since the presumption is the preamble is *not* limiting, I think we should have that agreement in the eventual joint claim construction chart.

Thanks,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

> On Oct 1, 2024, at 16:04, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:
>
> Christian,
>
> What do you think is the significance of adding the preamble as a separate item in the list, given that Amazon already listed multiple terms from the preamble ("disparate computing environments" and "processor")?
>
> Thanks,
> Jeremy
>
> **From:** Christian W. Conkle <cconkle@raklaw.com>
> **Sent:** Tuesday, October 1, 2024 3:33 PM
> **To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
> **Cc:** Louis Martinez <Louis.Martinez@knobbe.com>; Amy E. Hayden <ahayden@raklaw.com>; Jon Ma <jma@raklaw.com>; Neil Rubin <nrubin@raklaw.com>; dkolko@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; jmilkey@raklaw.com; James Tsuei <jtsuei@raklaw.com>; ptong@raklaw.com; Reza Mirzaie <rmirzaie@raklaw.com>; rak_virtamove@raklaw.com; hestes@lcalawfirm.com; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
> **Subject:** Re: VirtaMove, Corp. v. Amazon.com, Inc. et al. | 7:24-cv-00030-ADA-DTG | Amazon's Claim Terms for Construction
>
> Jeremy,

1

Exhibit 1

Oh, you're right; I meant "disparate computing environments" in the '814 preamble. Sorry, multitasking...

All best,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

> On Oct 1, 2024, at 15:14, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:
>
> Hi Christian,
>
> Did you mean to ask about a different term in the '814 patent?  Or did you mean to ask about the '058 patent?
>
> Thanks,
> Jeremy
>
> **From:** Christian W. Conkle <cconkle@raklaw.com>
> **Sent:** Tuesday, October 1, 2024 3:03 PM
> **To:** Louis Martinez <Louis.Martinez@knobbe.com>
> **Cc:** Amy E. Hayden <ahayden@raklaw.com>; Jon Ma <jma@raklaw.com>; Neil Rubin <nrubin@raklaw.com>;dkolko@raklaw.com; Jacob Buczko <jbuczko@raklaw.com>; jmilkey@raklaw.com; James Tsuei <jtsuei@raklaw.com>; ptong@raklaw.com; Reza Mirzaie <rmirzaie@raklaw.com>; rak_virtamove@raklaw.com; hestes@lcalawfirm.com; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
> **Subject:** Re: VirtaMove, Corp. v. Amazon.com, Inc. et al. | 7:24-cv-00030-ADA-DTG | Amazon's Claim Terms for Construction
>
> Counsel for Amazon,
>
> Amazon's proposed terms list includes "critical system elements," which is part of the preamble of '814 Claim 1. As a logical corollary of that, should the list also include "whether the preamble is limiting" for '814 Claim 1?
>
> All best,
>
> Christian W. Conkle
> Russ, August & Kabat
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, CA 90025
> 310 826-7474

Exhibit 1

> On Sep 19, 2024, at 15:56, Christian W. Conkle <cconkle@raklaw.com> wrote:
>
> Counsel,
>
> Pursuant to the Scheduling Order, VirtaMove does not propose any terms for construction at this time, but reserves the right to identify any of the terms for construction identified by Amazon. To the extent Amazon's stated reservations of rights have merit, VirtaMove reserves those same rights.
>
> All best,
>
> Christian W. Conkle
> Russ, August & Kabat
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, CA 90025
> 310 826-7474
>
>> On Sep 19, 2024, at 15:18, Louis Martinez <Louis.Martinez@knobbe.com> wrote:
>>
>> Counsel,
>>
>> Attached for service please find Amazon's Initial Proposed Claim Terms for Construction.
>>
>> Best,
>>
>> **Louis Martinez**
>> Litigation Paralegal
>> Louis.Martinez@knobbe.com
>>
>> 949-721-5232  Direct
>>
>> **Knobbe Martens**
>> 2040 Main St., 14th Fl.
>> Irvine, CA 92614
>> www.knobbe.com

Exhibit 1

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2024-09-19 Amazon's Initial Proposed Claim Terms for Construction.pdf>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 1