# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

VIRTAMOVE, CORP,

               Plaintiff,

      v.

AMAZON.COM, INC.;
AMAZON.COM SERVICES LLC; AND
AMAZON WEB SERVICES, INC.,

          Defendants.

Case No. 7:24-CV-00030-ADA-DTG

## PLAINTIFF'S DISCLOSURE OF
## PROPOSED CLAIM CONSTRUCTIONS

Plaintiff VirtaMove, Corp. ("Plaintiff" or "VirtaMove") hereby provides the following disclosure of proposed constructions for the claim terms identified for construction by Defendants Amazon.com, Inc, Amazon.com Services LLC, and Amazon Web Services, Inc.. (collectively, "Defendants" or "Amazon"), as set forth below in Exhibit A. Plaintiff's disclosure is based on currently available information, and Plaintiff reserves the right to also identify and propose constructions for any terms Defendants identify for construction, even if Defendants later determine to withdraw those terms for construction by the Court. Plaintiff reserves the right to amend, revise, and/or supplement this disclosure as additional documents and information become available, and as discovery, investigation, and meet-and-confer with Defendants' counsel proceed.

Exhibit 2

**EXHIBIT A**

| No. | Term | Claim(s) | Proposed Construction |
|---|---|---|---|
| 1 | shared library | '058 patent, claims 1, 2, 10 | No construction necessary; plain and ordinary meaning |
| 2 | critical system elements | '058 patent, claim 1 | Any service or part of a service, "normally" supplied by an operating system, that is critical to the operation of a software application. |
| 3 | functional replicas | '058 patent, claim 1 | No construction necessary; plain and ordinary meaning |
| 4 | forms a part of the … software applications | '058 patent, claim 1 | No construction necessary; plain and ordinary meaning |
| 5 | disparate computing environments | '814 patent, claim 1 | No construction necessary; plain and ordinary meaning |
| 6 | processor | '814 patent, claim 1 | No construction necessary; plain and ordinary meaning |
| 7 | container | '814 patent, claims 1, 2, 4, 6, 8, 9, 10, 13, 14 | No construction necessary; plain and ordinary meaning |

Exhibit 2

Dated:  October 3, 2024                          Respectfully submitted,

                                                 */s/ Reza Mirzaie*
                                                 Reza Mirzaie
                                                 CA State Bar No. 246953
                                                 Marc A. Fenster
                                                 CA State Bar No. 181067
                                                 Neil A. Rubin
                                                 CA State Bar No. 250761
                                                 Amy E. Hayden
                                                 CA State Bar No. 287026
                                                 Jacob R. Buczko
                                                 CA State Bar No. 269408
                                                 James S. Tsuei
                                                 CA State Bar No. 285530
                                                 James A. Milkey
                                                 CA State Bar No. 281283
                                                 Christian W. Conkle
                                                 CA State Bar No. 306374
                                                 Jonathan Ma
                                                 CA State Bar No. 312773
                                                 Daniel Kolko (CA SBN 341680)
                                                 RUSS AUGUST & KABAT
                                                 12424 Wilshire Boulevard, 12th Floor
                                                 Los Angeles, CA  90025
                                                 Telephone: 310-826-7474
                                                 Email: rmirzaie@raklaw.com
                                                 Email: mfenster@raklaw.com
                                                 Email: nrubin@raklaw.com
                                                 Email: ahayden@raklaw.com
                                                 Email: jbuczko@raklaw.com
                                                 Email: jtsuei@raklaw.com
                                                 Email: jmilkey@raklaw.com
                                                 Email: cconkle@raklaw.com
                                                 Email: jma@raklaw.com
                                                 Email: dkolko@raklaw.com

                                                 Qi (Peter) Tong
                                                 4925 Greenville Ave., Suite 200
                                                 Dallas, TX 75206
                                                 Email: ptong@raklaw.com

                                                 **ATTORNEYS FOR PLAINTIFF
                                                 VIRTAMOVE, CORP.**

Exhibit 2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document is being served upon counsel of record for Defendants on October 3, 2024 via electronic service.

/s/ *Christian W. Conkle*

Exhibit 2