# EXHIBIT 2

CONFIDENTIAL

```
 1                  ** C O N F I D E N T I A L **
 2                IN THE UNITED STATES DISTRICT COURT
 3                FOR THE WESTERN DISTRICT OF TEXAS
 4                     MIDLAND/ODESSA DIVISION
 5
 6    VIRTAMOVE, CORP.,            )
                                   )
 7                PLAINTIFF,       )  CASE NO.
                                   )  7:24-CV-00030-DC-DTG
 8           VS.                   )
                                   )
 9    AMAZON.COM, INC.;            )
      AMAZON.COM SERVICES LLC;     )
10    AND AMAZON WEB SERVICES,     )
      INC.,                        )
11                                 )
                  DEFENDANT.       )
12    _____ )
13
14                  ** C O N F I D E N T I A L **
15      (FOLLOWING TRANSCRIPT AND EXHIBITS HAVE BEEN DESIGNATED
16                         CONFIDENTIAL)
17
18
19        VIDEOTAPED REMOTE ZOOM RULE 30(B)(6) DEPOSITION
20             AMAZON DEFENDANTS - RAVIPRASAD MUMMIDI
21                  FRIDAY, SEPTEMBER 13, 2024
22
23
24    JOB NO. 6916325
25    REPORTED BY:  DAYNA HESTER, C.S.R. 9970
```

Page 1

```
 1    CONFIDENTIAL VIDEOTAPED REMOTE ZOOM RULE 30(B)(6)
 2    DEPOSITION OF AMAZON DEFENDANTS - RAVIPRASAD
 3    MUMMIDI, TAKEN ON BEHALF OF PLAINTIFF VIRTAMOVE,
 4    CORP., AT 10:08 A.M., FRIDAY, SEPTEMBER 13, 2024,
 5    WITH THE WITNESS, COURT REPORTER, AND VIDEOGRAPHER
 6    APPEARING REMOTELY VIA ZOOM VIDEOCONFERENCE, BEFORE
 7    DAYNA HESTER, C.S.R. NO. 9970.
 8
 9    APPEARANCES OF COUNSEL:
10    FOR PLAINTIFF VIRTAMOVE, CORP.:
11         RUSS AUGUST & KABAT
           BY:  QI (PETER) TONG, ESQ.
12              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           BY:  MACKENZIE PALADINO, ESQ.
13              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           4925 GREENVILLE AVENUE, SUITE 200
14         DALLAS, TEXAS   75206
           (310) 826-7474
15         PTONG@RAKLAW.COM
           MPALADINO@RAKLAW.COM
16
17    FOR DEFENDANTS AMAZON.COM, INC.; AMAZON.COM SERVICES
      LLC; AND AMAZON WEB SERVICES, INC.; AND THE WITNESS:
18
           KNOBBE MARTENS OLSON & BEAR
19         BY:  JEREMY A. ANAPOL, ESQ.
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
20         2040 MAIN STREET, FLOOR 14
           IRVINE, CALIFORNIA   92614-8214
21         (949) 760-0404
           JEREMY.ANAPOL@KNOBBE.COM
22
23
24         -- APPEARANCES CONTINUED ON NEXT PAGE --
25    APPEARANCES OF COUNSEL (CONTINUED):
```

Page 2

CONFIDENTIAL

1  ALSO PRESENT:
2        JILL WARREN, VIDEOGRAPHER
         (PRESENT VIA ZOOM VIDEOCONFERENCE)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

CONFIDENTIAL

```
 1                        I N D E X
 2   DEPONENT              EXAMINATION              PAGE
 3   RAVIPRASAD MUMMIDI
 4                         BY MR. TONG               7
 5                         BY MR. ANAPOL            82
 6                         BY MR. TONG (FURTHER)    85
 7                         BY MR. ANAPOL (FURTHER)  88
 8
 9
10        QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
11                   PAGE            LINE
12                    67               3
                      67               9
13                    68              18
14
15                        E X H I B I T S
16   EXHIBIT NO.    PAGE    DESCRIPTION
17   EXHIBIT 1       10     FILE TITLED "EXHIBIT 0001 - DECL OF
                            RAMU PANAYAPPAN ISO %5B31%5D
18                          MTT.PDF"
19   EXHIBIT 2       11     FILE TITLED "EXHIBIT 0002 - AMENDED
                            NTC 30B6 DEPO TO AMAZON.PDF"
20
     EXHIBIT 3       55     FILE TITLED "EXHIBIT 0003 - AMAZON
21                          MOTION TO DISMISS OR TRANSFER
                            CASE.PDF"
22
23
24
25
```

CONFIDENTIAL

```
 1              ZOOM VIDEOCONFERENCE, CALIFORNIA
 2            FRIDAY, SEPTEMBER 13, 2024; 10:08 A.M.
 3
 4                  ** C O N F I D E N T I A L **
 5                (FOLLOWING PAGES HAVE BEEN DESIGNATED
 6                 CONFIDENTIAL)
 7                                                              10:08
 8              THE VIDEOGRAPHER:  Good morning.                10:08
 9                     We are on the record at 10:08            10:08
10   time on Friday September 13th, 2024.                       10:08
11              Please note this deposition is being            10:08
12   conducted remotely using virtual technology.               10:08
13   Quality of recording depends on the participants's         10:08
14   quality of equipment and internet connections.  The        10:08
15   deponent and what is heard on screen will be               10:08
16   recorded.                                                  10:08
17              Audio and video recording will continue to      10:08
18   take place until all parties agree to go off the           10:08
19   record.                                                    10:09
20              This is the beginning of Media Number 1 of      10:09
21   the video-recorded deposition of Raviprasad Mummidi        10:09
22   taken by counsel for plaintiff in the matter of            10:09
23   VirtaMove Corp, Plaintiff, versus Amazon.com, Inc.,        10:09
24   et al., defendants, filed in the United States             10:09
25   District Court for the Western District of Texas,          10:09
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | Midland/Odessa Division.  Case | 10:09 |
| 2 | Number 7:24-CV-00030-DC-DTG. | 10:09 |
| 3 |     My name is Jill Warren, and I am the | 10:09 |
| 4 | videographer. | 10:09 |
| 5 |     The court reporter is Dayna Hester, and we are | 10:09 |
| 6 | representing Veritext Legal Solutions. | 10:09 |
| 7 |     If there are any objections to proceeding, | 10:09 |
| 8 | please state them at the time of your appearance beginning | 10:09 |
| 9 | with the noticing attorney, please state your appearance. | 10:09 |
| 10 |     MR. TONG:  This is Peter Tong from Russ August & | 10:09 |
| 11 | Kabat.  And with me in the room is my associate Mackenzie | 10:10 |
| 12 | Paladino. | 10:10 |
| 13 |     MR. ANAPOL:  Jeremy Anapol of Knobbe Martens | 10:10 |
| 14 | Olson & Bear on behalf of defendants and the witness. | 10:10 |
| 15 |     THE VIDEOGRAPHER:  Thank you. | 10:10 |
| 16 |     The court reporter will administer the oath and | 10:10 |
| 17 | counsel may proceed. | 10:10 |
| 18 |     THE REPORTER:  Okay.  One second. | |
| 19 |     This is a federal case, so I do have a read-on. | |
| 20 |     My name is Dayna Hester.  This statement is to | |
| 21 | acknowledge my obligations pursuant to Federal Rules of | |
| 22 | Civil Procedure. | |
| 23 |     Rule 30(b), Subsection 5(a).  My business | |
| 24 | address is 707 Wilshire Boulevard, Los Angeles, | |
| 25 | California.  The videographer has stated the additional | |

```
 1    required information.
 2            Rule 30(b), Subsection 5(c).  Upon completion of
 3    the deposition, if there is a stipulation about the
 4    custody of the transcript or other pertinent matters off
 5    the record, I will recite such stipulation(s) on the
 6    record.  Additionally, the videographer will read-off when
 7    the deposition concludes.
 8            So with this being said, I will now swear in the
 9    witness.
10            Please raise your right hand.
11            THE WITNESS:  [Witness did as requested].
12            THE REPORTER:  Do you affirm the testimony you
13    are about to give in the cause now pending will be the
14    truth, the whole truth, and nothing but the truth?       10:11
15            THE WITNESS:  I do.                              10:11
16            THE REPORTER:  Thank you.                        10:11
17
18                    RAVIPRASAD MUMMIDI
19            having been first duly sworn, was
20            examined and testified as follows:
21
22                       EXAMINATION
23    BY MR. TONG:
24       Q.   Good morning.                                    10:11
25       A.   Good morning.                                    10:11
```

Page 7

|    |                                                              |       |
|----|--------------------------------------------------------------|-------|
| 1  | Q.   Could you please state and spell your full              | 10:11 |
| 2  | name for the record.                                         | 10:11 |
| 3  | A.   Raviprasad Mummidi.                                     | 10:11 |
| 4  | Q.   And could you please spell that.                        | 10:11 |
| 5  | A.   R-A-V-I-P-R-A-S-A-D, M-U-M-M-I-D-I.                     | 10:11 |
| 6  | Q.   And I think you had said earlier it would               | 10:11 |
| 7  | be okay if I just call you "Ravi"?                           | 10:11 |
| 8  | A.   That's correct.                                         | 10:11 |
| 9  | Q.   Can I do that?                                          | 10:11 |
| 10 |      Thank you.                                              | 10:11 |
| 11 |      Have you ever been deposed before, Ravi?                | 10:11 |
| 12 | A.   No.                                                     | 10:11 |
| 13 | Q.   So I'm going to go over a few ground rules              | 10:11 |
| 14 | as to how this deposition is going to proceed, then.         | 10:11 |
| 15 |      So I'm going to ask you a series of                     | 10:11 |
| 16 | questions, and you are under the obligation to               | 10:12 |
| 17 | answer them truthfully and fully under oath.                 | 10:12 |
| 18 |      From time to time your counsel may object               | 10:12 |
| 19 | to my questions.  If that is the case, you must              | 10:12 |
| 20 | still answer my question unless he directs --                | 10:12 |
| 21 | directly instructs you not to answer the question.           | 10:12 |
| 22 | A.   Okay.                                                   | 10:12 |
| 23 | Q.   From time to time, if we need to take a                 | 10:12 |
| 24 | break, that is okay.  We can go off the record and           | 10:12 |
| 25 | take a break.  Just let me know.                             | 10:12 |

Page 8

| | | |
|---|---|---|
| 1 | depends on just the entire lifetime of -- of a | 12:58 |
| 2 | project that the team would actually work on it. | 12:58 |
| 3 | Q.   Then would the lifetime be about from 2019 | 12:58 |
| 4 | to 2022? | 12:58 |
| 5 | A.   Yes.  So -- so, initially, I was working | 12:58 |
| 6 | with them to be able to get them onboard.  And then | 12:58 |
| 7 | it was when more projects started kicking in. | 12:58 |
| 8 | That's basically when it became more. | 12:58 |
| 9 | Q.   And during the time you worked with the | 12:58 |
| 10 | EMP team, do you remember anybody from the EMP team | 12:58 |
| 11 | being in Texas? | 12:58 |
| 12 | A.   I personally do not know of anyone. | 12:58 |
| 13 | Q.   And do you know of anybody who still works | 12:58 |
| 14 | at Amazon who knows more about EMP than you do? | 12:58 |
| 15 | MR. TONG:  Objection.  Leading. | 12:58 |
| 16 | THE WITNESS:  I do not think so. | 12:59 |
| 17 | BY MR. ANAPOL: | 12:59 |
| 18 | Q.   And let's go back to Ramu's declaration, | 12:59 |
| 19 | Exhibit 1.  And could you look at Paragraph 4? | 12:59 |
| 20 | A.   Yeah. | 12:59 |
| 21 | Q.   Other than the people listed in | 12:59 |
| 22 | Paragraph 4, are you aware of anyone who has access | 12:59 |
| 23 | to EMP source code? | 13:00 |
| 24 | A.   I do not know. | 13:00 |
| 25 | Q.   Were you aware that the people listed in | 13:00 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Paragraph 4 had access to EMP's source code? | 13:00 |
| 2 | A. Yeah. | 13:00 |
| 3 | MR. ANAPOL: Pass the witness. | 13:00 |
| 4 | | 13:00 |
| 5 | FURTHER EXAMINATION | 13:00 |
| 6 | BY MR. TONG: | 13:00 |
| 7 | Q. So would you be Amazon's witness who has | 13:00 |
| 8 | the most knowledge regarding EMP's operation out of | 13:00 |
| 9 | the people listed in Paragraph 4? | 13:01 |
| 10 | A. I believe I am. | 13:01 |
| 11 | Q. And what relevant testimony about EMP and | 13:01 |
| 12 | its technical operation did you expect to give at | 13:01 |
| 13 | the trial in this case, if any? | 13:01 |
| 14 | MR. ANAPOL: Calls for a legal conclusion. | 13:01 |
| 15 | Calls for speculation. Incomplete hypothetical. | 13:01 |
| 16 | THE WITNESS: I have nothing to add, no. I've | 13:01 |
| 17 | given you all the data. | 13:01 |
| 18 | BY MR. TONG: | 13:01 |
| 19 | Q. So to be clear here, your testimony at | 13:01 |
| 20 | trial is going to be limited to the things that you | 13:01 |
| 21 | have testified about today in this deposition? | 13:01 |
| 22 | MR. ANAPOL: That's obviously not true. | 13:01 |
| 23 | MR. TONG: I object to your speaking objection. | 13:01 |
| 24 | THE WITNESS: Well, based on the questions that | 13:02 |
| 25 | you've -- that are asked and answered. So if you ask | 13:02 |

CONFIDENTIAL

```
 1    STATE OF CALIPORNIA                              )
 2    COUNTY OF LOS ANGELES                            )  SS.
 3
 4              I, Dayna Hester, C.S.R. No. 9970, in
 5    and for the State of California, do hereby certify:
 6              That, prior to being examined, the witness named
 7    in the foregoing deposition was by me duly sworn to
 8    testify to the truth, the whole truth, and nothing but the
 9    truth;
10              That said deposition was taken down by me in
11    shorthand at the time and place therein named and
12    thereafter reduced to typewriting under my direction, and
13    the same is a true, correct, and complete transcript of
14    said proceedings;
15              That if the foregoing pertains to the original
16    transcript of a deposition in a Federal Case, before
17    completion of the proceedings, review of the transcript
18    {  } was {  } was not required;
19              I further certify that I am not interested in
20    the event of the action.
21              Witness my hand this 20 day of September,
22    2024.
23
24                   Certified Shorthand Reporter
25                   for the State of California
```

Page 90