# EXHIBIT 3

ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE WESTERN DISTRICT OF TEXAS

3                  MIDLAND/ODESSA DIVISION

4

5

6      VIRTAMOVE, CORP.,              ) Case No.

7                   Plaintiff,        ) 7:24-CV-00030-DC-DTG

8           VS.                       )

9      AMAZON.COM, INC.; AMAZON.COM ) Pages 1-75

10     SERVICES LLC; AND AMAZON       )

11     WEB SERVICES, INC.,            )

12                  Defendants.       )

13     _____ )

14

15                  ATTORNEYS' EYES ONLY

16                     *  *  *  *  *

17     REMOTE/ZOOM VIDEOTAPED DEPOSITION OF THE FEDERAL

18     RULE 30(b)(6) WITNESS FOR THE AMAZON DEFENDANTS AND

19     IN HIS PERSONAL CAPACITY:

20             MATS LANNER

21             THURSDAY, SEPTEMBER 5, 2024

22             2:00 P.M.

23

24     Reported by:  LINDA NICKERSON

25                   CSR No. 8746
```

Page 1

1          Videotaped deposition of MATS LANNER, the

2     witness, taken on behalf of the Plaintiff, on

3     THURSDAY, SEPTEMBER 5, 2024, 2:00 p.m., utilizing

4     Veritext Virtual Remote Technology, Seattle,

5     Washington, before LINDA NICKERSON, CSR No. 8746,

6     pursuant to NOTICE.

7

8     APPEARANCES OF COUNSEL:

9     FOR PLAINTIFF:

10         RUSS, AUGUST & KABAT

11         BY:  QI (PETER) TONG, ESQ.

12         4925 Greenville Avenue

13         Suite 200

14         Dallas, Texas  75206

15         (310) 826-7474

16         ptong@raklaw.com

17

18     FOR DEFENDANTS:

19         KNOBBE, MARTENS, OLSON & BEAR, LLP

20         BY:  LOGAN P. YOUNG, ESQ.

21         925 4th Avenue

22         Suite 2500

23         Seattle, Washington  98104

24         (206) 405-2000

25         logan.young@knobbe.com

                                        Page  2

ATTORNEYS EYES ONLY

```
1         APPEARANCES OF COUNSEL (Continued):

2

3       FOR DEFENDANTS:

4            KNOBBE, MARTENS, OLSON & BEAR, LLP

5            BY:  JEREMY A. ANAPOL, ESQ.

6            2040 Main Street

7            Fourteenth Floor

8            Irvine, California  92614

9            (949) 760-0404

10            jeremy.anapol@knobbe.com

11

12       ALSO PRESENT:

13            RON LAZO (Videographer)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

ATTORNEYS EYES ONLY

```
 1                       I N D E X

 2

 3      WITNESS              EXAMINATION              PAGE

 4      MATS LANNER

 5

 6                       By Mr. Tong                  6

 7                       By Mr. Young                67

 8

 9

10                       E X H I B I T S

11        NUMBER      PAGE      DESCRIPTION

12      Exhibit 1      9      Declaration of Mats Lanner

13                            in Support of Defendants'

14                            Motion to Dismiss or Transfer

15      Exhibit 2     41      Plaintiff VirtaMove, Corp.'s

16                            Amended Notice of Rule

17                            30(b)(6) Deposition of Amazon

18                            Defendants

19      Exhibit 3     46      Defendants' Motion to Dismiss

20                            or Transfer

21      Exhibit 4     52      Defendants' First

22                            Supplemental Objections and

23                            Responses to Plaintiff's

24                            First Set of Interrogatories

25                            Related to Venue (1-12)
```

Page 4

ATTORNEYS EYES ONLY

```
 1                  THURSDAY, SEPTEMBER 5, 2024, 2:00 P.M.

 2

 3                  THE VIDEOGRAPHER:  We are now on the

 4       record.  The time is 2:00 p.m. Pacific Daylight Time    02:00:10

 5       on September 5th, 2024.                                 02:00:14

 6                  This deposition is being conducted           02:00:17

 7       virtually.  Please silence all phones and PC            02:00:18

 8       notifications as this can interfere with the            02:00:22

 9       deposition audio.                                       02:00:25

10                  Audio and video recording will continue to   02:00:27

11       take place unless all parties agree to go off the       02:00:29

12       record.                                                 02:00:32

13                  This is Media Unit One of the                02:00:33

14       video-recorded deposition of Mats Lanner taken by       02:00:36

15       counsel for the plaintiff in the matter of VirtaMove    02:00:40

16       Corporation versus Amazon.com, Incorporated, et al.,    02:00:43

17       filed in the United States District Court for the       02:00:49

18       Western District of Texas.  The case number is          02:00:52

19       7:24-CV-00030-DC-DTG.                                   02:00:56

20                  The court reporter is Linda Nickerson from    02:01:07

21       Veritext.  The videographer is Ron Lazo from            02:01:09

22       Veritext.                                               02:01:12

23                  Counsel, please state your appearances and    02:01:13

24       affiliations for the record beginning with the          02:01:15

25       noticing attorney.                                      02:01:18
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. TONG:  This is Peter Tong on behalf of | 02:01:19 |
| 2 | the Plaintiff VirtaMove Corporation from Russ, | 02:01:22 |
| 3 | August & Kabat. | 02:01:25 |
| 4 | MR. YOUNG:  This is Logan Young from | 02:01:27 |
| 5 | Knobbe, Martens, Olson & Bear on behalf of | 02:01:30 |
| 6 | defendants and the witness.  With me is Jeremy | 02:01:32 |
| 7 | Anapol, also from Knobbe Martens. | 02:01:36 |
| 8 | THE VIDEOGRAPHER:  Will the court reporter | 02:01:38 |
| 9 | please swear in the witness. | 02:01:41 |
| 10 | | |
| 11 | MATS LANNER, | |
| 12 | having been first duly sworn, was | |
| 13 | examined and testified as follows: | |
| 14 | | 02:01:55 |
| 15 | THE VIDEOGRAPHER:  Please begin, Counsel. | 02:01:55 |
| 16 | | |
| 17 | EXAMINATION | |
| 18 | BY MR. TONG: | |
| 19 | Q    All right.  Thank you.  Mr. Lanner, did I | 02:01:57 |
| 20 | get that pronunciation right? | 02:01:59 |
| 21 | A    Sure. | 02:02:04 |
| 22 | Q    Have you ever been deposed before? | 02:02:04 |
| 23 | A    No. | 02:02:06 |
| 24 | Q    So this is your first deposition? | 02:02:06 |
| 25 | A    It is indeed. | 02:02:12 |

Page 6

ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | Q    Okay.  Well, I'll go through a few ground | | 02:02:13 |
| 2 | rules with you then. | | 02:02:15 |
| 3 |      So during this deposition, I'm going to ask | | 02:02:16 |
| 4 | you a series of questions, and you must answer them | | 02:02:19 |
| 5 | truthfully under the penalty of perjury. | | 02:02:22 |
| 6 |      Do you understand that? | | 02:02:26 |
| 7 | A    I do. | | 02:02:27 |
| 8 | Q    Your attorney may object from time to time, | | 02:02:28 |
| 9 | but you will still be obligated to answer the | | 02:02:32 |
| 10 | question unless he directly tells you not to answer. | | 02:02:34 |
| 11 |      Do you understand that? | | 02:02:39 |
| 12 | A    I do. | | 02:02:40 |
| 13 | Q    So there's no judge here today, but this is | | 02:02:41 |
| 14 | a formal proceeding just like testifying in court, | | 02:02:44 |
| 15 | and you're under the same obligation to tell the | | 02:02:48 |
| 16 | truth, the whole truth, and nothing but the truth. | | 02:02:50 |
| 17 |      Do you understand that? | | 02:02:52 |
| 18 | A    I do. | | 02:02:56 |
| 19 | Q    If for any reason you do not understand one | | 02:02:57 |
| 20 | of my questions or if you think it is ambiguous, you | | 02:03:00 |
| 21 | should feel free to say so and I will rephrase | | 02:03:03 |
| 22 | that -- the question. | | 02:03:07 |
| 23 |      Is that fair? | | 02:03:07 |
| 24 | A    That sounds good. | | 02:03:08 |
| 25 | Q    Okay.  Before this transcript is going to | | 02:03:09 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | employees in Santa Clara and San Francisco. | 02:30:05 |
| 2 | A    There are a small number of affiliated | 02:30:07 |
| 3 | people working on Fargate from a marketing | 02:30:14 |
| 4 | perspective in the Bay Area. | 02:30:16 |
| 5 | Q    Do you have an estimate of that small | 02:30:21 |
| 6 | number? | 02:30:23 |
| 7 | MR. YOUNG:  Objection; calls for | 02:30:24 |
| 8 | speculation. | 02:30:25 |
| 9 | THE WITNESS:  I believe it's two. | 02:30:25 |
| 10 | BY MR. TONG: | 02:30:30 |
| 11 | Q    Do any AWS employees work in Texas? | 02:30:30 |
| 12 | A    Well, I know we have AWS offices in Texas, | 02:30:47 |
| 13 | so yes. | 02:30:53 |
| 14 | Q    In terms of a head count of the employees | 02:30:56 |
| 15 | at those AWS offices, do you have an estimate? | 02:31:03 |
| 16 | MR. YOUNG:  Objection -- | 02:31:12 |
| 17 | THE REPORTER:  I'm sorry.  What was the | 02:31:12 |
| 18 | objection? | 02:31:13 |
| 19 | MR. YOUNG:  Calls for speculation. | 02:31:13 |
| 20 | THE REPORTER:  I didn't get an answer. | 02:31:21 |
| 21 | THE WITNESS:  Sorry.  I do not. | 02:31:23 |
| 22 | BY MR. TONG: | 02:31:24 |
| 23 | Q    Did you perform any investigation into the | 02:31:24 |
| 24 | quantity of employees of AWS who work in Texas? | 02:31:40 |
| 25 | MR. YOUNG:  Objection; privileged. | 02:31:45 |

Page 25

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | can take up later. | 02:50:36 |
| 2 | Q    If we could turn to -- staying with | 02:50:38 |
| 3 | paragraph 8 of your declaration, it says, "These | 02:51:09 |
| 4 | engineers have worked on ancillary features of ECS | 02:51:13 |
| 5 | such as the front-end" -- "front-end interface that | 02:51:19 |
| 6 | handles user authentication." | 02:51:22 |
| 7 | Is that the only thing that these engineers | 02:51:25 |
| 8 | worked on? | 02:51:28 |
| 9 | A    They also worked on one additional project | 02:51:28 |
| 10 | that we launched last year. | 02:51:34 |
| 11 | Q    What was that project? | 02:51:36 |
| 12 | A    The ability to provision EBS volumes for an | 02:51:38 |
| 13 | ECS task. | 02:51:45 |
| 14 | Q    EBS volumes, was that echo, beta, sierra? | 02:51:46 |
| 15 | A    Correct. | 02:51:51 |
| 16 | Q    What are EBS volumes? | 02:51:54 |
| 17 | A    EBS stands for Elastic Block Store.  It's a | 02:51:57 |
| 18 | service AWS provides.  It's effectively a hard drive | 02:52:02 |
| 19 | in the cloud. | 02:52:06 |
| 20 | Q    Is there anything else that these engineers | 02:52:06 |
| 21 | worked on? | 02:52:14 |
| 22 | MR. YOUNG:  Objection; calls for | 02:52:17 |
| 23 | speculation. | 02:52:18 |
| 24 | THE WITNESS:  They would have done on-call | 02:52:18 |
| 25 | duties and the like, but in terms of projects that | 02:52:27 |

Page 35

| | | |
|---|---|---|
| 1 | we tracked, these were the two ones. | 02:52:29 |
| 2 | BY MR. TONG: | 02:52:31 |
| 3 | Q     And how do you know that these were the | 02:52:31 |
| 4 | only two projects that were tracked? | 02:52:36 |
| 5 | A     That's the information I got from Ellen. | 02:52:40 |
| 6 | Q     In paragraph 9 of your declaration, can you | 02:52:44 |
| 7 | turn to that and let me know when you're there. | 02:52:58 |
| 8 | A     Yep. | 02:53:04 |
| 9 | Q     About midway through the paragraph, it | 02:53:04 |
| 10 | says, "I understand from colleagues at Amazon that | 02:53:08 |
| 11 | WorkDocs is hosted in Oregon and the wiki is hosted | 02:53:12 |
| 12 | in Oregon and Northern Virginia." | 02:53:16 |
| 13 | Do you see that? | 02:53:22 |
| 14 | A     I do. | 02:53:22 |
| 15 | Q     Which colleagues informed your | 02:53:25 |
| 16 | understanding of that? | 02:53:27 |
| 17 | A     I don't remember their name off the top of | 02:53:28 |
| 18 | my head to be honest. | 02:53:35 |
| 19 | Q     What were their roles at Amazon? | 02:53:48 |
| 20 | A     I honestly don't remember. | 02:53:50 |
| 21 | Q     What do you remember from your discussion | 02:54:04 |
| 22 | with the colleagues who informed you of the location | 02:54:08 |
| 23 | of WorkDocs and the wiki? | 02:54:11 |
| 24 | A     The wiki is just general knowledge within | 02:54:13 |
| 25 | Amazon that we have it hosted in two regions. | 02:54:21 |

Page 36

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | WorkDocs, it could have been any number of | 02:54:25 |
| 2 | conversations, including possibly the AWS ops | 02:54:31 |
| 3 | meeting. | 02:54:35 |
| 4 | Q    What is an AWS ops meeting? | 02:54:36 |
| 5 | A    Every week we review operations of services | 02:54:43 |
| 6 | across AWS.  Every week distinct AWS service | 02:54:47 |
| 7 | presents how they operate. | 02:54:54 |
| 8 | Q    If we could turn to paragraph 11 of your | 02:54:55 |
| 9 | declaration. | 02:55:06 |
| 10 | A    Yep. | 02:55:09 |
| 11 | Q    It says, "I understand from my colleagues | 02:55:09 |
| 12 | at AWS that two members of the marketing team | 02:55:11 |
| 13 | responsible for ECS work in the San Francisco Bay | 02:55:15 |
| 14 | Area and one works in Seattle." | 02:55:18 |
| 15 | Do you see that? | 02:55:21 |
| 16 | A    I do. | 02:55:22 |
| 17 | Q    Which colleagues informed your | 02:55:24 |
| 18 | understanding of this sentence in your declaration? | 02:55:27 |
| 19 | A    That would be the persons themselves. | 02:55:30 |
| 20 | Q    So you spoke with two members of the | 02:55:35 |
| 21 | marketing team in the San Francisco Bay Area? | 02:55:46 |
| 22 | A    Yes, we have meetings.  We do small talk | 02:55:51 |
| 23 | and, hey, where are you based. | 02:55:57 |
| 24 | Q    Okay.  And you personally spoke with one of | 02:56:00 |
| 25 | them who works in Seattle? | 02:56:04 |

Page 37

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A     Yes. | 02:56:05 |
| 2 | Q     What's the name of the person you spoke | 02:56:07 |
| 3 | with who works in Seattle? | 02:56:11 |
| 4 | A     Names are not my strong forte.  I would | 02:56:13 |
| 5 | have to go look that up from meeting notes. | 02:56:20 |
| 6 | Q     Okay.  Do you have the names of the two | 02:56:22 |
| 7 | colleagues who work in the San Francisco Bay Area as | 02:56:27 |
| 8 | part of the marketing team responsible for ECS work? | 02:56:31 |
| 9 | A     No, I would need to go look in my meeting | 02:56:34 |
| 10 | notes for that. | 02:56:39 |
| 11 | Q     Okay.  How did these conversations come | 02:56:40 |
| 12 | about?  Like, why -- and by that, I mean like why | 02:56:49 |
| 13 | did you pick these people to talk to? | 02:56:52 |
| 14 | A     It wasn't that I picked a specific to talk | 02:56:53 |
| 15 | about.  When I do things for ECS, I talk to our | 02:57:01 |
| 16 | marketing folks.  So we have lots of meetings about | 02:57:06 |
| 17 | things we're doing.  So it's small talk. | 02:57:09 |
| 18 | Q     Okay.  So this was not part of -- strike | 02:57:14 |
| 19 | that. | 02:57:21 |
| 20 | So your discussions with these colleagues | 02:57:22 |
| 21 | from the marketing team, it would be accurate to say | 02:57:26 |
| 22 | that these discussions were not a part of some | 02:57:31 |
| 23 | effort to investigate relevant marketing team | 02:57:34 |
| 24 | members and their locations for the purpose of a | 02:57:40 |
| 25 | transfer motion, correct? | 02:57:43 |

Page 38

| | | |
|---|---|---|
| 1 | MR. YOUNG:  Objection; privileged and it | 02:57:45 |
| 2 | also calls for a legal conclusion, so relevance. | 02:57:47 |
| 3 | Mats, you can answer to the extent it's not | 02:57:50 |
| 4 | revealing communications with counsel. | 02:57:53 |
| 5 | THE WITNESS:  Well, like I said, it was | 02:58:01 |
| 6 | just general small talk. | 02:58:05 |
| 7 | BY MR. TONG: | 02:58:06 |
| 8 | Q    When did these talks happen? | 02:58:06 |
| 9 | A    It would have been between March and | 02:58:11 |
| 10 | August.  I don't remember my calendar to that level | 02:58:19 |
| 11 | of detail. | 02:58:22 |
| 12 | Q    March of 2024 and August of what year? | 02:58:24 |
| 13 | A    August of 2024. | 02:58:28 |
| 14 | Q    So if we turn to the bottom, it looks like | 02:58:30 |
| 15 | you signed this on the 29th day of May. | 02:58:43 |
| 16 | Do you see that? | 02:58:47 |
| 17 | A    I do. | 02:58:51 |
| 18 | Q    So this conversation would have actually | 02:58:52 |
| 19 | taken place between March and May? | 02:58:54 |
| 20 | A    That would seem to be reasonable. | 02:58:59 |
| 21 | Q    Did you make any effort to talk to -- to | 02:59:02 |
| 22 | find members of the AWS marketing team responsible | 02:59:12 |
| 23 | for ECS work elsewhere? | 02:59:16 |
| 24 | MR. YOUNG:  Objection; privileged. | 02:59:19 |
| 25 | Again, Mats, you can answer without | 02:59:20 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS EYES ONLY

```
1     revealing communications with counsel.            02:59:22

2            THE WITNESS:  I've only met them through    02:59:24

3     unrelated meetings.  So that's how I know that they 02:59:30

4     exist.                                             02:59:34

5     BY MR. TONG:                                       02:59:40

6         Q    Did you make any effort to do a          02:59:40

7     comprehensive search of all members of the AWS     02:59:44

8     marketing team responsible for ECS work?           02:59:49

9         A    It's a very small team.  So I've met      02:59:52

10    everyone on it.                                    03:00:03

11        Q    How big is that team?                     03:00:04

12        A    It is literally the three people we talked 03:00:05

13    about here.                                        03:00:07

14        Q    And there's no one else on the team?      03:00:10

15        A    No, I mean there are supporting people, but 03:00:12

16    these are the three people that are responsible for 03:00:21

17    ECS.                                               03:00:23

18        Q    To be clear, these are the only three     03:00:25

19    people that are responsible for ECS marketing?     03:00:29

20        A    Correct.                                  03:00:31

21           MR. TONG:  We can set this document aside   03:00:44

22    for now.                                           03:00:46

23           I'm going to share the next exhibit --      03:00:52

24           MR. YOUNG:  Peter, I think now would be a   03:01:05

25    good time.  We've been going about an hour.        03:01:08
```

Page 40

ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | That is correct. | 03:11:42 |
| 2 | | THE REPORTER:  Thank you. | 03:11:44 |
| 3 | BY MR. TONG: | | 03:11:46 |
| 4 | Q | Is there a sales or marketing team who is | 03:11:46 |
| 5 | involved in the sales operations or marketing of | | 03:12:00 |
| 6 | ECS? | | 03:12:02 |
| 7 | A | Yes. | 03:12:02 |
| 8 | Q | Is there a name? | 03:12:05 |
| 9 | A | Well, there's a sales org.  There's a sales | 03:12:16 |
| 10 | support organization, and there's a marketing | | 03:12:21 |
| 11 | organization.  I don't know their formal names.  We | | 03:12:24 |
| 12 | refer to them by abbreviations. | | 03:12:29 |
| 13 | Q | What are the abbreviations? | 03:12:35 |
| 14 | A | So WWSO is the sales support org. | 03:12:37 |
| 15 | Q | Do you know how many people are included in | 03:12:49 |
| 16 | WWSO? | | 03:12:51 |
| 17 | A | I know that there are three people there | 03:12:53 |
| 18 | that I work with at ECS. | | 03:12:55 |
| 19 | Q | And were those the people identified in | 03:12:57 |
| 20 | paragraph 11 of your declaration? | | 03:13:03 |
| 21 | A | No, those are the marketing folks. | 03:13:06 |
| 22 | Q | Is there an abbreviation for the marketing | 03:13:19 |
| 23 | team? | | 03:13:26 |
| 24 | A | Not that I know of.  I just refer to them | 03:13:28 |
| 25 | as the sales team and the marketing team. | | 03:13:32 |

Page 44

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    And the marketing team is the team that you | 03:13:36 |
| 2 | identified in paragraph 11 of your declaration, | 03:13:41 |
| 3 | correct? | 03:13:43 |
| 4 | A    Yes. | 03:13:43 |
| 5 | Q    The three people in the WWSO team, where | 03:13:44 |
| 6 | are they located? | 03:13:57 |
| 7 | A    Two are in San Francisco.  I do not know | 03:13:58 |
| 8 | where the third one is located. | 03:14:08 |
| 9 | Q    Within the ECS team, are there different | 03:14:25 |
| 10 | teams that work on -- well, let me ask you this. | 03:14:30 |
| 11 | Is there a separate team that works on | 03:14:36 |
| 12 | Fargate from the team that works on ECS? | 03:14:39 |
| 13 | A    Yes, there is an ECS engineering org and | 03:14:44 |
| 14 | there is a Fargate engineering org. | 03:14:46 |
| 15 | Q    Is there a name that you use to refer to | 03:14:51 |
| 16 | the Fargate engineering org? | 03:14:56 |
| 17 | A    The Fargate team. | 03:15:00 |
| 18 | Q    And about how big is the Fargate team? | 03:15:04 |
| 19 | A    Approximately 80, I believe. | 03:15:09 |
| 20 | Q    And we may have covered this earlier, but | 03:15:12 |
| 21 | is the EC2 team separate from the ECS team? | 03:15:21 |
| 22 | A    Yes. | 03:15:27 |
| 23 | Q    About how big is the EC2 team? | 03:15:28 |
| 24 | A    I do not know. | 03:15:31 |
| 25 | Q    And is the -- is there an ECS anywhere | 03:15:39 |

Page 45

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | will be able to give more information on those if | 03:55:12 |
| 2 | you want to ask those questions again. | 03:55:15 |
| 3 | MR. TONG:  Okay. | 03:55:18 |
| 4 | Q    Aside from your discussions with counsel, | 03:55:29 |
| 5 | what did you do to investigate the ECS topics 1 | 03:55:33 |
| 6 | through 5 that you're designated on? | 03:55:38 |
| 7 | MR. YOUNG:  Objection; privilege. | 03:55:41 |
| 8 | Mats, you can answer to the extent you | 03:55:42 |
| 9 | don't discuss conversations with counsel. | 03:55:44 |
| 10 | THE WITNESS:  As mentioned before, I talked | 03:55:49 |
| 11 | to Ellen Sue, one of my directs. | 03:55:51 |
| 12 | BY MR. TONG: | 03:55:57 |
| 13 | Q    Anything else besides talking to Ellen Sue? | 03:55:57 |
| 14 | A    No specific actions. | 03:56:02 |
| 15 | Q    Topic number 5 is the extent to which | 03:56:06 |
| 16 | defendants used container software developed by | 03:56:10 |
| 17 | Docker, Inc. | |
| 18 | Does ECS incorporate any code developed by | 03:56:18 |
| 19 | Docker, Inc.? | 03:56:22 |
| 20 | MR. YOUNG:  Objection; vague. | 03:56:23 |
| 21 | THE WITNESS:  Could you describe a little | 03:56:27 |
| 22 | bit more what you mean by using Docker? | 03:56:29 |
| 23 | BY MR. TONG: | 03:56:36 |
| 24 | Q    Is there any code that was written by | 03:56:36 |
| 25 | Docker, Inc., that is part of the ECS code? | 03:56:38 |

Page 64

```
 1        A     From a pure technical perspective, no.  If          03:56:50

 2   it's part of ECS, ECS in some cases uses Docker as a           03:56:55

 3   binary.                                                        03:56:59

 4        Q     Is there a particular set of code used as           03:57:08

 5   the binary from Docker?                                        03:57:12

 6        A     AWS downloads the Docker source code, and           03:57:16

 7   we build it on our own, but it's used by us to                 03:57:26

 8   compile binary.                                                03:57:29

 9        Q     Where does AWS download the Docker source           03:57:35

10   code from?                                                     03:57:39

11             MR. YOUNG:  Objection; assumes facts.                03:57:41

12             THE WITNESS:  To the best of my knowledge,           03:57:43

13   the Docker software is available on GitHub.                    03:57:47

14             MR. ANAPOL:  And, Peter, I can represent to          03:57:55

15   you that we're going to produce the source code for           03:57:57

16   the relevant Docker and Container D versions which            03:57:59

17   are Version 25 of Docker and Container D, Version             03:58:02

18   1.7.                                                           03:58:08

19             MR. TONG:  Okay.  Thanks.                            03:58:09

20        Q     Do you know which versions of Docker                03:58:11

21   software have been downloaded by AWS from GitHub?             03:58:16

22        A     I know recent versions.  I don't know all          03:58:21

23   the versions.                                                  03:58:26

24        Q     What recent versions?                               03:58:30

25        A     25, 20, and 18, I believe.                          03:58:32
```

Page 65

ATTORNEYS EYES ONLY

```
 1         Q    After AWS downloads these versions from      03:58:46

 2     Docker, does AWS modify the source code before        03:58:52

 3     compiling them into binaries?                          03:58:56

 4         A    Not that I'm aware of.                        03:58:58

 5         Q    Who on the ECS team would be responsible     03:59:03

 6     for downloading the source code from Docker and       03:59:15

 7     compiling them into binaries?                          03:59:20

 8         A    It's not done by the ECS team.  It's done    03:59:21

 9     by the AWS container runtime team.                     03:59:29

10              THE REPORTER:  I'm sorry.  It's done by the

11     what?

12              THE WITNESS:  The AWS container runtime

13     team.

14     BY MR. TONG:                                           03:59:33

15         Q    How big is the AWS container runtime team?   03:59:33

16         A    I don't know exactly.  Approximately ten.    03:59:43

17         Q    Do you know who is on the AWS container      03:59:50

18     runtime team?                                          03:59:53

19         A    I know the senior software development       03:59:55

20     manager owns that area.  I don't know the names of    03:59:59

21     the people on the team directly.                       04:00:01

22         Q    What's the name of the senior software      04:00:03

23     development manager that owns that area?               04:00:09

24         A    His name is Neelendra.  Don't ask me to      04:00:12

25     spell his last name.  I'm going to have to look it    04:00:18
```

Page 66

```
 1        STATE OF CALIFORNIA    )

 2                               )  ss

 3        COUNTY OF ORANGE       )

 4               I, LINDA NICKERSON, CSR #8746, in and for

 5        the State of California do hereby certify:

 6               That, prior to being examined, the witness

 7        named in the foregoing deposition was by me duly

 8        sworn to testify the truth, the whole truth, and

 9        nothing but the truth;

10               That said deposition was taken down by me in

11        shorthand at the time and place therein named, and

12        thereafter reduced to typewritten form at my

13        direction, and the same is a true, correct, and

14        complete transcript of the testimony at said

15        proceedings.

16               Before completion of the deposition, review

17        of transcript [X] was [ ] was not requested.  If

18        requested, any changes made by the deponent (and

19        provided to the reporter) during the period allowed

20        are appended hereto.

21               I further certify that I am not interested

22        in the event of the action.

23        WITNESS MY HAND this 11th day of September, 2024.

24
                    Londa Nickeson

25             LINDA NICKERSON, CSR No. 8746
```

Page 72

1    Jeremy A. Anapol, Esq.

2    jeremy.anapol@knobbe.com

3                                    September 11, 2024

4    RE: Virtamove, Corp. v. AMAZON.COM, Inc.

5    9/5/2024, 30(b)(6) Mats Lanner (Job No. 6898113)

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20       Contact Veritext when the sealed original is required.

21   __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24   __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS EYES ONLY

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  74

ATTORNEYS EYES ONLY

1  Virtamove, Corp. v. AMAZON.COM, Inc.

2  30(b)(6) Mats Lanner (Job No. 6898113)

3         E R R A T A   S H E E T

4  PAGE__13__ LINE__9-10__ CHANGE_____

5    "these two instances" to "EC2 instances"

6  REASON___transcription error

7  PAGE__13__ LINE__4__ CHANGE_____

8    "the service" to "a service"

9  REASON__to conform to the facts

10  PAGE__13__ LINE__16__ CHANGE_____

11    "reviewed" to "reviewing"

12  REASON__to conform to the facts

13  PAGE__22__ LINE__7__ CHANGE_____

14    "surrounds" to "supports"

15  REASON__to conform to the facts

16  PAGE__37__ LINE__6__ CHANGE_____

17    "distinct" to "a different"

18  REASON___to conform to the facts

19  PAGE__43__ LINE__19__ CHANGE_____

20    "routes" to "runs"

21  REASON__to conform to the facts

22

23  _____      9/29/24

24  (30(b)(6) Mats Lanner)                   Date

25

Page 75

ATTORNEYS EYES ONLY

1  Virtamove, Corp. v. AMAZON.COM, Inc.

2  30(b)(6) Mats Lanner (Job No. 6898113)

3                E R R A T A   S H E E T

4  PAGE_65__ LINE_16__ CHANGE_____

5  ___"container D" to "containerd"_____

6  REASON_ to conform to the facts_____

7  PAGE_65__ LINE_17__ CHANGE_____

8  ___"container D" to "containerd"_____

9  REASON_ to conform to the facts_____

10  PAGE_9____ LINE_21&22 CHANGE_____

11  _____"Ellen Sue" to "Ellen Hsu"_____

12  REASON_ conform to the facts_____

13  PAGE_34__ LINE_13__ CHANGE_____

14  _____"Ellen Sue" to "Ellen Hsu"_____

15  REASON_ to conform to the facts_____

16  PAGE_64__ LINE_11__ CHANGE_____

17  ___"Ellen Sue" to "Ellen Hsu"_____

18  REASON_ to conform to the facts_____

19  PAGE_64__ LINE_13__ CHANGE_____

20  _____"Ellen Sue" to "Ellen Hsu"_____

21  REASON_ to conform to the facts_____

22

23  _____   9/29/24
                                _____

24  (30(b)(6) Mats Lanner)            Date

25

Page 76