# EXHIBIT 9

# Logan Young

| | |
|---|---|
| **From:** | Peter Tong <ptong@raklaw.com> |
| **Sent:** | Tuesday, October 22, 2024 2:37 PM |
| **To:** | Jeremy Anapol; Amazon-VirtaMove |
| **Cc:** | rak_virtamove@raklaw.com |
| **Subject:** | Confidential: VirtaMove v. Amazon - Colford |

Hi Jeremy,

VirtaMove is writing to inform you that, due to personal events affecting Mr. Colford, VirtaMove no longer intends to rely on him at trial at this time.

We expect Amazon to inform the Court of this development in its Transfer Reply, otherwise, VirtaMove will file a supplemental notice.

**Peter Tong**
**Russ, August & Kabat**
4925 Greenville Avenue, Suite 200 | Dallas, Texas 75206
Main +1 310 826 7474 | ptong@raklaw.com | www.raklaw.com