UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP,<br><br>      Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, and<br>AMAZON WEB SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 7:24-cv-30-ADA-DTG |

**DECLARATION OF JEREMY A. ANAPOL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO VIRTAMOVE'S PARTIAL MOTION TO DISMISS**

I, Jeremy A. Anapol, declare and state as follows:

1.  I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP. I am counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (collectively, "Amazon") in this action and I appear *pro hac vice*. I make this declaration based on my personal knowledge except where otherwise specified. I have added highlighting to some exhibits listed below to make cited information easier to find.

2.  Attached hereto as Exhibit A is a true and correct copy of the "Sign up for AWS" web page showing that users are required to read and accept the AWS Customer Agreement when they sign up.

3.  Attached hereto as Exhibit B is a true and correct copy of the "Sign up for AWS" web page showing that users indicate their acceptance of the AWS Customer Agreement by clicking a checkbox confirming that they "have read and agree to" its terms.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of a Rule 30(b)(6) deposition of VirtaMove's corporate designee, Susan Cameron.

5.  Attached hereto as Exhibit D is a true and correct copy of a page from VirtaMove's web site. I retrieved this page from https://virtamove.com/partners/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2024 at Irvine, California.

/s/ Jeremy A. Anapol

-1-

November 7, 2024                                      Respectfully submitted,


*Of Counsel:*                                         By: */s/ Jeremy A. Anapol*

Harper Estes                                          Joseph R. Re *(Pro Hac Vice)*
Texas Bar No.  00000083                               Jeremy A. Anapol *(Pro Hac Vice)*
hestes@lcalawfirm.com                                 KNOBBE MARTENS OLSON & BEAR LLP
LYNCH, CHAPPELL & ALSUP                               2040 Main Street, 14th Floor
A Professional Corporation                            Irvine, CA 92614
Suite 700                                             Telephone: 949-760-0404
300 N. Marienfeld,                                    Facsimile:  949-760-9502
Midland, Texas 79701                                  joe.re@knobbe.com
Telephone: 432-683-3351                               jeremy.anapol@knobbe.com
Telecopier: 432-683-2587

                                                      Colin B. Heidman *(Pro Hac Vice)*
                                                      Christie R.W. Matthaei *(Pro Hac Vice)*
                                                      Logan P. Young *(Pro Hac Vice)*
                                                      KNOBBE MARTENS OLSON & BEAR LLP
                                                      925 4th Ave, Ste 2500
                                                      Seattle, WA 98104
                                                      Telephone: 206-405-2000
                                                      Facsimile:  206-405-2001
                                                      colin.heideman@knobbe.com
                                                      christie.matthaei@knobbe.com
                                                      logan.young@knobbe.com

                                                      *Counsel for Defendants*
                                                      *Amazon.com, Inc.,*
                                                      *Amazon.com Services, LLC*
                                                      *and Amazon Web Services, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

<u>/s/ *Jeremy A. Anapol*</u>
Jeremy A. Anapol
