# EXHIBIT A

Language

English ▼



# Sign up for AWS

## Contact Information

How do you plan to use AWS?

● Business - for your work, school, or organization

○ Personal - for your own projects

Who should we contact about this account?

## Free Tier offers

All AWS accounts can explore 3 different types of free offers, depending on the product used.



**Always free**

Never expires



**12 months free**

Start from initial sign-up date



**Trials**

Start from service activation date

**Full Name**

[                          ]

**Organization name**

[                          ]

| Country Code | Phone Number |
|---|---|
| 🇺🇸 +1 ▼ | 222-333-4444 |

**Country or Region**

[ United States ▼ ]

**Address line 1**

[                          ]

**Address line 2**

[ Apartment, suite, unit, building, floor, etc. ]

**City**

[                          ]

State, Province, or Region

Postal Code

☐ I have read and agree to the terms of the AWS Customer Agreement [↗].

⊗ You must agree to the AWS Customer Agreement.

**Continue (step 2 of 5)**



Privacy Policy [↗]   |   Terms of Use [↗]   |   Cookie Preferences   |   Sign Out

Amazon Web Services, Inc. or its affiliates. All rights reserved.