# EXHIBIT B

Language

English ▼



# Sign up for AWS

## Contact Information

How do you plan to use AWS?

● Business - for your work, school, or organization

○ Personal - for your own projects

Who should we contact about this account?

**Full Name**

**Organization name**

**Country Code**  **Phone Number**

🇺🇸 +1 ▼    222-333-4444

**Country or Region**

United States ▼

**Address line 1**

**Address line 2**

Apartment, suite, unit, building, floor, etc.

**City**

## Free Tier offers

All AWS accounts can explore 3 different types of free offers, depending on the product used.

 **Always free**
Never expires

 **12 months free**
Start from initial sign-up date

 **Trials**
Start from service activation date

State, Province, or Region

Postal Code

☑ I have read and agree to the terms of the
AWS Customer Agreement ↗.

**Continue (step 2 of 5)**



Privacy Policy ↗   |   Terms of Use ↗   |   Cookie Preferences   |   Sign Out

Amazon Web Services, Inc. or its affiliates. All rights reserved.