# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

_____

VIRTAMOVE, CORP.,                    )

        Plaintiff,                    )

                      )   Case Number:

  V.                                 )   7:24-CV-00030

                      )

AMAZON.COM, INC.; AMAZON.COM  )

SERVICES LLC; and AMAZON WEB  )

SERVICES, INC.,                     )

        Defendants.                   )

_____)

30(b)(6) DEPOSITION OF SUSAN CAMERON

ON BEHALF OF VIRTAMOVE, CORP.

August 27, 2024

11:02 a.m. Eastern Daylight Time

Reported by:  Lori J. Goodin, RPR, CRR, RSA,

California CSR #13959

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 8

1    answer the question before we take the break.

2              Is there any reason why you cannot

3    provide complete and accurate testimony today?

4         A.    No.

5         Q.    And could you please state your full

6    name for the record?

7         A.    Susan Cameron.

8         Q.    Any middle name, or no?

9         A.    Yes.  Hedwig.

10        Q.    Hedwig, okay.

11             And where do you live?  Just the

12   city.  I don't need your address, but just where

13   you reside.

14        A.    Sure.  Ottawa, Ontario.

15        Q.    Okay.  And is that where you are

16   today?

17        A.    Yes.

18        Q.    And are you in an office or are you

19   at home?

20        A.    I am in an office.

21        Q.    And is that VirtaMove's office?

22        A.    I am at the space that VirtaMove

Page 9

1    leases, yes.

2          Q.    Okay.   And, VirtaMove here is

3    VirtaMove, Corporation, which is a Canadian

4    corporation, right?

5          A.    Yes.

6          Q.    And there is also a VirtaMove, Inc.

7    in the United States; is that true?

8          A.    Correct.

9          Q.    And what is the relationship between

10   VirtaMove, Corp. in Canada and VirtaMove, Inc. in

11   the United States?

12         A.    VirtaMove, Corp. is the parent

13   company.  VirtaMove, Inc. in the U.S. is the

14   subsidiary.

15         Q.    And do you work for one of those

16   companies?

17         A.    Yes.

18         Q.    Which one?

19         A.    VirtaMove, Corp.

20         Q.    So, you have no employment

21   relationship with VirtaMove, Inc.?

22         A.    Correct.

Page 10

1          Q.    And how long have you worked at

2     VirtaMove, Corp.?

3          A.    12 years.

4          Q.    And just for the sake of clarity, if

5     I just say VirtaMove, I'm referring to VirtaMove,

6     Corp.

7                If I am talking about the other

8     entity, I will refer to it as VirtaMove, Inc. or

9     VirtaMove USA.  Do you understand that?

10         A.    Yes.

11         Q.    And when we are talking about

12    VirtaMove, Corp., I just want to clarify that

13    there was some predecessor companies.

14               Do you understand that?

15         A.    Yes.

16         Q.    And can you just explain for the

17    record the names of those predecessor companies?

18         A.    Yes.  Trigence Corp., AppZero,

19    AppZero Software, and VirtaMove.

20         Q.    Okay.  And so, if we are talking

21    about VirtaMove, but in a time frame where it had

22    a different name, we might be referring to

Page 11

```
 1    Trigence or AppZero, or AppZero Software.  Do you

 2    understand that?

 3         A.    Yes.

 4         Q.    And so when you say you have worked

 5    at VirtaMove for 12 years, you first started

 6    working at the company when it was operating

 7    under a different name, correct?

 8         A.    Correct.

 9         Q.    And what was it called when you

10    started working at VirtaMove?

11         A.    AppZero Software.

12         Q.    Okay.  Do you have an understanding

13    of why it went from being AppZero to AppZero

14    Software?

15         A.    Yes.

16         Q.    Can you explain that?

17         A.    My understanding is that the assets

18    of the company were sold and a new company was

19    rolled out.  The new company being called AppZero

20    Software.

21         Q.    Okay.  And what are your

22    responsibilities at VirtaMove?
```

Page 12

```
 1          A.    I am responsible for day-to-day

 2    accounting, human resources activities, various

 3    administration activities.

 4               I support the Board of Directors.

 5    Document storage and organization, and various

 6    other administrative functions.

 7          Q.    What kind of support do you provide

 8    for the Board of Directors?

 9          A.    I organize board meetings.  I assist

10    with creating regular board meeting

11    presentations.

12          Q.    Any other support you provide for

13    the Board of Directors?

14          A.    Perhaps in the past, travel

15    organization.

16          Q.    And what is your title at VirtaMove?

17          A.    Office Manager.

18          Q.    And has that been your title at --

19    during the entire duration of your employment

20    with VirtaMove?

21          A.    Largely, yes.

22          Q.    Have you held any other titles?
```

Page 99

1      answer.  I will give you a chance to

2      rephrase.

3                  THE WITNESS:  I won't answer that

4      question.

5   BY MR. ANAPOL:

6         Q.    Does VirtaMove have any attorneys

7   other than Russ, August & Kabat that represent

8   them in this case?

9         A.    No.

10        Q.    When did VirtaMove retain Russ,

11  August & Kabat?

12                  MR. TONG:  Objection, vague.  You

13      can provide a month and year only, if you

14      understand the question.

15                  THE WITNESS:  I believe it was

16      August of 2023.

17  BY MR. ANAPOL:

18        Q.    And in those communications you

19  mentioned with Lumenci, did Randy Taylor

20  participate in those communications?

21                  MR. TONG:  Objection, foundation.

22      Vague.  Calls for privileged information.

Page 100

1          Instruct the witness not to answer.

2                    THE WITNESS:  I won't answer the

3          question.

4     BY MR. ANAPOL:

5          Q.    When did Randy Taylor begin working

6     at VirtaMove?

7          A.    I don't know.  Before I joined.  He

8     was certainly counsel for AppZero Software at the

9     time.

10         Q.    And, is Mr. Taylor an employee of

11    VirtaMove?

12         A.    No.  He is a retained counsel.

13         Q.    So, he is retained to provide

14    counsel to VirtaMove.  Is that what you said?

15         A.    Correct.

16         Q.    So, he is an outside attorney?

17         A.    Correct.

18         Q.    And does Mr. Taylor represent

19    VirtaMove in connection with litigation?

20                    MR. TONG:  Objection.  Privileged.

21         Instruct the witness not to answer.

22                    THE WITNESS:  I won't answer that.

Page 117

1        A.     Yes.

2        Q.     Did you do any broader searches in

3   Greg O'Connor's Google Vault e-mails for AWS?

4        A.     I could have put just AWS

5   agreements.  But, outside of that, I don't think

6   so.

7        Q.     Okay.  Do you know somebody named

8   Mark Woodward?

9        A.     Yes.

10       Q.     And he was the Vice President of

11  Engineering at VirtaMove; is that correct?

12       A.     Yes.

13       Q.     During what time?

14       A.     Mark was with the company from 2006

15  until 2021.  He had various titles over the

16  years.

17       Q.     Aside from Vice President of

18  Engineering, what titles did he have?

19       A.     Software Developer, Director of

20  Engineering or something similar.  And then VP of

21  Engineering.

22       Q.     Do you know if Mark Woodward ever

Page 118

1    signed contracts on behalf of VirtaMove?

2          A.    He did from time to time.

3          Q.    And he was authorized to do that by

4    VirtaMove?

5          A.    Excuse me, he was authorized by

6    whom?

7          Q.    By VirtaMove?

8                MR. TONG:  Objection, vague.

9                THE WITNESS:  Yes.

10   BY MR. ANAPOL:

11         Q.    And, do you have any reason -- so,

12   strike that.

13               As part of your preparation to

14   testify today on behalf of VirtaMove, did you

15   investigate VirtaMove's agreements with Amazon?

16         A.    I did.

17         Q.    And do you have any reason to doubt

18   that Mark Woodward accepted the AWS Partner

19   Network terms on October 20, 2017?

20         A.    I have no reason to doubt that, no.

21         Q.    Have you personally accessed any AWS

22   services during your time at VirtaMove?

Page 119

1          A.     Yes.

2          Q.     What services?

3          A.     We used Amazon cloud services.  And

4    I accessed those cloud services for billings to

5    pay the invoices.  I believe a virtual machine

6    that I use on a regular basis is hosted by AWS.

7               Other than that, I'm not really

8    sure.  That is kind of an IT thing.

9          Q.     Okay.  And how much are those

10   invoices that you pay?  Like just a ballpark

11   amount.

12         A.     Roughly, somewhere around, I will

13   say 8,500 Canadian per month.

14         Q.     Okay.  And do you know what

15   VirtaMove is using those Amazon cloud services to

16   do?

17         A.     A little bit.  So, I know there is

18   some storage that we use the services for,

19   virtual machines.

20               That is the best I can do.

21         Q.     And you personally use one of those

22   virtual machines?

Page 120

1          A.     Yep.

2          Q.     And, have you heard of the AWS

3    Partner Network?

4          A.     Yes.

5          Q.     What do you know about the AWS

6    Partner Network?

7          A.     The name.

8          Q.     Did you sign up for an AWS Partner

9    Network account on behalf of VirtaMove in 2021?

10         A.     Yes.

11         Q.     Who told you to do that?

12         A.     So, I have to backtrack.

13                When you asked about communications

14    with AWS.

15                So, I had forgotten that there were

16    two employees at VirtaMove that did work on

17    Marketplace activities, again, in 2021.

18                And I was asked by, it may have been

19    Mark, to create the account.

20         Q.     And if it wasn't Mark Woodward, who

21    would it have been?

22         A.     It would have been Candace Holland.

Page 124

1          A.     Not that I can remember.

2          Q.     So, why did VirtaMove decide to make

3    its Application Migration and Modernization

4    solution available in the AWS Marketplace?

5          A.     I don't think I am the right person

6    to answer that question.

7          Q.     You don't know the answer?

8          A.     I don't know.

9          Q.     So, do you remember what prompted

10   you to register an AWS account for VirtaMove in

11   2021?

12         A.     I don't remember but I would have

13   been asked by one of my colleagues to create that

14   account.

15         Q.     And do you remember registering for

16   the AWS account in 2021?

17         A.     Vaguely.  I register for lots of

18   accounts.

19         Q.     And do you remember agreeing to the

20   AWS Customer Agreement in March of 2021?

21         A.     I don't remember that, no.

22         Q.     Do you doubt that you agreed to the

Page 125

1    AWS Customer Agreement in March of 2021?

2          A.    If it is a click through, where you

3    have to say I agree; is that what you are

4    referring to?

5          Q.    It would be something shown on the

6    website when you register.

7          A.    Right.

8                MR. TONG:   Objection, foundation.

9        There is not a pending question.

10               Could you ask a question?

11   BY MR. ANAPOL:

12         Q.    Do you doubt that you agreed to the

13   AWS customer agreement in March of 2021?

14         A.    I have no reason to doubt it.

15         Q.    Do you have e-mails from 2021

16   relating to your registration of VirtaMove's AWS

17   account?

18         A.    I imagine I received some

19   confirmations.

20         Q.    And is that an e-mail that you would

21   have kept?

22         A.    Probably.

Page 126

1          Q.    Did you search your e-mails for

2    e-mails from AWS relating to the creation of

3    VirtaMove's AWS account in 2021?

4          A.    No, I get a lot of e-mail from AWS.

5          Q.    Does anybody at VirtaMove, other

6    than you, know that VirtaMove has an AWS account?

7          A.    Has an AWS account?

8          Q.    Yes.

9          A.    What account do you mean?

10         Q.    Well, let's start with the account

11   that you registered.

12                Does anybody other than you, who

13   works at VirtaMove, know about the account you

14   registered on VirtaMove's behalf?

15         A.    Yes, I think so.

16         Q.    Who else?

17         A.    So, our IT manager would be aware of

18   that.

19         Q.    Who is that?

20         A.    Steven Antonie.

21         Q.    And where is Mr. Antonie located?

22         A.    He is located in Ottawa, Ontario.

Page 127

1          Q.      And is there anybody else at

2     VirtaMove who knows about the account that you

3     registered on VirtaMove's behalf?

4          A.      Possibly Cedric Burgins.

5          Q.      Who is that?

6          A.      He is our Director of Technology.

7          Q.      Anybody else?

8          A.      I don't think so.

9          Q.      Does Nigel Stokes know that

10    VirtaMove has an AWS account?

11         A.      Probably.

12         Q.      Has Nigel Stokes ever asked you to

13    cancel the AWS account?

14         A.      No, I don't think so.

15         Q.      Has anybody else at VirtaMove asked

16    you to cancel the AWS account?

17         A.      No, I don't think so.

18         Q.      Do you know who created VirtaMove's

19    listing for V-Maestro on the AWS Marketplace?

20         A.      No.

21         Q.      You mentioned earlier a

22    nondisclosure agreement with AWS.  Do you

Page 128

1    remember that?

2          A.    Yes.

3          Q.    Who executed that nondisclosure

4    agreement on VirtaMove's behalf?

5          A.    I don't have a copy of the, any

6    executed nondisclosure agreements from AWS.

7          Q.    In the e-mails that you saw about

8    the nondisclosure agreement, do you know who from

9    VirtaMove was involved?

10         A.    Yes.

11         Q.    Who was it?

12         A.    Giovanni Boschi.

13         Q.    And, what was Mr. Boschi's role at

14   VirtaMove?

15         A.    Chief Technical Officer.

16         Q.    And do you know what he was

17   discussing with AWS in connection with the NDA?

18         A.    No idea.

19         Q.    And what was the date of that NDA?

20         A.    Again, I don't have the NDA.  We do

21   not have an executed copy of the NDA, so I can't

22   tell you what date it is.

Page 129

1          Q.    Oh, I'm sorry.  What year was

2    Mr. Boschi communicating with Amazon about the

3    NDA?

4          A.    I would have to -- it is either 2013

5    or 2014.  I'm not sure which year.

6          Q.    Okay.  So that is the same time

7    period that Mr. O'Connor was having those regular

8    meetings with AWS, as far as you know?

9          A.    Yes.

10         Q.    All right.  Speaking of NDAs, are

11   you aware that VirtaMove executed several NDAs

12   with Sun Microsystems?

13         A.    Yes.

14         Q.    And did you find copies of those

15   NDAs in VirtaMove's files?

16         A.    Yes.

17         Q.    And, where in VirtaMove's files did

18   you find those?

19         A.    In storage, hard paper copy files.

20         Q.    And did those files belong to a

21   particular person or did you just have a general

22   contracts file?

Page 210

1    products from the Trigence era right through to

2    the VirtaMove, the V-Migrate era.

3              So, he would have worked on all of

4    the products.

5         Q.    Okay.  So, what about Craig

6    MacDonald?

7         A.    I believe he worked on Trigence's

8    product.

9              But, again, it is all an evolution

10   of the same product.  So, just to be clear.

11        Q.    Okay.  So, you mentioned earlier

12   some pre-suit contacts with AWS.  Do you remember

13   that?

14        A.    Uh-huh, yes.

15        Q.    Are you aware of any pre-suit

16   contacts with any other part of Amazon?

17        A.    Not to my knowledge.  I am not sure.

18        Q.    But, in preparing to testify on that

19   topic, you didn't come across any information

20   about contacts with other Amazon companies,

21   correct?

22        A.    I didn't come across it, correct.

Page 211

1          Q.     Are you aware of a product called

2     V-Maestro?

3          A.     Yes.

4          Q.     And what is the difference between

5     V-Maestro and V-Migrate?

6          A.     As I mentioned, V-Migrate will take

7     an app off of an old legacy unsupported server,

8     for example, migrate that app to a container.

9               At the container stage, the apps are

10    tested to make sure that everything has migrated

11    properly to the container.

12               And then the container, once

13    everything has been tested, everything is

14    functioning properly as it should, is dissolved

15    to a new modern supported server.

16               That is what V-Migrate does.

17               V-Maestro is software that is

18    installed on a server system.  Maestro will

19    identify servers on the network and will monitor

20    servers for activity for -- not activity, excuse

21    me.

22               Monitor servers and the applications

Page 212

1    on those servers, allowing companies to make the

2    best -- their best choices as to what they may or

3    may not want to migrate, but it does give them

4    a -- it gives them a snapshot of their network

5    and the status of the servers.

6              So, monitoring -- identification and

7    monitoring of servers.

8         Q.   So, at a very basic level, customers

9    can identify servers with V-Maestro and then

10   migrate applications from those servers using

11   V-Migrate.  That is the gist of it?

12        A.   Yes, identify and monitor, yes.  And

13   then separately they can make decisions and then

14   move to the V-Migrate space which is a separate

15   product.

16        Q.   And, how many customers -- well,

17   strike that.

18              Is V-Migrate licensed on a recurring

19   basis or is it a one-time payment?

20        A.   V-Migrate is sold as a single-use

21   license.

22        Q.   Okay.  So, do you know like ballpark

Page 213

1    in 2023 how many customers licensed V-Migrate?

2              MR. TONG:  Objection, scope.

3              THE WITNESS:  I -- no, I did not

4       prepare that information for today.

5    BY MR. ANAPOL:

6         Q.    And when VirtaMove licenses

7    V-Migrate, how do they provide that license

8    agreement to their customers?

9              MR. TONG:  Objection, scope.

10             THE WITNESS:  Provided

11      electronically.

12   BY MR. ANAPOL:

13        Q.    And how do customers agree to that

14   license agreement?

15             MR. TONG:  Objection, scope.

16             THE WITNESS:  In order to launch the

17      product, they need to read the agreement and

18      then click that they agree.

19   BY MR. ANAPOL:

20        Q.    And once they click that they agree,

21   they are licensed to use the VirtaMove product?

22        A.    That is my understanding.  But again

Page 214

1    I'm not a technical person and I have never

2    installed the product myself.

3          Q.    Does VirtaMove require customers to

4    sign a paper document or a PDF of the agreement?

5               MR. TONG:  Objection, scope.

6               THE WITNESS:  No.  Not usually, no.

7    BY MR. ANAPOL:

8          Q.    Can you think of an instance where a

9    customer signed a paper document or a PDF of a

10   software license agreement with VirtaMove?

11         A.    It may have happened once or twice

12   for different purposes, but I couldn't tell you

13   which customer or when it happened.

14               It is very much the exception, not

15   the rule.

16         Q.    Have you seen such an agreement?

17         A.    Yes.

18         Q.    When?

19         A.    Within the last year or two.

20         Q.    Do you remember the customer

21   involved?

22         A.    No, I just said that I didn't.