# EXHIBIT D






# Become a Cloud Migration Consultant Partner With VirtaMove

We're the future of migration. We're looking for partners to be part of that success.



# Expand Your Markets And Enhance Your Offerings

VirtaMove partners with companies that offer application migration experience and trusted customer relationships. Partners are an extension of our team, enabling our joint customers all over the world and across diverse

fields to achieve results and significant savings in their Windows Server modernization efforts.

For cloud migration consultant partners, VirtaMove offers innovative, leading edge automation solutions, best in class support, and proven expertise.

**JOIN VIRTAMOVE**

## THE MIGRATION PARTNER OF CHOICE FOR HUNDREDS OF COMPANIES

  
  

# More Ways To Partner with VirtaMove

At VirtaMove, we're excited to partner with dynamic, forward-thinking organizations that deliver the level of customer satisfaction we're known for.



## Independent Software Vendor Program

Our ISV Program can help ISVs open up and lock in $10s of millions in additional re-occurring legacy maintenance revenue and accelerate additional revenue from customer upgrades.

**LEARN MORE ABOUT BECOMING AN ISV PARTNER**



# Systems Integrator (SI) Program

Our Systems Integrators (SI) Program gives partners the resources, training, and methodology needed for large-scale implementations of VirtaMove.

**LEARN MORE ABOUT BECOMING AN SI PARTNER**

# Benefits of Being a Cloud Migration Consultant Partner with VirtaMove

Why partner with VirtaMove? Because we're the future of data migrations.

## Best-in-class migration technology

## Disruption-proof services

## Expanding markets

## More customers, more opportunities

## Proven experience & leadership

Migration is about moving to a better system. We hope you move to join our partnership programs.

## Let's Talk About Working Together

Want to keep delivering better migrations to our customers? Let's work together.

**SCHEDULE A CALL TODAY**





# MIGRATION SOFTWARE ›

V-Maestro ›

V-Migrate ›

# SOLUTIONS ›

Application Discovery ›

Migration Strategy ›

App Repackaging and Migration ›

App Refactoring and Modernization ›

Data Center Consolidation ›

Cloud Onboarding ›

# ABOUT US ›

Resource Center ›

Case Studies ›

News ›

Partners ›

Become a Partner ›

Request Demo ›

Support ›

Careers ›

Contact ›

© 2024 VirtaMove Corp.

Sitemap   Terms of Use   Privacy Policy   Cookie Consent