# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, and<br>AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 7:24-cv-30-ADA-DTG |

## DEFENDANTS' STATUS REPORT REGARDING MOTION TO TRANSFER

Pursuant to Section VI of the Court's Standing Order Governing Proceedings (OGP) 4.4 – Patent Cases (Dkt. 51), Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Web Services, Inc. (collectively "Amazon") notify the Court that their Motion to Dismiss or Transfer (Dkt. 31) is fully briefed and ready for adjudication. Plaintiff VirtaMove Corp. filed its opposition to the motion on September 27, 2024 (Dkt. 63) and Amazon filed its reply in support of the motion on October 25, 2024 (Dkt. 72). Therefore, briefing on the motion is complete. The motion is now ready for resolution. The *Markman* hearing for this case is currently set for January 9, 2025. (Dkt. 59.)

November 8, 2024                                   Respectfully submitted,

*Of Counsel:*                                      By:  */s/ Jeremy A. Anapol*

                                              Joseph R. Re *(Pro Hac Vice)*
Harper Estes                                       Jeremy A. Anapol *(Pro Hac Vice)*
Texas Bar No.  00000083                            KNOBBE MARTENS OLSON & BEAR LLP
hestes@lcalawfirm.com                              2040 Main Street, 14th Floor
LYNCH, CHAPPELL & ALSUP                            Irvine, CA 92614
A Professional Corporation                         Telephone: 949-760-0404
Suite 700                                          Facsimile:  949-760-9502
300 N. Marienfeld,                                 joe.re@knobbe.com
Midland, Texas 79701                               jeremy.anapol@knobbe.com
Telephone: 432-683-3351
Telecopier: 432-683-2587                           Colin B. Heideman *(Pro Hac Vice)*
                                              Christie R.W. Matthaei *(Pro Hac Vice)*
                                              Logan P. Young *(Pro Hac Vice)*
                                              KNOBBE MARTENS OLSON & BEAR LLP
                                              925 4th Ave, Ste 2500
                                              Seattle, WA 98104
                                              Telephone: 206-405-2000
                                              Facsimile:  206-405-2001
                                              colin.heideman@knobbe.com
                                              christie.matthaei@knobbe.com
                                              logan.young@knobbe.com

                                              *Counsel for Defendants*
                                              *Amazon.com, Inc.,*
                                              *Amazon.com Services, LLC*
                                              *and Amazon Web Services, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

                                         */s/ Jeremy A. Anapol*
                                         Jeremy A. Anapol