**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>Defendant. | Case No. 7:24-CV-00030-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DANIEL KOLKO IN SUPPORT OF PLAINTIFF
VIRTAMOVE, CORP.'S REPLY IN SUPPORT OF
PARTIAL MOTION TO DISMISS**

I, Daniel B. Kolko, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff VirtaMove, Corp. in the above-captioned action. I submit this declaration in support of Plaintiff's Partial Motion to Dismiss. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 4 is a true and correct copy of https://aws.amazon.com/federal/defense/.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on November 14, 2024 in Los Angeles, California.


/s/ *Daniel B. Kolko*
Daniel B. Kolko