# Exhibit 4

https://aws.amazon.com/federal/defense/                                    November 14, 2024

aws

About AWS   Contact Us   Support ⌄   English ⌄   My Account ⌄   Sign In   **Create an AWS Account**

Amazon Q   Products   Solutions   Pricing   Documentation   Learn   Partner Network   AWS Marketplace   Customer Enablement   ›   🔍

Defense      Solutions      Case Studies      Resources      Build with a Partner      Get Started      **Contact Us »**

**Free Amazon Q Training** | Meet your generative AI-powered assistant, and learn how it can boost your productivity. Try the free training »

AWS in the Public Sector / Federal Government / …

# Cloud Computing for U.S. Defense

Securely enabling defense and national security missions with cloud computing

**Connect with an expert**

**Learn more about AWS Cloud for U.S. defense at re:Invent 2024 | Register now**

**Joint Warfighting Cloud Capability (JWCC) is the newest way AWS serves our DoD customers**

Read more about JWCC and gain access to AWS expertise and Amazon Web Services from wherever your mission takes you.

**Learn more about JWCC**

Amazon Web Services (AWS) provides a global infrastructure and secure, scalable, and mission-focused solutions that helps the Department of Defense (DoD) meet mission, drive efficiencies, increase innovation, and secure critical workloads.

At AWS, we focus on our customers and what their mission demands, letting that define and guide our efforts. The AWS Cloud is uniquely positioned to provide scalable solutions to DoD customers, whether through tactical edge solutions, DevSecOps, artificial intelligence and machine learning (AI/ML), high performance computing (HPC), or other capabilities. DoD customers can also work with our AWS Partner Network (APN) to build solutions. The APN provides an extensive community of partner companies that offer solutions in areas such as software, developer tools, and consulting expertise to help deploy and manage mission-critical workloads in the AWS Cloud.



REAL-TIME THREATS

If instant real-time threat information sharing with our allies was achievable.

AWS for your mission

# How AWS can help your mission

### Rapid and secure mission delivery and cybersecurity

To outpace our adversaries, warfighters need modern software—innovations to meet changes in the environment and that meet shifting battlefield priorities, rapidly and securely. This same software needs to work reliably, even as it modernizes—and without vulnerability to cyberattack. AWS helps you get there with landing zones, infrastructure as code, and DevSecOps architectural guidance.

**[Building an end-to-end Kubernetes-based DevSecOps software factory on AWS »](#)**

**[DoD Cloud Infrastructure as Code for AWS is now available »](#)**

**[Rapid and secure mission delivery on AWS »](#)**

**Click to close**



### Evolve Command and Control with the cloud

As the U.S. Military moves to embrace Joint All-Domain Command and Control (JADC2), AWS is uniquely positioned to deliver reliable cloud capability.

We're supporting mission success for the DoD across the Mission Partner Environment—the framework enabling command and control across the full range of military operations.

AWS is supporting each service's JADC2 initiative, including recently participating in testing edge computing capabilities for the Air Force's Advanced Battle Management System (ABMS).

**[How AWS will support the emerging JADC2 vision ›](#)**



## US Army provides anywhere-to-anywhere care in combat situations using AWS Wickr ›

The [US Army Telemedicine and Advanced Technology Research Center](#) (TATRC) delivers lifesaving telemedicine through the National Emergency Tele-Critical Care Network



(NETCCN), built using AWS Wickr and AWS Private 5G. This solution empowers TATRC to deliver care virtually anywhere in response to pandemics, natural disasters, and other acute events.

**View all case studies ›**

## Stay up to date

**AWS Snowblade for U.S Department of Defense Joint Warfighting Cloud Capability (JWCC) contract customers**

Extend the AWS Cloud to the tactical edge

AWS Snowblade provides AWS compute, storage, and other hybrid services in remote locations, including Denied, Disrupted, Intermittent, and Limited (DDIL) environments. AWS Snowblade is the first AWS Snow Family device that meets US Military Ruggedization Standards (MIL-STD-810H), enabling defense customers to run their operations in edge locations that can be subject to extreme temperatures, vibrations, and shocks. With support for 208 vCPU in a portable, compact 5U, half-rack width form-factor, AWS Snowblade is the densest compute device of the AWS Snow Family allowing customers to run demanding workloads in space, weight, and power (SWaP) constrained edge locations.

For more information, visit the JWCC portal.

**AWS Modular Data Center for U.S. Department of Defense Joint Warfighting Cloud Capability (JWCC) contract customers**

Run low-latency applications in infrastructure-limited environments

AWS Modular Data Center allows the DoD to deploy self-contained data centers with built-in AWS infrastructure to locations with limited infrastructure. It supports both AWS Outposts racks or AWS Snow Family, and can be scaled through the deployment of additional modular data center units. AWS Modular Data Center reduces the time and resources it takes to build data centers for large-scale missions at the tactical edge.

For more information, visit the JWCC portal.

**Read the blog**

## Resources

Explore guides, webinars, blogs, and more for government leaders.



**Events and webinars ›**



**Blog ›**



**Podcast ›**



**Videos ›**

**View all resources ›**

## Build with an AWS Partner

Looking for support for building or deploying solutions in the cloud? AWS Partners are trusted technology providers and consulting experts that offer a wide variety of cloud-based solutions.

## Browse solutions for Defense & National Security

Browse curated solutions for common use cases for the Defense & National Security industry in the AWS Solutions Library.

**Filter Solutions by:**

Clear all filters

▼ **Content Type**

☐ AWS Solutions

☐ Partner Solutions

☐ Guidance

🔍 *Search all solutions*

1-9 (25)

Sort By: Last Update ▼

### Landing Zone Accelerator on AWS

Deploy the Landing Zone Accelerator on AWS solution to quickly deploy a secure, resilient, scalable, and fully automated cloud foundation.

### Guidance for Trusted Secure Enclaves on…

This Guidance shows how you can build a comprehensive cloud architecture for sensitive workloads in national security, defense, and national law enforcement.

**Vanta**

### Vanta

Vanta helps companies scale security practices and automate compliance for the industry's most sought after standards - SOC 2, ISO 27001,

⌄

**prowlerpro**

### Prowler

Prowler SaaS makes AWS Security easy and enables your team to build trusted applications. The team who built Prowler Open Source and helped thousands of companies get AWS Security

⌄

**Cellebrite**

### Cellebrite

Cellebrite Guardian is a simple, secure and scalable cloud-based solution for evidence management, sharing and review that enables you to manage your evidence and investigative workflow –

⌄

**Palantir**

### Palantir Technologies, Inc.

An operating system for continuous deployment.



### Snowflake

Snowflake Data Cloud

**ANITIAN**

### Anitian

Anitian's solution helps companies achieve and maintain FedRAMP compliance for AWS-hosted products, featuring: • AI-Enhanced Assessment SaaS App: Programmatically evaluates 85



### Lacework, Inc.

Lacework, a data-driven security platform for the cloud, collects, analyzes, and accurately correlates data — without requiring manually written rules — across your cloud and Kubernetes

FedRAMP technical controls in AWS environments. • Advisory Assessment: Short-term guidance for scoping against the 144 most impactful FedRAMP controls. • Automated Security Platform: Pre-configured, cloud-native

environments, and narrows it down to the handful of security events that matter. Security and DevOps teams around the world trust Lacework to secure cloud-native applications across the full lifecycle from code to

⌄

⌄

1   2   3   ›

# Take the next step

There are several ways to get started with AWS. Contact us for personalized guidance. Or, explore any of the resources below.



### Explore the AWS Marketplace

Our curated digital catalog makes it easy for organizations to discover, procure, entitle, provision, and govern third-party software. You can find thousands of software listings from popular categories like security, business applications, and data and analytics, and across specific industries, such as healthcare, financial services, and public sector.



### See how organizations are driving innovation in the cloud

The AWS Cloud provides an opportunity for governments to modernize aging infrastructures and improve operational productivity. The agencies taking advantage of this technology are leading the way on the government's journey to IT modernization.



### Learn how to buy cloud in government

Buying cloud computing services takes different skills and strategies than buying traditional IT. Are you ready to move to the cloud but looking for practical guidance? Our experts at AWS have helped many U.S. Government agency leaders select the right acquisition approach for their organization.

# Start building today

Contact our government experts for customized guidance to start your AWS Cloud journey.

Start a conversation

Get Started with AWS

Learn how to start using AWS in minutes.



AWS Government, Education & Nonprofits Blog

Read more about the benefits



minutes

of the cloud, technical how-tos, latest announcements, and customer stories



**Boost Your Cloud Skills**

Get free training on the AWS solutions most relevant to you, with 600+ courses for every role and skill level. Start learning »

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Accessibility

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

What is Artificial Intelligence (AI)?

What is Generative AI?

What is Machine Learning (ML)?

AWS Cloud Security

What's New

Blogs

Press Releases

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Library

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers

**Create an AWS Account**

    

 

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language** عربى | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)

Privacy | Accessibility | Site Terms | Cookie Preferences | © 2024, Amazon Web Services, Inc. or its affiliates. All rights reserved.