# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | | |
|---|---|---|---|
| **VIRTAMOVE, CORP.** | § | | |
| | § | | |
| vs. | § | NO: | MO:24-CV-00030-ADA-DTG |
| | § | | |
| **AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON WEB SERVICES, INC.** | § | | |
| *Defendant* | | | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON AND ZOOM, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, January 09, 2025 at 02:00 PM (2 hour time block with MO:24-CV-00033). The hearing is also available for attorneys to appear remotely and a zoom hearing link will be available upon request. Parties are to advise the Court at least two (2) business days before the date of the hearing by emailing txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov with how counsel will appear so the Court can make necessary preparations.

**IT IS SO ORDERED** this **3rd day of December, 2024**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE