# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff VirtaMove, Corp. ("Plaintiff" or "VirtaMove") and Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Web Services, Inc. (collectively, "Amazon") respectfully submit this Joint Claim Construction Statement in anticipation of the claim construction hearing scheduled for January 9, 2025. The asserted patents are U.S. Patent Nos. 7,519,814 (the "'814 patent"), and 7,784,058 (the "'058 patent"). The currently asserted claims are set forth below and the parties' agreed and disputed claim construction positions are shown in Appendix A, attached hereto.

- '814 patent – claims 1, 2, 4, 6, 8, 9, 10, 13, and 14
- '058 patent – claims 1, 2, 3, 4, 5, 10, and 18

Dated: December 18, 2024

By: /s/ Christian W. Conkle

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)

Respectfully submitted,

/s/ Jeremy A. Anapol

Joseph R. Re *(Pro Hac Vice)*
Jeremy A. Anapol *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614

1

nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heideman *(Pro Hac Vice)*
Christie R.W. Matthaei *(Pro Hac Vice)*
Logan P. Young *(Pro Hac Vice)*
**KNOBBE MARTENS OLSON & BEAR LLP**
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

*Counsel for Defendants
Amazon.com, Inc.,
Amazon.com Services, LLC and
Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on December 18, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                              */s/ Christian W. Conkle*
                                                              Christian W. Conkle

**APPENDIX A**

I. **DISPUTED CONSTRUCTIONS**

| Claim Language | VirtaMove's Proposed Construction | Amazon's Proposed Construction |
|---|---|---|
| disparate computing environments ('814 patent, claim 1) | environments run by standalone *or unrelated*[1] computers | Indefinite |
| container ('814 patent, claim 1) | An aggregate of files required to successfully execute a set of software applications on a computing platform. Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers. | An aggregate of files required to successfully execute a set of software applications on a computing platform is referred to as a container. Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers. A container comprises one or more application programs including one or more processes, and associated system files for use in executing the one or more processes; but containers do not comprise a kernel; each container has its own execution file associated therewith for starting one or more applications. |
| critical system elements ('058 patent, claim 1) | any service or part of a service, "normally" supplied by an operating system, that is critical to the operation of a software application | Indefinite |
| functional replicas ('058 patent, claim 1) | No construction necessary; plain and ordinary meaning. | Indefinite |

---

[1] VirtaMove contends that *in the context of the asserted claims*, "disparate computing environments" would not extend to "unrelated computers," so if the Court construes this term, the "or unrelated" language could be excised from VirtaMove's proposed construction.

4

| Claim Language | VirtaMove's Proposed Construction | Amazon's Proposed Construction |
|---|---|---|
| forms a part of the one or more of the plurality of software applications ('058 patent, claim 1) | No construction necessary; plain and ordinary meaning. | resides in the same address space as application code |

II.   **AGREED CONSTRUCTIONS**

| Claim Language | Agreed Construction |
|---|---|
| Preamble of '814 patent, claim 1 | The preamble of '814 patent claim 1 is limiting. |
| shared library ('058 patent, claim 1) | an application library whose code space is shared among all user mode applications |