UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP. | § | |
| | § | |
| vs. | § | NO:  MO:24-CV-00030-ADA-DTG |
| | § | |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON WEB SERVICES, INC. | § | |
| *Defendant* | | |

# ORDER CANCELLING MARKMAN HEARING HELD IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING HELD IN PERSON AND ZOOM, on Tuesday, January 21, 2025 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **17th day of January, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE