# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNTERCLAIMS

Plaintiff, VirtaMove Corp. ("VirtaMove"), and Defendants, Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. submit this stipulation pursuant to Federal Rule of Civil Procedure 41(c). All three Defendants collectively filed Second Amended Counterclaims against VirtaMove on September 26, 2024. (Dkt. No. 61.) This stipulation dismisses those counterclaims only as to Amazon.com, Inc. and Amazon.com Services LLC. The counterclaims will remain pending with Amazon Web Services, Inc. as the sole counterclaimant. This stipulation is self-executing and the counterclaims of Amazon.com, Inc. and Amazon.com Services LLC against VirtaMove are hereby dismissed from this action as set forth above, with prejudice. Amazon.com, Inc., Amazon.com Services LLC, and VirtaMove shall each bear their own costs with respect to these counterclaims.

DATED: January 22, 2025

By: /s/ *Jeremy A. Anapol*

Joseph R. Re (Pro Hac Vice)
Jeremy A. Anapol (Pro Hac Vice)
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

By: /s/ *Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)

Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heideman (Pro Hac Vice)
Christie R.W. Matthaei (Pro Hac Vice)
Logan P. Young (Pro Hac Vice)
KNOBBE MARTENS OLSON & BEAR LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com
LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

*On behalf of Defendants Amazon Web Services, Inc.; Amazon.com, Inc.; Amazon.com Services LLC*

nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com

**Russ, August & Kabat**
12424 Wilshire Blvd
Los Angeles, CA 90025
Telephone: 310-826-7474

*On behalf of Plaintiff VirtaMove Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of January, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
*Reza Mirzaie*
