IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; AND AMAZON WEB SERVICES, INC., <br><br> Defendants. | Case No. 7:24-CV-00030-ADA-DTG |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMAZON.COM, INC., AMAZON.COM SERVICES LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, VirtaMove Corp. ("VirtaMove"), and Defendants, Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. submit the following Stipulation of Dismissal With Prejudice as to Defendants Amazon.com, Inc. and Amazon.com Services LLC. The other Amazon Defendant, Amazon Web Services, Inc., remains pending in this case. Accordingly, VirtaMove, Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc., by and through undersigned counsel, hereby file this stipulation of dismissal with prejudice as to Amazon.com, Inc. and Amazon.com Services LLC, which stipulation is self-executing and therefore serves to dismiss all claims against Amazon.com Services LLC and Amazon.com, Inc. from this action, with prejudice and without costs.

DATED: January 22, 2025

By: */s/ Jeremy A. Anapol*

Joseph R. Re (Pro Hac Vice)
Jeremy A. Anapol (Pro Hac Vice)
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor

By: */s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com

Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heideman (Pro Hac Vice)
Christie R.W. Matthaei (Pro Hac Vice)
Logan P. Young (Pro Hac Vice)
KNOBBE MARTENS OLSON & BEAR LLP
925 4th Ave, Ste 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com
christie.matthaei@knobbe.com
logan.young@knobbe.com

Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com
LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

*On behalf of Defendants Amazon Web Services, Inc.; Amazon.com, Inc.; Amazon.com Services LLC*

Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com

**Russ, August & Kabat**
12424 Wilshire Blvd
Los Angeles, CA 90025
Telephone: 310-826-7474

*On behalf of Plaintiff VirtaMove Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of January, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
*Reza Mirzaie*
