**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br>    Defendant. | § § § § § § § § § § § § § Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF VIRTAMOVE, CORP.'S UNOPPOSED
MOTION TO EXTEND THE STAY OF TRANSFER**

i

VirtaMove hereby moves the Court to extend the stay of this case to allow time for appeal. VirtaMove's counsel conferred with Jeremy Anapol, counsel for remaining defendant Amazon Web Services, Inc. ("Amazon"), who indicated that Amazon is unopposed to this motion.

The Court issued a Transfer Order ordering transfer to the NDCA but staying the actual transfer of this case until February 22, 2025 "to allow Plaintiff time to appeal this decision if it chooses." Dkt. 87 at 6.

VirtaMove has filed its Objections to the Transfer Order. Dkt. 89. VirtaMove hereby gives notice that it intends to appeal the Transfer Order by petitioning for a writ of mandamus if VirtaMove's objections are overruled. Amazon is expected to file its opposition to VirtaMove's Objections. To allow sufficient time for briefing, to give the Court time to rule on the objections, and to allow time for the appeal process, VirtaMove moves the Court to extend the stay of this case and to extend the date of transfer until the appeal is resolved. The stay would continue to encompass all unreached deadlines, except for deadlines related to managing the stay of this case and except for filings related to objections to the Transfer Order.

Dated: February 7, 2025                Respectfully submitted,

By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)

1

jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

2

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on February 7, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

February 7, 2025

>  /s/ *Qi (Peter) Tong*
> Qi (Peter) Tong (TX SBN 24119042)
> **RUSS AUGUST & KABAT**
> 4040 N. Central Expy., Suite 1503
> Dallas, TX 75204
> Telephone: (310) 826-7474

**CERTIFICATE OF CONFERENCE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-7(G), I hereby certify that I conferred with opposing counsel, and the relief sought herein is unopposed.

February 7, 2025

>  /s/ *Qi (Peter) Tong*
> Qi (Peter) Tong (TX SBN 24119042)
> **RUSS AUGUST & KABAT**
> 4040 N. Central Expy., Suite 1503
> Dallas, TX 75204
> Telephone: (310) 826-7474