# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br>    Defendant. | § <br> §   Case No. 7:24-cv-00030-ADA-DTG <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER EXTENDING STAY OF TRANSFER AND OTHER DEADLINES

Before the Court is VirtaMove's Unopposed Motion to Extend the Stay of Transfer.

The Court issued a Transfer Order ordering transfer to the NDCA but stayed the actual transfer of this case until February 22, 2025, "to allow Plaintiff time to appeal this decision if it chooses." Dkt. 87 at 6. VirtaMove gave notice that it intends to appeal the Transfer Order by petitioning for a writ of mandamus. In the meantime, VirtaMove has filed its Objections to the Transfer Order. Dkt. 89.

To allow sufficient time for briefing and ruling on the objections, and to allow time for the appeal process, VirtaMove's Unopposed Motion is GRANTED.

IT IS HEREBY ORDERED:

1) This case SHALL NOT be transferred on February 22, 2025. The transfer of this case to the NDCA is hereby STAYED until the objections and any subsequent appeals are resolved. In the meantime, the parties shall meet and confer to file an update every six months informing the Court of the status of any appeal. The parties are further ORDERED to meet and confer to file a joint case management statement within one

week of the final resolution of any appeal, and the statement shall include each party's position on whether the stay should be lifted and whether the case should be transferred.

2) All unreached deadlines in this case are STAYED, except for 1) filings related to managing the stay of this case, and 2) deadlines related to the objections to the Transfer Order.

**SIGNED** this \_\_\_\_\_ day of _____, 2025.    _____