# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES LLC, and <br> AMAZON WEB SERVICES, INC., <br><br> Defendants. | Civil Action No. 7:24-cv-00030-ADA-DTG |

**DECLARATION OF JEREMY A. ANAPOL IN SUPPORT OF**
**RESPONSE OF AMAZON WEB SERVICES, INC. TO VIRTAMOVE CORP.'S**
**OBJECTIONS TO MAGISTRATE JUDGE GILLILAND'S TRANSFER ORDER**

I, Jeremy A. Anapol, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP. I am counsel for Defendant Amazon Web Services, Inc. ("Amazon") in this action and I appear *pro hac vice*. I make this declaration based on my personal knowledge. I have added highlighting to the exhibits listed below to make cited information easier to find.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence between Plaintiff's counsel and Defendants' counsel.

3. Attached hereto as Exhibit B is a true and correct copy of the Court's notice of electronic filing of Plaintiff's Stipulation of Dismissal with Prejudice as to Amazon.com, Inc. and Amazon.com Services, LLC.

4. Attached hereto as Exhibit C is a true and correct copy of the Court's notice of electronic filing of Judge Gilliland's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss or Transfer.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February, 2025 at Irvine, California.

*/s/ Jeremy A. Anapol*

-2-

February 12, 2025                                   Respectfully submitted,

*Of Counsel:*                                       By: */s/ Jeremy A. Anapol*

Harper Estes                                        Joseph R. Re *(Pro Hac Vice)*
Texas Bar No.  00000083                             Jeremy A. Anapol *(Pro Hac Vice)*
hestes@lcalawfirm.com                               KNOBBE MARTENS OLSON & BEAR LLP
LYNCH, CHAPPELL & ALSUP                             2040 Main Street, 14th Floor
A Professional Corporation                          Irvine, CA 92614
Suite 700                                           Telephone: 949-760-0404
300 N. Marienfeld,                                  Facsimile:  949-760-9502
Midland, Texas 79701                                joe.re@knobbe.com
Telephone: 432-683-3351                             jeremy.anapol@knobbe.com
Telecopier: 432-683-2587

                                                    Colin B. Heideman *(Pro Hac Vice)*
                                                    Christie R.W. Matthaei *(Pro Hac Vice)*
                                                    Logan P. Young *(Pro Hac Vice)*
                                                    KNOBBE MARTENS OLSON & BEAR LLP
                                                    925 4th Ave, Ste 2500
                                                    Seattle, WA 98104
                                                    Telephone: 206-405-2000
                                                    Facsimile:  206-405-2001
                                                    colin.heideman@knobbe.com
                                                    christie.matthaei@knobbe.com
                                                    logan.young@knobbe.com

                                                    *Counsel for Defendant*
                                                    *Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF System.

*/s/ Jeremy A. Anapol*
Jeremy A. Anapol