# EXHIBIT A

# Jeremy Anapol

| | |
|---|---|
| **From:** | Mackenzie Paladino <mpaladino@raklaw.com> |
| **Sent:** | Wednesday, January 22, 2025 9:55 AM |
| **To:** | Jeremy Anapol |
| **Cc:** | Christian Conkle; rak_virtamove@raklaw.com; Harper Estes; Amazon-VirtaMove |
| **Subject:** | Re: VirtaMove v. Amazon - Stipulations to Dismiss Non-AWS Defendants |

Jeremy,

Thanks for the edits. We agree regarding the PO and find your redlines acceptable. We will be filing shortly.

**Mackenzie Paladino**
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ---------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 21, 2025, at 7:09 PM, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:

Hi Mackenzie,

Thank you for preparing the drafts.  Please review our redlines in the attached stipulations.

The stipulations say that they are "self-executing," which seems correct under FRCP 41.  That rule provides for dismissal without a court order.  Thus, I don't think we need to submit the proposed orders you prepared, but please let me know if you disagree.  Assuming we agree about the proposed orders and all of the redlines are accepted, you may file with my signature.

Thanks,
Jeremy

**Jeremy Anapol**
Partner
949-721-2806  Direct
**Knobbe Martens**

---

**From:** Mackenzie Paladino <mpaladino@raklaw.com>
**Sent:** Tuesday, January 21, 2025 1:13 PM
**To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Cc:** Christian Conkle <cconkle@raklaw.com>; rak_virtamove@raklaw.com; Harper Estes <hestes@lcalawfirm.com>; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
**Subject:** Re: Leave to File Sur-Reply - VM v. Amazon

1

Jeremy,

Following up on the below.

**Mackenzie Paladino**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jan 16, 2025, at 7:45 PM, Mackenzie Paladino <mpaladino@raklaw.com> wrote:
>
> Jeremy,
>
> Please see the draft voluntary dismissals and POs. Please make any changes in redline for review. Otherwise, please confirm your consent to file with your e-signature.
>
>
> <250115 PO Stip Dismiss Counterclaims.docx>
> <250115 PO Stip Dismiss NonAWS Defs.docx>
> <250115 Stip Dismiss Counterclaims.docx>
> <250115 Stip Dismiss NonAWS Defs.docx>
>
>
> **Mackenzie Paladino**
> **Russ, August & Kabat**
> 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
> Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------
> This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.
>
>
>> On Jan 15, 2025, at 12:40 PM, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:

2

Hi Christian,

The fully executed stipulation is attached. The stipulation says in ¶¶ 9-10 that we will sign and file voluntary dismissals with the Court to dispose of the claims against the non-AWS defendants and the counterclaims by those defendants. Could you circulate a draft of the voluntary dismissals?

Thanks,
Jeremy

**Jeremy Anapol**
Partner

949-721-2806 Direct

**Knobbe Martens**

---

**From:** Christian W. Conkle <cconkle@raklaw.com>
**Sent:** Tuesday, January 14, 2025 2:57 PM
**To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Cc:** Mackenzie Paladino <mpaladino@raklaw.com>; rak_virtamove@raklaw.com; Harper Estes <hestes@lcalawfirm.com>; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
**Subject:** Re: Leave to File Sur-Reply - VM v. Amazon

Jeremy,

The stipulation is acceptable to VirtaMove in the form you circulated on Dec. 27. You may add my signature. My apologies for the long road to get this agreed.

All best,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

> On Dec 27, 2024, at 13:18, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:
>
> Christian,
>
> Here is the revised draft we discussed, with changes to the redlines in original paragraphs 4 and 7. I

3

understand your team will still need to review this, and my team will too.

Thanks,
Jeremy

**Jeremy Anapol**
Partner

949-721-2806 Direct

**Knobbe Martens**

---

**From:** Christian W. Conkle <cconkle@raklaw.com>
**Sent:** Friday, December 27, 2024 12:36 PM
**To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Cc:** Mackenzie Paladino <mpaladino@raklaw.com>; rak_virtamove@raklaw.com; Harper Estes <hestes@lcalawfirm.com>; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
**Subject:** Re: Leave to File Sur-Reply - VM v. Amazon

I'm free now; you can call my cell at 310-991-9995. Thanks.

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

> On Dec 27, 2024, at 12:11, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:
>
> Hi Christian,
>
> If you're free at 12:30 pm I can give you a call then. Otherwise please propose another time that works for you.
>
> Thanks,
> Jeremy
>
> ---
>
> **From:** Christian W. Conkle <cconkle@raklaw.com>
> **Sent:** Friday, December 27, 2024 11:57

4

AM
**To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Cc:** Mackenzie Paladino <mpaladino@raklaw.com>; rak_virtamove@raklaw.com; Harper Estes <hestes@lcalawfirm.com>; Amazon-VirtaMove <Amazon-VirtaMove@knobbe.com>
**Subject:** Re: Leave to File Sur-Reply - VM v. Amazon

Jeremy,

We're concerned about the deletions of original paragraphs 7 and 8. In particular, it seems like it shouldn't be a problem for Amazon to warrant that AWS is the only entity that sells or offers for sale the Accused Technology. Would Amazon agree to re-insert the language about sale and offer for sale? If not, could we get on a call to hash it out?

Thanks,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

> On Dec 23, 2024, at 14:24, Jeremy Anapol <Jeremy.Anapol@knobbe.com> wrote:
>
> Mackenzie,
>
> Thank you for sending the draft. Please see our attached redlines

5

for your consideration. I'll be available to discuss after Christmas if a discussion would be helpful. These redlines (or any other terms we work out) will be subject to client approval before we can finalize the stipulation.

I hope you enjoy the holidays!

Sincerely,
Jeremy

---

**From:** Mackenzie Paladino <mpaladino@raklaw.com>
**Sent:** Friday, December 20, 2024 8:52 AM
**To:** Jeremy Anapol <Jeremy.Anapol@knobbe.com>
**Cc:** rak_virtamove@raklaw.com; Harper Estes <hestes@lcalawfirm.com>
**Subject:** Re: Leave to File Sur-Reply - VM v. Amazon

Jeremy,

Please see the attached draft stipulation, as discussed. Let me know what Amazon's thoughts are.

6

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<[Knobbe edits] 241216 Stip VM Amzn_001.DOCX>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2024-12-27 Draft Stip VM Amzn.docx>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2025-01-15 Stipulation to Dismiss Non-AWS Defendants.pdf>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2025-01-21 (Amazon edits) Stip Dismiss NonAWS Defs.DOCX><2025-01-21 (Amazon edits) Stip Dismiss Counterclaims.DOCX>