# EXHIBIT B

**Jeremy Anapol**

| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **Sent:** | Wednesday, January 22, 2025 2:13 PM |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 7:24-cv-00030-ADA-DTG VirtaMove, Corp. v. Amazon.com, Inc. et al Stipulation of Dismissal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered by Mirzaie, Reza on 1/22/2025 at 4:13 PM CST and filed on 1/22/2025

| | |
|---|---|
| **Case Name:** | VirtaMove, Corp. v. Amazon.com, Inc. et al |
| **Case Number:** | 7:24-cv-00030-ADA-DTG |
| **Filer:** | VirtaMove, Corp. |
| **Document Number:** | 86 |

**Docket Text:**
**STIPULATION of Dismissal *WITH PREJUDICE AS TO AMAZON.COM, INC., AMAZON.COM SERVICES LLC* by VirtaMove, Corp.. (Mirzaie, Reza)**


**7:24-cv-00030-ADA-DTG Notice has been electronically mailed to:**

Amy Hayden     ahayden@raklaw.com, 9437793420@filings.docketbird.com, cmcgowens@raklaw.com, rak_docketing@raklaw.com

Andrew Harper Estes     hestes@lcalawfirm.com, dhucks@lcalawfirm.com, vstitzel@lcalawfirm.com

Christian W. Conkle     cconkle@raklaw.com, aloew@raklaw.com, rak_docketing@raklaw.com

Christie R.W. Matthaei     2crw@knobbe.com

Colin B. Heideman     2cbh@knobbe.com, knobbeAdmin@ecf.courtdrive.com, litigation@knobbe.com,

1

Texas.Notices@knobbe.com

Daniel B Kolko    dkolko@raklaw.com, aalcoriza@raklaw.com, achoi@raklaw.com

Jacob R. Buczko    jbuczko@raklaw.com, aloew@raklaw.com

James Milkey    jmilkey@raklaw.com

James S. Tsuei    jtsuei@raklaw.com, aloew@raklaw.com, cmcgowens@raklaw.com

Jeremy A. Anapol    jeremy.anapol@knobbe.com, litigation@knobbe.com

Jonathan Ma    jma@raklaw.com, cmcgowens@raklaw.com

Joseph R. Re    joseph.re@knobbe.com, litigation@knobbe.com

Logan P. Young    logan.young@knobbe.com

Marc A. Fenster    mafenster@raklaw.com

Neil A. Rubin    nrubin@raklaw.com, mballesteros@raklaw.com, nrubin@recap.email, rak_docketing@raklaw.com

Qi (Peter) Tong    ptong@raklaw.com, cmcgowens@raklaw.com

Reza Mirzaie    rmirzaie@raklaw.com, 2196312420@filings.docketbird.com, mballesteros@raklaw.com, rak_docketing@raklaw.com

**7:24-cv-00030-ADA-DTG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=1/22/2025] [FileNumber=31596585-0] [0aed82017ae68eb68514c6aef8f22e19b64cb909a2aa4fcd44582cb369a9273f75 3a5368334a5a2b3e833dfcf70338c27d640da426ebb827ef8b42fb2e7cecae]]