# EXHIBIT C

**Jeremy Anapol**

| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **Sent:** | Wednesday, January 22, 2025 2:31 PM |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 7:24-cv-00030-ADA-DTG VirtaMove, Corp. v. Amazon.com, Inc. et al Order on Motion to Transfer Case |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 1/22/2025 at 4:31 PM CST and filed on 1/22/2025
**Case Name:**    VirtaMove, Corp. v. Amazon.com, Inc. et al
**Case Number:**    7:24-cv-00030-ADA-DTG
**Filer:**
**Document Number:** 87

**Docket Text:**
**ORDER GRANTING IN PART AND DENYING IN PART [31] Motion to Transfer Case; MOOTING [31] Motion to Dismiss. Signed by Judge Alan D Albright. (slt)**

**7:24-cv-00030-ADA-DTG Notice has been electronically mailed to:**

Amy Hayden     ahayden@raklaw.com, 9437793420@filings.docketbird.com, cmcgowens@raklaw.com, rak_docketing@raklaw.com

Andrew Harper Estes     hestes@lcalawfirm.com, dhucks@lcalawfirm.com, vstitzel@lcalawfirm.com

Christian W. Conkle     cconkle@raklaw.com, aloew@raklaw.com, rak_docketing@raklaw.com

Christie R.W. Matthaei     2crw@knobbe.com

Colin B. Heideman     2cbh@knobbe.com, knobbeAdmin@ecf.courtdrive.com, litigation@knobbe.com, Texas.Notices@knobbe.com

1

Daniel B Kolko    dkolko@raklaw.com, aalcoriza@raklaw.com, achoi@raklaw.com

Jacob R. Buczko    jbuczko@raklaw.com, aloew@raklaw.com

James Milkey    jmilkey@raklaw.com

James S. Tsuei    jtsuei@raklaw.com, aloew@raklaw.com, cmcgowens@raklaw.com

Jeremy A. Anapol    jeremy.anapol@knobbe.com, litigation@knobbe.com

Jonathan Ma    jma@raklaw.com, cmcgowens@raklaw.com

Joseph R. Re    joseph.re@knobbe.com, litigation@knobbe.com

Logan P. Young    logan.young@knobbe.com

Marc A. Fenster    mafenster@raklaw.com

Neil A. Rubin    nrubin@raklaw.com, mballesteros@raklaw.com, nrubin@recap.email, rak_docketing@raklaw.com

Qi (Peter) Tong    ptong@raklaw.com, cmcgowens@raklaw.com

Reza Mirzaie    rmirzaie@raklaw.com, 2196312420@filings.docketbird.com, mballesteros@raklaw.com, rak_docketing@raklaw.com

**7:24-cv-00030-ADA-DTG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=1/22/2025] [FileNumber=31597247-0] [0d866b27db5d79dcff7be488cd25367361099b0cf978d01ee12e47b82703f6cb60 0cbe4834c0c6c9cf7ee793ff9dc9636d5df442107520608aaffb086c7e1793]]