IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br>         Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF VIRTAMOVE, CORP.'S
## COPIES OF SUPPLEMENTAL TRANSFER AUTHORITY

As indicated in VirtaMove's Notice of Supplemental Transfer Authority (Dkt. 91), VirtaMove hereby provides true and correct copies of Judge Gilstrap's decisions **denying** transfer in the consolidated cases *VirtaMove, Corp. v. Hewlett Packard Enterprise Co.*, No. 2:24-cv-00093-JRG (lead case), Dkt. 129 (E.D. Tex.) and *VirtaMove v. International Business Machines Corp.*, 2:24-cv-00064 (member case), Dkt. 130, (E.D. Tex.). These redacted decisions are attached as Exhibit 1 and Exhibit 2 and can be found in the *Hewlett Packard* case as Docket Entries 136-1 and 139-1.

Dated: February 19, 2025          Respectfully submitted,

                                       By: /s/ *Qi (Peter) Tong*

                                       Reza Mirzaie (CA SBN 246953) <br>
                                       rmirzaie@raklaw.com <br>
                                       Marc A. Fenster (CA SBN 181067) <br>
                                       mfenster@raklaw.com <br>
                                       Neil A. Rubin (CA SBN 250761)

nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on February 19, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

February 19, 2025

                                              /s/ *Qi Tong*
                                              Qi (Peter) Tong (TX SBN 24119042)
                                              **RUSS AUGUST & KABAT**
                                              4040 N. Central Expy., Suite 1503
                                              Dallas, TX 75204
                                              Telephone: (310) 826-7474