# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC.,<br>      Defendants. | Case No. 7:24-cv-00030-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF VIRTAMOVE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

Before the Court is Plaintiff VirtaMove, Corp.'s Unopposed Motion to Withdraw Attorney of Record. Having considered the matter, the Court GRANTS the motion and orders that Amy E. Hayden is withdrawn as one of VirtaMove's attorneys of record and that her receipt of electronic notices be terminated.

Dated:_____

_____
Hon. Derek T. Gilliland
U.S. Magistrate Judge