IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO EXTEND THE STAY PENDING TRANSFER

Plaintiff VirtaMove, Corp. files this Unopposed Motion to Extend the Stay of All Deadlines Pending Transfer.

Magistrate Judge Gilliland issued an order granting transfer to the NDCA but staying the actual transfer of this case until February 22, 2025 "to allow Plaintiff time to appeal this decision if it chooses." Dkt. 87 at 6. VirtaMove then filed objections to Judge Gilliland's order. Dkt. 89. This Court has already extended the stay of transfer until May 23, 2025 to allow time for appeal. Dkt. 94. However, VirtaMove's objections are still awaiting a ruling from the District Judge. If Judge Gilliland's transfer order is not reversed by the District Judge, then VirtaMove intends to petition for a writ of mandamus.

Even if the District Judge were to immediately rule on VirtaMove's objections, the mandamus process is still expected to need longer than May 23, 2025 before a ruling from the Federal Circuit. Thus, VirtaMove requests that the stay of transfer be extended by another three months, until August 23, 2025. The parties conferred regarding this request and the request is unopposed.

1

| | |
|---|---|
| Dated: May 7, 2025 | Respectfully submitted, |
| | By: /s/ *Qi (Peter) Tong* |

    Reza Mirzaie (CA SBN 246953)
    rmirzaie@raklaw.com
    Marc A. Fenster (CA SBN 181067)
    mfenster@raklaw.com
    Neil A. Rubin (CA SBN 250761)
    nrubin@raklaw.com
    James A. Milkey (CA SBN 281283)
    jmilkey@raklaw.com
    Jacob Buczko (CA SBN 269408)
    jbuczko@raklaw.com
    James Tsuei (CA SBN 285530)
    jtsuei@raklaw.com
    Christian W. Conkle (CA SBN 306374)
    cconkle@raklaw.com
    Jonathan Ma (CA SBN 312773)
    jma@raklaw.com
    Daniel B. Kolko (CA SBN 341680)
    dkolko@raklaw.com
    Mackenzie Paladino (NY SBN: 6039366)
    mpaladino@raklaw.com
    **RUSS AUGUST & KABAT**
    12424 Wilshire Boulevard, 12th Floor
    Los Angeles, CA 90025
    Telephone: (310) 826-7474

    Qi (Peter) Tong (TX SBN 24119042)
    **RUSS AUGUST & KABAT**
    4040 N. Central Expy., Suite 1503
    Dallas, TX 75204
    Telephone: (310) 826-7474

    *Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on May 7, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

May 7, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

## CERTIFICATE OF CONFERENCE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-7(G), I hereby certify that I conferred with opposing counsel, and the relief sought herein is unopposed.

May 7, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474