UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE STAY OF DEADLINES PENDING TRANSFER**

Before the Court is Plaintiff VirtaMove, Corp.'s Unopposed Motion to Extend the Stay of All Deadlines Pending Transfer.

The Court **GRANTS** the Motion in its entirety. Accordingly, it is **ORDERED** that this case shall remain **STAYED** until August 23, 2025. On that date, **AND NOT BEFORE**, the Clerk of Court shall take all actions necessary to transfer the above-captioned case to the United States District Court for the Northern District of California.

SIGNED this _____ day of _____, 2025