UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP,<br><br>   Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, and<br>AMAZON WEB SERVICES, INC.,<br><br>   Defendants. | Civil Action No. 7:24-cv-30-ADA-DTG |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Amazon Web Services, Inc. respectfully submits this Notice to inform the Court of the attached decision by Judge Counts in a related case, *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-33-DC-DTG (W.D. Tex.). In this decision, Judge Counts overruled VirtaMove's objections to an order by Judge Gilliland that granted transfer to the Northern District of California (Ex. A.). The objections Judge Counts overruled are identical to many of the objections VirtaMove raised to Judge Gilliland's transfer order here. (*Compare* Dkt. 89 at 2-4 (raising four alleged errors of law) *with Google*, Dkt. 89 at 1-3 (raising the same four alleged errors).) Thus, Judge Counts' decision is pertinent to the Court's consideration of the pending objections here.

| | |
|---|---|
| May 8, 2025 | Respectfully submitted, |
| *Of Counsel:* | By: */s/ Jeremy A. Anapol* |
| | Joseph R. Re *(Pro Hac Vice)* |
| Harper Estes | Jeremy A. Anapol *(Pro Hac Vice)* |
| Texas Bar No.  00000083 | KNOBBE MARTENS OLSON & BEAR LLP |
| hestes@lcalawfirm.com | 2040 Main Street, 14th Floor |
| LYNCH, CHAPPELL & ALSUP | Irvine, CA 92614 |
| A Professional Corporation | Telephone: 949-760-0404 |
| Suite 700 | Facsimile:  949-760-9502 |
| 300 N. Marienfeld, | joe.re@knobbe.com |
| Midland, Texas 79701 | jeremy.anapol@knobbe.com |
| Telephone: 432-683-3351 | |
| Telecopier: 432-683-2587 | Colin B. Heideman *(Pro Hac Vice)* |
| | Christie R.W. Matthaei *(Pro Hac Vice)* |
| | Logan P. Young *(Pro Hac Vice)* |
| | KNOBBE MARTENS OLSON & BEAR LLP |
| | 925 4th Ave, Ste 2500 |
| | Seattle, WA 98104 |
| | Telephone: 206-405-2000 |
| | Facsimile:  206-405-2001 |
| | colin.heideman@knobbe.com |
| | christie.matthaei@knobbe.com |
| | logan.young@knobbe.com |
| | |
| | *Counsel for Defendant* |
| | *Amazon Web Services, Inc.* |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF System.

                                                 */s/ Jeremy A. Anapol*
                                                 Jeremy A. Anapol