# Exhibit C

Query  Reports  Utilities  Help  Log Out

CASREF,CLOSED,PATENT,STAYED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
### CIVIL DOCKET FOR CASE #: 7:24-cv-00033-DC-DTG

VirtaMove, Corp. v. Google LLC  
Assigned to: Judge David Counts  
Referred to: Judge Derek T. Gilliland  
Related Cases: 7:24-cv-00030-ADA-DTG  
　　　　　　　　7:24-cv-00339-ADA  
　　　　　　　　7:24-cv-00338-ADA  
Cause: 35:271 Patent Infringement  

Date Filed: 01/31/2024  
Date Terminated: 01/24/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**VirtaMove, Corp.**　　　　　　　　　　represented by **Mackenzie Paladino**  
Russ August & Kabat  
12424 Wilshire Blvd, 12th Floor  
Los Angeles, CA 90025  
310-826-7474  
Email: mpaladino@raklaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Amy Hayden**  
Russ August & Kabat  
12424 Wilshire Blvd. Floor 12  
Los Angeles, CA 90025  
310-826-7474  
Fax: 310-826-6991  
Email: amy.hayden@foliolaw.com  
*ATTORNEY TO BE NOTICED*  

**Christian W. Conkle**  
Russ August & Kabat  
12424 Wilshire Boulevard, 12th Floor  
Los Angeles, CA 90025  
310-826-7474  
Fax: 310-826-6991  
Email: cconkle@raklaw.com  
*ATTORNEY TO BE NOTICED*  

**Daniel B Kolko**  
Russ August & Kabat

12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: dkolko@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jacob R. Buczko**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826-7474
Fax: (310)826-6991
Email: jbuczko@raklaw.com
*ATTORNEY TO BE NOTICED*

**James Milkey**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jmilkey@raklaw.com
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: jtsuei@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jefferson Cummings**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
775-781-4653
Email: jcummings@raklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

Email: jma@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Neil A. Rubin**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: nrubin@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi (Peter) Tong**
Russ August & Kabat
12424 Wilshire Boulevard
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**    represented by    **Antonio R. Sistos**
Hogan Lovells
4 Embarcadero Center
Ste 3500
San Francisco, CA 94111
415-374-2300

Email: antonio.sistos@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Perlson**
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
415-374-2412
Fax: 415-875-6700
Email: david.perlson@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8107
Fax: (202) 538-8100
Email: deepaacharya@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katharine L. Carmona**
Jackson Walker LLP
100 Congress Avenue
Ste 1100
Austin, TX 78701
512-236-2262
Email: kcarmona@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa Blecher**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
973-985-6335
Email: vanessablecher@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Benites Giese**
Jackson Walker LLP
1900 Broadway
Ste 1200

San Antonio, TX 78215  
210-978-7791  
Email: egiese@jw.com  
*ATTORNEY TO BE NOTICED*

**Nathaniel St. Clair , II**  
Jackson Walker LLP  
2323 Ross Ave., Ste. 600  
Dallas, TX 75201  
(214)953-5948  
Fax: (214) 661-6848  
Email: nstclair@jw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2024 | 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC-18369615), filed by VirtaMove, Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Civil Cover Sheet)(Mirzaie, Reza) (Entered: 01/31/2024) |
| 01/31/2024 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 01/31/2024) |
| 01/31/2024 | 3 | RULE 7 DISCLOSURE STATEMENT filed by VirtaMove, Corp.. (Mirzaie, Reza) (Entered: 01/31/2024) |
| 01/31/2024 | 4 | NOTICE *of Related Case* by VirtaMove, Corp. (Mirzaie, Reza) (Entered: 01/31/2024) |
| 01/31/2024 | 5 | REQUEST FOR ISSUANCE OF SUMMONS by VirtaMove, Corp.. (Mirzaie, Reza) (Entered: 01/31/2024) |
| 02/01/2024 |   | Case assigned to Judge David Counts. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (slt) (Entered: 02/01/2024) |
| 02/01/2024 | 6 | Summons Issued as to Google LLC. (slt) (Entered: 02/01/2024) |
| 02/06/2024 | 7 | ORDER AND ADVISORY. Signed by Judge David Counts. (kg) (Entered: 02/06/2024) |
| 02/06/2024 |   | CASE REFERRED to Magistrate Judge Derek T. Gilliland. (kg) (Entered: 02/06/2024) |
| 02/08/2024 | 8 | SUMMONS Returned Executed by VirtaMove, Corp.. Google LLC served on 2/2/2024, answer due 2/23/2024. (Mirzaie, Reza) (Entered: 02/08/2024) |
| 02/12/2024 | 9 | NOTICE of Attorney Appearance by Katharine L. Carmona on behalf of Google LLC. Attorney Katharine L. Carmona added to party Google LLC(pty:dft) (Carmona, Katharine) (Entered: 02/12/2024) |

| | | |
|---|---|---|
| 02/12/2024 | 10 | NOTICE of Attorney Appearance by Nathaniel St. Clair, II on behalf of Google LLC. Attorney Nathaniel St. Clair, II added to party Google LLC(pty:dft) (St. Clair, Nathaniel) (Entered: 02/12/2024) |
| 02/12/2024 | 11 | NOTICE of Attorney Appearance by Erica Benites Giese on behalf of Google LLC. Attorney Erica Benites Giese added to party Google LLC(pty:dft) (Giese, Erica) (Entered: 02/12/2024) |
| 02/12/2024 | 12 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 02/12/2024) |
| 02/12/2024 | | DEFICIENCY NOTICE: re 12 Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint **Incorrect header. Please include Midland/Odessa Division. Please refile the document. In the docket text, type Corrected Motion"** (jb3) (Entered: 02/12/2024) |
| 02/12/2024 | 13 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint *[Corrected Motion]* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 02/12/2024) |
| 02/13/2024 | | Text Order GRANTING 13 Motion for Extension of Time to File Response/Reply re to 1 Complaint. Defendant Google LLC shall have up to and including April 23, 2024, to respond to Plaintiffs Complaint. *[Corrected Motion]* entered by Judge Derek T. Gilliland. (This is a text-only entry generated by the court. There is no document associated with this entry.) (DTG) (Entered: 02/13/2024) |
| 02/13/2024 | | RESET Deadlines: Google LLC answer due **4/23/2024**. (jb3) (Entered: 02/14/2024) |
| 04/16/2024 | 14 | NOTICE of Attorney Appearance by Daniel B Kolko on behalf of VirtaMove, Corp.. Attorney Daniel B Kolko added to party VirtaMove, Corp.(pty:pla) (Kolko, Daniel) (Entered: 04/16/2024) |
| 04/16/2024 | 15 | NOTICE of Attorney Appearance by Jacob R. Buczko on behalf of VirtaMove, Corp.. Attorney Jacob R. Buczko added to party VirtaMove, Corp.(pty:pla) (Buczko, Jacob) (Entered: 04/16/2024) |
| 04/16/2024 | 16 | NOTICE of Attorney Appearance by James S. Tsuei on behalf of VirtaMove, Corp.. Attorney James S. Tsuei added to party VirtaMove, Corp.(pty:pla) (Tsuei, James) (Entered: 04/16/2024) |
| 04/16/2024 | 17 | NOTICE of Attorney Appearance by James Milkey on behalf of VirtaMove, Corp.. Attorney James Milkey added to party VirtaMove, Corp.(pty:pla) (Milkey, James) (Entered: 04/16/2024) |
| 04/16/2024 | 18 | NOTICE of Attorney Appearance by Qi (Peter) Tong on behalf of VirtaMove, Corp.. Attorney Qi (Peter) Tong added to party VirtaMove, Corp.(pty:pla) (Tong, Qi) (Entered: 04/16/2024) |
| 04/23/2024 | 19 | NOTICE of Attorney Appearance by Katharine L. Carmona on behalf of Google LLC (Carmona, Katharine) (Entered: 04/23/2024) |
| 04/23/2024 | 20 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *(for David A. Perlson)* ( Filing fee $ 100 receipt number ATXWDC-18684360) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. |

| | | |
|---|---|---|
| | | (Carmona, Katharine) (Entered: 04/23/2024) |
| 04/23/2024 | 21 | MOTION to Dismiss by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 04/23/2024) |
| 04/23/2024 | 22 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Other Affiliate Alphabet Inc., Other Affiliate XXVI Holdings Inc. for Google LLC. (Carmona, Katharine) (Entered: 04/23/2024) |
| 04/24/2024 | | DEFICIENCY NOTICE: re 20 MOTION to Appear Pro Hac Vice by Katharine L. Carmona *(for David A. Perlson)* ( Filing fee $ 100 receipt number ATXWDC-18684360) **Motions to appear Pro Hac Vice must be signed by the applicant attorney. Electronic /s/ signatures cannot be used. Please refile your motion. If refiling electronically, contact the CM/ECF Help Desk at,txwd_ecf_help@txwd.uscourts.gov, before filing so that you do not pay the fee again. If not refiling electronically, please send the originally signed motions to the Clerks Office. Please include the receipt number on your motion.** (jb3) (Entered: 04/24/2024) |
| 04/24/2024 | 23 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for David A. Perlson* by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 04/24/2024) |
| 04/24/2024 | 24 | Unopposed MOTION *FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS* by VirtaMove, Corp.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Mirzaie, Reza) (Entered: 04/24/2024) |
| 04/25/2024 | 25 | ORDER GRANTING 23 Motion to Appear Pro Hac Vice for Attorney David A. Perlson for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 04/25/2024) |
| 05/06/2024 | | Text Order GRANTING 24 Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss. It is ORDERED that Plaintiff's time to respond to the Motion shall be extended by two weeks, from May 7, 2024, to May 21, 2024. It is further ORDERED that Defendant's time to reply in support of the Motion shall be extended from May 14, 2024, to May 28, 2024. It is so ORDERED. Entered by Judge David Counts. (This is a text-only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/06/2024) |
| 05/06/2024 | 26 | ORDER Setting/Resetting Initial Pretrial Conference. Initial Pretrial Conference set for **5/30/2024 02:00 PM VIA ZOOM** before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/06/2024) |
| 05/21/2024 | 27 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against Google LLC amending 1 Complaint., filed by VirtaMove, Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mirzaie, Reza) (Entered: 05/21/2024) |

| | | |
|---|---|---|
| 05/28/2024 | 28 | Rule 26(f) Discovery Report/Case Management Plan by VirtaMove, Corp.. (Attachments: # 1 Schedule A-1, # 2 Schedule A-2, # 3 Schedule B-1, # 4 Schedule B-2, # 5 Schedule C)(Tong, Qi) (Entered: 05/28/2024) |
| 05/30/2024 | 29 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Pretrial Conference held on 5/30/2024 (Minute entry documents are not available electronically.) (Court Reporter FTR.)(slt) (Entered: 05/30/2024) |
| 05/30/2024 | 31 | ORDER REGARDING DISCOVERY DISPUTES. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/31/2024) |
| 05/31/2024 | | Text Order MOOTING 21 Motion to Dismiss in light of the filing of an Amended Complaint (ECF No. 27), entered by Judge Derek T. Gilliland. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 05/31/2024) |
| 05/31/2024 | 30 | TRANSCRIPT REQUEST by Google LLC for proceedings held on 5/30/2024. Proceedings Transcribed: Initial Pretrial Conference. Court Reporter: FTR Gold. (Carmona, Katharine) (Entered: 05/31/2024) |
| 06/03/2024 | 32 | TRANSCRIPT REQUEST by VirtaMove, Corp. for proceedings held on 5/30/24. Proceedings Transcribed: Initial PreTrial Conference. Court Reporter: FTR. (Tong, Qi) (Entered: 06/03/2024) |
| 06/05/2024 | 33 | Scheduling Recommendations/Proposed Scheduling Order *JOINT PROPOSED SCHEDULE SUBMISSIONS* by VirtaMove, Corp.. (Attachments: # 1 Exhibit A, # 2 Proposed Competing Schedules)(Tong, Qi) (Entered: 06/05/2024) |
| 06/17/2024 | 34 | SCHEDULING ORDER: Pretrial Conference set for 1/23/2026 before Judge Derek T. Gilliland; Jury Selection/Trial set for 2/2/2026 before Judge David Counts; Markman Hearing set for 1/9/2025 before Judge Derek T. Gilliland; Amended Pleadings due by 5/15/2025; Joinder of Parties due by 2/20/2025; Dispositive/Daubert Motions due by 10/28/2025. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/17/2024) |
| 06/18/2024 | 35 | ORDER RESETTING FINAL PRETRIAL HEARING. Final Pretrial Conference RESET for **1/16/2026 01:30 PM** in Midland before Judge David Counts. Signed by Judge David Counts. (jb3) (Entered: 06/18/2024) |
| 06/18/2024 | 36 | MOTION to Dismiss *Amended Complaint* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 06/18/2024) |
| 06/21/2024 | 37 | Transcript filed of Proceedings held on May 30, 2024, Proceedings Transcribed: Initial Pretrial Hearing. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 7/12/2024, Redacted Transcript Deadline set for 7/22/2024, Release of Transcript Restriction set for 9/19/2024, (Rodriguez, Arlinda) (Entered: 06/21/2024) |

| | | |
|---|---|---|
| 06/24/2024 | 38 | MOTION for Extension of Time to File *Venue or Jurisdictional Motion* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 06/24/2024) |
| 06/25/2024 | 39 | CERTIFICATE of Counsel re 38 MOTION for Extension of Time to File *Venue or Jurisdictional Motion* by Katharine L. Carmona on behalf of Google LLC (Carmona, Katharine) (Entered: 06/25/2024) |
| 06/28/2024 | 40 | NOTICE *of Supplemental Information Regarding Motion to Extend Deadline for Venue or Jurisdictional Motion* by Google LLC re 38 MOTION for Extension of Time to File *Venue or Jurisdictional Motion* (Attachments: # 1 Exhibit 1)(Carmona, Katharine) (Entered: 06/28/2024) |
| 07/01/2024 | 41 | Response in Opposition to Motion, filed by VirtaMove, Corp., re 38 MOTION for Extension of Time to File *Venue or Jurisdictional Motion* filed by Defendant Google LLC (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Tong, Qi) (Entered: 07/01/2024) |
| 07/02/2024 | | Text Order GRANTING IN PART AND DENYING IN PART 38 Motion for Extension of Time to File entered by Judge Derek T. Gilliland. Defendant Google LLC shall have up to and including July 10, 2024 for any venue or jurisdictional motion to be filed. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 07/02/2024) |
| 07/02/2024 | 42 | Response in Opposition to Motion, filed by VirtaMove, Corp., re 36 MOTION to Dismiss *Amended Complaint* filed by Defendant Google LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Mirzaie, Reza) (Entered: 07/02/2024) |
| 07/05/2024 | 43 | Unopposed MOTION for Extension of Time to File Response/Reply as to 36 MOTION to Dismiss *Amended Complaint* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/05/2024) |
| 07/08/2024 | | Text Order GRANTING 43 Unopposed MOTION for Extension of Time to File Response/Reply as to 36 MOTION to Dismiss Amended Complaint. Defendant Google LLC shall file its Reply in Support of Defendant Googles Motion to Dismiss Amended Complaint on or before July 16, 2024. Entered by Judge Derek T. Gilliland. (This is a text-only entry generated by the court. There is no document associated with this entry.) (DTG) (Entered: 07/08/2024) |
| 07/08/2024 | | Text Order GRANTING 43 Motion for Extension of Time to File Response/Reply re 43 Unopposed MOTION for Extension of Time to File Response/Reply as to 36 MOTION to Dismiss *Amended Complaint* entered by Judge Derek T. Gilliland. Defendant Google LLC shall file its Reply in Support of Defendant Google's Motion to Dismiss Amended Complaint on or before July 16, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 07/08/2024) |
| 07/10/2024 | 44 | Google LLC's Motion for Leave to File Under Seal Motion to Transfer Venue to The Northern District of California. Referral Judge: Derek T. Gilliland. (Attachments: # 1 SEALED DOCUMENT, # 2 SEALED DOCUMENT, # 3 SEALED DOCUMENT, # 4 SEALED DOCUMENT, # 5 Proposed Order) (Carmona, Katharine) (Entered: |

| | | |
|---|---|---|
| | | 07/10/2024) |
| 07/11/2024 | 45 | AFFIDAVIT in Support 44 *Sealed Motion for Venue Transfer* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17, # 16 Exhibit 18, # 17 Exhibit 19, # 18 Exhibit 20, # 19 Exhibit 21, # 20 Exhibit 22, # 21 Exhibit 23, # 22 Exhibit 27, # 23 Exhibit 28, # 24 Exhibit 31, # 25 Exhibit 32, # 26 Exhibit 33, # 27 Exhibit 34, # 28 Exhibit 35, # 29 Exhibit 36, # 30 Exhibit 37, # 31 Exhibit 38, # 32 Exhibit 39, # 33 Exhibit 40, # 34 Exhibit 41, # 35 Exhibit 42, # 36 Exhibit 43, # 37 Exhibit 44, # 38 Exhibit 45, # 39 Exhibit 46, # 40 Exhibit 47, # 41 Exhibit 48, # 42 Exhibit 49, # 43 Exhibit 50, # 44 Exhibit 51, # 45 Exhibit 52, # 46 Exhibit 53, # 47 Exhibit 54, # 48 Exhibit 55)(Carmona, Katharine) (Entered: 07/11/2024) |
| 07/15/2024 | 46 | NOTICE *of Venue Discovery* by VirtaMove, Corp. (Tong, Qi) (Entered: 07/15/2024) |
| 07/16/2024 | 47 | REPLY to Response to Motion, filed by Google LLC, re 36 MOTION to Dismiss *Amended Complaint* filed by Defendant Google LLC (Attachments: # 1 Exhibit 1) (Acharya, Deepa) (Entered: 07/16/2024) |
| 07/17/2024 | 48 | Redacted Public Version *of Google LLC's Motion to Transfer Venue* of 44 Motion for leave to File Sealed Document by Google LLC. (Acharya, Deepa) (Entered: 07/17/2024) |
| 07/25/2024 | | Text Order GRANTING 44 Defendant's Motion for Leave to File Sealed Document. The clerk's office is DIRECTED to file into the record under seal with the Court: ECF No. 44-1, as "DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)"; ECF No. 44-2 as "DECLARATION OF LAKSHMI PRATHIMA DEVARASETTY"; ECF NO. 44-3 as "DECLARATION OF DECLARATION OF WENLEI HE"; ECF No. 44-4 as "DECLARATION OF LEONID VASETSKY"; and ECF No. 44-5 as "PROPOSED ORDER". Entered by Judge Derek T. Gilliland. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jplc) (Entered: 07/25/2024) |
| 07/25/2024 | 49 | Defendant Google LLC's Sealed Motion to Transfer Venue To The Northern District of California. Referral Judge: Derek T. Gilliland. (Attachments: # 1, # 2, # 3, # 4 Proposed Order) (jb3) (Entered: 07/26/2024) |
| 08/07/2024 | 50 | Joint MOTION for Confidentiality/Protective Order *(Interim)* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Acharya, Deepa) (Entered: 08/07/2024) |
| 08/08/2024 | 51 | ORDER GRANTING 50 Motion for Protective Order Signed by Judge Derek T. Gilliland. (jb3) (Entered: 08/08/2024) |
| 09/16/2024 | 52 | MOTION to Appear Pro Hac Vice by Qi (Peter) Tong *for Mackenzie Paladino* ( Filing fee $ 100 receipt number ATXWDC-19231169) by on behalf of VirtaMove, Corp... Motions referred to Judge Derek T. Gilliland. (Tong, Qi) (Entered: 09/16/2024) |
| 09/17/2024 | 53 | ORDER GRANTING 52 Motion to Appear Pro Hac Vice for Attorney Mackenzie Paladino for VirtaMove, Corp.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/17/2024) |
| 09/19/2024 | 54 | Joint MOTION for Extension of Time to Complete Discovery by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 09/19/2024) |
| 10/03/2024 | 55 | Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Proposed Order, # 2 Opposition, # 3 Exhibit 1, # 4 Exhibit 3, # 5 Exhibit 6, # 6 Exhibit 13, # 7 Exhibit 17, # 8 Exhibit 28) (Tong, Qi) (Entered: 10/03/2024) |
| 10/03/2024 | 56 | AFFIDAVIT in Support of 55 Motion for leave to File Sealed Document by VirtaMove, Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)(Tong, Qi) (Entered: 10/03/2024) |
| 10/07/2024 | 57 | MOTION for Extension of Time to File Response/Reply *in Support of Google's Motion to Transfer Venue* by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 10/07/2024) |
| 10/08/2024 | 58 | ORDER GRANTING 57 Motion for Extension of Time to File Response/Reply re 57 MOTION for Extension of Time to File Response/Reply *in Support of Google's Motion to Transfer Venue* Signed by Judge Derek T. Gilliland. (jb3) (Entered: 10/08/2024) |
| 10/10/2024 | 59 | Redacted Copy *of Plaintiff VirtaMove, Corp.'s Opposition to Google LLC's Motion to Transfer* of 55 Motion for leave to File Sealed Document by VirtaMove, Corp.. (Tong, Qi) (Entered: 10/10/2024) |
| 10/17/2024 | 60 | Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Exhibit SEALED DOCUMENT, # 2 Exhibit SEALED DOCUMENT, # 3 Exhibit SEALED DOCUMENT, # 4 Exhibit SEALED DOCUMENT, # 5 Proposed Order) (Carmona, Katharine) (Entered: 10/17/2024) |
| 10/17/2024 | 61 | AFFIDAVIT in Support *of Defendant's Motion to Transfer Venue* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Carmona, Katharine) (Entered: 10/17/2024) |
| 10/18/2024 | 62 | CORRECTED Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Exhibit SEALED DOCUMENT, # 2 Exhibit SEALED DOCUMENT, # 3 Exhibit SEALED DOCUMENT, # 4 Exhibit SEALED DOCUMENT, # 5 Exhibit SEALED DOCUMENT, # 6 Proposed Order) (Carmona, Katharine) (Entered: 10/18/2024) |

| | | |
|---|---|---|
| 10/22/2024 | 63 | Opening Claim Construction Brief by Google LLC. (Attachments: # 1 Appendix Parties Agreed Terms, # 2 Exhibit A -- US7519814, # 3 Exhibit B -- US7784058, # 4 Exhibit C -- Microsoft Computer Dictionary, # 5 Exhibit D -- Newtons Telecom Dictionary, # 6 Exhibit E -- Websters New World Computer Dictionary, # 7 Exhibit F -- New Websters Dictionary, # 8 Exhibit G -- 240806 US7519814B2 vs. Google, # 9 Exhibit H -- 7-22-2024 Infringement Contentions Deficiencies Letter, # 10 Exhibit I -- Sept. 27, 2024 Correspondence, # 11 Exhibit J -- '814 FH Excerpts, # 12 Exhibit K -- '058 FH Excerpts, # 13 Exhibit L -- Computer Dictionary)(Carmona, Katharine) (Entered: 10/22/2024) |
| 10/24/2024 | 64 | Redacted Public Version *of Google LLC's Reply in Support of Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. Section 1404(a)* of 62 CORRECTED Motion for leave to File Sealed Document by Google LLC. (Carmona, Katharine) (Entered: 10/24/2024) |
| 11/12/2024 | 65 | RESPONSE to 63 Claim Construction Brief,, by VirtaMove, Corp.. (Attachments: # 1 Exhibit 1)(Mirzaie, Reza) (Entered: 11/12/2024) |
| 11/26/2024 | 66 | Reply Claim Construction Brief regarding 65 Response by Google LLC. (Carmona, Katharine) (Entered: 11/26/2024) |
| 12/03/2024 | 67 | ORDER SETTING MARKMAN HEARING HELD IN PERSON AND ZOOM. Markman Hearing set for **1/9/2025 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 12/03/2024) |
| 12/05/2024 | 68 | AMENDED COMPLAINT against Google LLC amending 27 Amended Complaint,., filed by VirtaMove, Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mirzaie, Reza) (Entered: 12/05/2024) |
| 12/10/2024 | 69 | NOTICE *of Supplemental Authority* by Google LLC (Attachments: # 1 Exhibit A) (Carmona, Katharine) (Entered: 12/10/2024) |
| 12/13/2024 | 70 | Virtamove's Unopposed Motion for Leave to File Sur-Reply in Opposition to Google's Motion to Transfer. Referral Judge: Derek T. Gilliland. (Attachments: # 1 Errata A, # 2 Declaration of Mackenzie Paladino, # 3 Exhibit 31, # 4 Exhibit 32, # 5 Proposed Order) (Paladino, Mackenzie) (Entered: 12/13/2024) |
| 12/13/2024 | 71 | BRIEF *Sur Reply Claim Construction Brief* regarding 66 Claim Construction Brief by VirtaMove, Corp.. (Mirzaie, Reza) (Entered: 12/13/2024) |
| 12/14/2024 | | Text Order GRANTING 54 Motion for Extension of Time to Complete Discovery. The parties shall have up to and including September 20, 2024, to complete venue discovery in this case. Entered by Judge Derek T. Gilliland. (This is a text-only entry generated by the court. There is no document associated with this entry.) (DTG) (Entered: 12/14/2024) |
| 12/16/2024 | 72 | BRIEF *Corrected Sur Reply Claim Construction Brief* regarding 66 Claim Construction Brief, 71 Brief by VirtaMove, Corp.. (Mirzaie, Reza) (Entered: 12/16/2024) |
| 12/17/2024 | 73 | STIPULATION *Regarding Plaintiff's Second Amended Complaint and Defendant's Rule 12 Motion to Dismiss* by Google LLC. (Carmona, Katharine) (Entered: 12/17/2024) |

| Date | # | Description |
|---|---|---|
| 12/18/2024 | 74 | BRIEF *Joint Claim Construction Statement* by VirtaMove, Corp.. (Conkle, Christian) (Entered: 12/18/2024) |
| 12/20/2024 | 75 | NOTICE *Regarding Defendant Google LLC's Response to Plaintiff's Second Amended Complaint* by Google LLC (Carmona, Katharine) (Entered: 12/20/2024) |
| 12/31/2024 | 76 | ORDER RESETTING MARKMAN HEARING HELD IN PERSON AND ZOOM. Markman Hearing RESET for **1/21/2025 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/02/2025) |
| 01/07/2025 | 77 | ORDER GRANTING 55 Motion for Leave to File Sealed Document; GRANTING 62 Motion for Leave to File Sealed Document Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/07/2025) |
| 01/07/2025 | 78 | Plaintiff VirtaMove, Corp.'s Opposition to Google LLCs Motion to Transfer (Dkt. 49) (Attachments: # 1 Exhibit 1 to Plaintiffs Opposition, # 2 Exhibit 3 to Plaintiffs Opposition, # 3 Exhibit 6 to Plaintiffs Opposition, # 4 Exhibit 13 to Plaintiffs Opposition, # 5 Exhibit 17 to Plaintiffs Opposition, # 6 Exhibit 28 to Plaintiffs Opposition) (jb3) (Entered: 01/07/2025) |
| 01/07/2025 | 79 | Defendant Google LLCs Reply in Support of Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (Attachments: # 1 Exhibit 1 to Defendants Reply, # 2 Exhibit 2 to Defendants Reply, # 3 Exhibit 3 to Defendants Reply, # 4 Exhibit 12 to Defendants Reply) (jb3) (Entered: 01/08/2025) |
| 01/09/2025 | 80 | NOTICE *Regarding Motion to Transfer Venue* by Google LLC re 49 Sealed Motion filed (Carmona, Katharine) (Entered: 01/09/2025) |
| 01/10/2025 |  | Text Order GRANTING 70 Unopposed Motion for Leave to File Sealed Document entered by Judge Derek T. Gilliland. The Clerk of Court is DIRECTED to file UNDER SEAL ECF No. 70-1 as "PLAINTIFF VIRTAMOVE, CORP.'S SUR-REPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO TRANSFER (DKT. 49)," ECF No. 70-2 as "DECLARATION OF MACKENZIE PALADINO," ECF No. 70-3 as "EXHIBIT 31," and ECF No. 70-4 as "EXHIBIT 32." IT IS ORDERED that Defendant is GRANTED LEAVE to file a three (3) page response to Plaintiff's Sur-Reply on or before January 17, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 01/10/2025) |
| 01/10/2025 | 81 | NOTICE of Change of Address by Katharine L. Carmona (Carmona, Katharine) (Entered: 01/10/2025) |
| 01/10/2025 | 82 | PLAINTIFF VIRTAMOVE, CORP.'S SUR-REPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO TRANSFER (DKT. 49) (Attachments: # 1 DECLARATION OF MACKENZIE PALADINO, # 2 Exhibit 31, # 3 Exhibit 32) (jb3) (Entered: 01/10/2025) |
| 01/17/2025 | 84 | ORDER CANCELLING MARKMAN HEARING. Signed by Judge Derek T. Gilliland. (slt) (Entered: 01/17/2025) |
| 01/22/2025 | 85 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Vanessa Blecher* ( Filing fee $ 100 receipt number ATXWDC-19697592) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 01/22/2025) |

| | | | |
|---|---|---|---|
| 01/22/2025 | 86 | ORDER GRANTING 49 Sealed Motion to Transfer. Signed by Judge Derek T. Gilliland. (slt) (Entered: 01/22/2025) | |
| 01/23/2025 | 87 | ORDER GRANTING 85 Motion to Appear Pro Hac Vice for Attorney Vanessa Blecher for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/23/2025) | |
| 01/23/2025 | | Case Stayed (slt) (Entered: 01/24/2025) | |
| 01/24/2025 | | Case transferred to District of California, Northern (jb3) (Entered: 01/24/2025) | |
| 01/27/2025 | | Notice of Correction: Case was prematurely transferred. Receiving district has been notified. Case is stayed until ordered transfer date. (jb3) (Entered: 01/27/2025) | |
| 01/30/2025 | 88 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Antonio Sistos* ( Filing fee $ 100 receipt number ATXWDC-19731135) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 01/30/2025) | |
| 02/05/2025 | 89 | Objections to Magistrate Judge Gilliland's Transfer Order by VirtaMove, Corp.. (Attachments: # 1 Proposed Order - Setting Aside Transfer Order, # 2 Proposed Order - Overruling Objections To Transfer Order). Motions referred to Judge Derek T. Gilliland. (Tong, Qi) Modified on 2/6/2025 (kg). (Entered: 02/05/2025) | |
| 02/06/2025 | | Text Order GRANTING 88 Antonio Sistos' Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if Mr. Sistos has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2). Entered by Judge David Counts. (This is a text-only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 02/06/2025) | |
| 02/10/2025 | 90 | NOTICE *OF SUPPLEMENTAL TRANSFER AUTHORITY* by VirtaMove, Corp. (Tong, Qi) (Entered: 02/10/2025) | |
| 02/19/2025 | 91 | NOTICE *OF COPIES OF SUPPLEMENTAL TRANSFER AUTHORITY* by VirtaMove, Corp. re 90 Notice (Other) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Tong, Qi) (Entered: 02/19/2025) | |
| 02/19/2025 | 92 | RESPONSE *in Opposition* to 89 MOTION *Objections to Magistrate Judge Gilliland's Transfer Order* by Google LLC. (Acharya, Deepa) (Entered: 02/19/2025) | |
| 02/20/2025 | 93 | Unopposed MOTION to Withdraw as Attorney by VirtaMove, Corp.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hayden, Amy) (Entered: 02/20/2025) | |
| 02/21/2025 | 94 | Opposed MOTION to Continue *EXTEND THE STAY OF TRANSFER (Emergency)* by VirtaMove, Corp.. (Attachments: # 1 Proposed Order GRANTING MOTION TO EXTEND THE STAY OF TRANSFER, # 2 Proposed Order GRANTING-IN-PART MOTION TO EXTEND THE STAY OF TRANSFER). Motions referred to Judge | |

| | | |
|---|---|---|
| | | Derek T. Gilliland. (Tong, Qi) (Entered: 02/21/2025) |
| 02/21/2025 | 95 | ORDER GRANTING 94 Motion to Continue. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 02/24/2025) |
| 02/26/2025 | 96 | REPLY to Response to Motion, filed by VirtaMove, Corp., re 89 MOTION *Objections to Magistrate Judge Gilliland's Transfer Order* filed by Plaintiff VirtaMove, Corp. (Attachments: # 1 Affidavit of Qi (Peter) Tong, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G)(Tong, Qi) (Entered: 02/26/2025) |
| 03/06/2025 | 97 | NOTICE *OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF VIRTAMOVES OBJECTIONS* by VirtaMove, Corp. (Attachments: # 1 Exhibit A)(Tong, Qi) (Entered: 03/06/2025) |
| 03/13/2025 | 98 | RESPONSE *to Plaintiff's Notice of Supplemental Authority* to 97 Notice (Other) by Google LLC. (Carmona, Katharine) (Entered: 03/13/2025) |
| 04/10/2025 | 99 | MOTION to Appear Pro Hac Vice by Jonathan Ma *for Jefferson Cummings* ( Filing fee $ 100 receipt number ATXWDC-20030630) by on behalf of VirtaMove, Corp... Motions referred to Judge Derek T. Gilliland. (Ma, Jonathan) (Entered: 04/10/2025) |
| 04/25/2025 | 100 | ORDER GRANTING 99 Motion to Appear Pro Hac Vice for Attorney Jefferson Cummings for VirtaMove, Corp. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 04/28/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/02/2025 15:00:51 | | | |
| **PACER Login:** | rak12424. | **Client Code:** | Virtamove |
| **Description:** | Docket Report | **Search Criteria:** | 7:24-cv-00033-DC-DTG |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |