# Exhibit F

| | |
|---|---|
| **Subject:** | RE: Hearing for Motion in VirtaMove v. Google, 5:25-cv-00860 |
| **Date:** | Thursday, March 6, 2025 at 1:28:07 PM Central Standard Time |
| **From:** | CRD NW |
| **To:** | Peter Tong |
| **CC:** | Perlson, David, Deepa Acharya, QE-Google-VirtaMove, JW-Google-IP@jw.com, Carmona, Katie, St. Clair, Nate, Sistos, Ton, rak_virtamove@raklaw.com |
| **Attachments:** | image001.jpg |

Hello,

Thank you for contacting the deputy of the Honorable Noël Wise. This response confirms receipt of your email.

Please be advised that the Northern District is in the process of reassigning over 150 cases to Judge Wise. As we sort our case load, all responses to the Order Reassigning Case will be processed and rescheduled based on priority. We ask for your patience as we work through these requests. **Per the reassignment order, all hearings scheduled prior to May 27, 2025 shall be vacated**. We will notify you via email to reserve hearing dates. If your email is not regarding the Order Reassigning Case, the deputy will respond at the Court's convenience.

We appreciate your understanding during this time.

Judge Wise's weekly Court calendar schedule:
Criminal Law & Motion: Tuesdays at 1:30 p.m.
Civil Law & Motion: Wednesdays at 9:00 a.m.
Case Management Conferences: Tuesdays at 9:00 a.m.
Pretrial Conferences: Wednesdays at 2:00 p.m.
Trial:
Monday – Thursday
 Half Days 8:30 a.m. – 1:30 p.m.
 Full Days 8:30 a.m. – 4:30 p.m

Best,

Laura Thomson on behalf of Allie Warren, CRD to the Honorable Noël Wise



**Laura Thomson**
Courtroom Deputy to the Honorable Eumi K. Lee
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
laura_thomson@cand.uscourts.gov
Direct Dial: (408) 535-5330

1 of 2

**From:** Peter Tong <ptong@raklaw.com>
**Sent:** Tuesday, March 4, 2025 1:26 PM
**To:** CRD NW <nwcrd@cand.uscourts.gov>
**Cc:** Perlson, David <david.perlson@hoganlovells.com>; Deepa Acharya <deepaacharya@quinnemanuel.com>; QE-Google-VirtaMove <qe-google-virtamove@quinnemanuel.com>; JW-Google-IP@jw.com; Carmona, Katie <kcarmona@jw.com>; St. Clair, Nate <nstclair@jw.com>; Sistos, Ton <ton.sistos@hoganlovells.com>; rak_virtamove@raklaw.com
**Subject:** Hearing for Motion in VirtaMove v. Google, 5:25-cv-00860

**CAUTION - EXTERNAL:**


To the Honorable Court:

VirtaMove intends to file a motion for administrative relief in *VirtaMove Corp. v. Google LLC*, No. 5:25-cv-00860 and is writing to confirm the hearing date to be noticed, if needed.

This case presents the unique issue of what this Court should do in response to a docket error transferring this case from the Western District of Texas to the Northern District of California. To allow the Court to understand the issues, a near-final version of VirtaMove's motion and proposed orders are attached.

VirtaMove inquires:
1. May VirtaMove file this as a Rule 7-11 Administrative Motion for which no hearing is required?

2. If this may be filed as an administrative motion and a hearing is required, is March 19 open for a hearing?
3. If this should be noticed as a regular (non-administrative) motion, is April 16 available for a hearing?

Counsel for both parties are copied on this email.

**Peter Tong**
**Russ, August & Kabat**
8080 N. Central Expy., Suite 1503 l Dallas, Texas 75206
Main +1 310 826 7474 l ptong@raklaw.com l www.raklaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.