IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AND AMAZON WEB SERVICES, INC.,<br>　　　　　　　Defendants. | CASE NO. 7:24-CV-00030-ADA-DTG |

## ORDER

On January 22, 2025, U.S. Magistrate Judge Derek T. Gilliland entered an Order Granting-In-Part and Denying-In-Part Defendants' Motion to Dismiss or Transfer. ECF No. 87. Plaintiff timely filed objections to the Order. ECF No. 89. Defendants responded to Plaintiff's objections, and Plaintiff replied. ECF Nos. 92, 96. Additionally, the parties filed several notices and responses regarding supplemental authority. ECF Nos. 91, 95, 98, 99, 100, 105, 106, 107. The Court must consider timely objections and modify or set aside any part of the magistrate judge's order that is clearly erroneous or is contrary to law. Fed. R. Civ. P. 72(a). "An order is clearly erroneous if the court 'is left with the definite and firm conviction that a mistake has been committed.'" *Alphonse v. Arch Bay Holdings, L.L.C.*, 618 F. App'x 765, 768 (5th Cir. 2015) (quoting *Anderson v. City of Bessemer City*, 470 U.S. 564, 573 (1985)).

The Court has considered Plaintiff's objections and finds that no part of Magistrate Judge Gilliland's Order is clearly erroneous or contrary to law. The Court therefore **OVERRULES** Plaintiff's objections (ECF No. 89) and **ADOPTS** Magistrate Judge Gilliland's Order (ECF No. 87).

SIGNED this 21st day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE