# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR SECOND EXTENSION OF STAY PENDING TRANSFER

Plaintiff VirtaMove, Corp. files this Unopposed Motion For Second Extension the Stay Pending Transfer.

Magistrate Judge Gilliland issued an order granting transfer to the NDCA but staying the actual transfer of this case "to allow Plaintiff time to appeal this decision if it chooses." Dkt. 87 at 6. VirtaMove filed a petition for writ of mandamus, which has been fully briefed at the Federal Circuit and is awaiting a ruling. *In re VirtaMove Corp.*, No. 25-138, Dkts. 2, 12, 13 (Fed. Cir.).

The Court stayed the transfer of this case until August 23, 2025 in its May 21, 2025 text order. This stay should be extended until the Federal Circuit rules on VirtaMove's mandamus petition. A Proposed Order to this effect is submitted herewith. The Parties' counsel have conferred and agreed that this motion is unopposed.

Dated: August 20, 2025                                 Respectfully submitted,

1

By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on August 20, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

August 20, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

**CERTIFICATE OF CONFERENCE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-7(G), I hereby certify that I conferred with opposing counsel, and the relief sought herein is unopposed.

August 20, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474