## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC., and AMAZON WEB SERVICES, INC., <br><br>     Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE STAY OF DEADLINES PENDING TRANSFER

Before the Court is Plaintiff VirtaMove, Corp.'s Unopposed Motion to For Second Extension of Stay Pending Transfer.

The Court **GRANTS** the Motion in its entirety. Accordingly, it is **ORDERED** that this case shall remain **STAYED** until the Federal Circuit rules on VirtaMove's petition for writ of mandamus. *In re VirtaMove Corp.*, No. 25-138, Dkts. 2, 12, 13 (Fed. Cir.). Within two weeks of the Federal Circuit's ruling, the parties shall file a case management statement and/or motion for a scheduling order with the Court, setting forth their positions on how the case should proceed.

Until then, this case is **STAYED** in its entirety, **including the Court's order to transfer this case to the Northern District of California**.

SIGNED this \_\_\_\_\_ day of _____, 2025