IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:24-CV-00030-ADA-DTG |
| **AMAZON, INC. et al.,** | § | |
| *Defendants,* | § | |

## ORDER STAYING CASE (DKT. NO. 111)

Before the Court is the plaintiff, Virtamove, Corp.'s, unopposed motion for a second extension of the stay pending transfer. The plaintiff requests that the Court stay all unreached deadlines until the Federal Circuit rules on the plaintiff's mandamus petition.

It is **ORDERED** that all unreached deadlines are stayed pending the Federal Circuit's ruling.

The parties are **ORDERED** to notify the Court within seven (7) days of the Federal Circuit's ruling on the plaintiff's mandamus petition.

SIGNED this 21st day of August, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE