IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Midland

| | | |
|---|---|---|
| VirtaMove, Corp. | § § § § § | |
| vs. | § | Case No. 7:24-CV-00030-ADA-DTG |
| Amazon Web Services, Inc. | § § § § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 600 Anton Blvd |
| | Ste 1800 |
| City, State, Zip | Costa Mesa, CA 92626 |
| Telephone/Fax | 714-830-0600 / 714-830-0700 |
| State Bar # | California Bar # 285828 (pro hac vice) |

Respectfully submitted,

/s/ Jeremy Anapol
Jeremy Anapol

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by electronic means through the Court's ECF system to all Counsel of Record.

**VIA ECF**

Dated: September 3, 2025                   */s/Leslie Garcia*
                                           Leslie Garcia