**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

|   |   |   |
|---|---|---|
|   | § | |
|   | § | |
|   | § | |
|   | § | |
| vs. | § | Case No._____ |
|   | § | |
|   | § | |
|   | § | |
|   | § | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | _____ |
| Street | _____ |
|   | _____ |
| City, State, Zip | _____ |
| Telephone/Fax | _____ |
| State Bar # | _____ |

Respectfully submitted,

_____

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2025, a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by electronic means through the Court's ECF system to all Counsel of Record.

**VIA ECF**

Dated: September 3, 2025　　　　　　　　　　　　　　　　/s/Leslie Garcia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Leslie Garcia