**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Midland ▾

|  |  |  |
|---|---|---|
|  | § |  |
|  | § |  |
| VirtaMove, Corp. | § |  |
|  | § |  |
| vs. | § | Case No. 7:24-CV-00030-ADA-DTG |
|  | § |  |
|  | § |  |
| Amazon Web Services, Inc. | § |  |
|  | § |  |
|  | § |  |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 1301 Second Ave. |
| | Suite 3000 |
| City, State, Zip | Seattle, WA 98101 |
| Telephone/Fax | 206-274-6400 / 206-274-6401 |
| State Bar # | Washington State Bar # 44873 (pro hac vice) |

Respectfully submitted,

*/s/ Colin B. Heideman*
Colin B. Heideman

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by electronic means through the Court's ECF system to all Counsel of Record.

**VIA ECF**

Dated: September 3, 2025                          */s/Leslie Garcia*
                                                  Leslie Garcia