**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Midland ▼

|  |  |  |  |
|---|---|---|---|
| VirtaMove, Corp. | § | | |
| | § | | |
| | § | | |
| | § | | |
| vs. | § | Case No. | 7:24-CV-00030-ADA-DTG |
| | § | | |
| | § | | |
| Amazon Web Services, Inc. | § | | |
| | § | | |
| | § | | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Morgan, Lewis & Bockius LLP |
| Street | 1301 Second Ave. |
| | Suite 3000 |
| City, State, Zip | Seattle, WA 98101 |
| Telephone/Fax | 206-274-6400 / 206-274-6401 |
| State Bar # | Washington State Bar # 58583 (pro hac vice) |

Respectfully submitted,

/s/ Logan Young

Logan Young

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 11, 2025, a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by electronic means through the Court's ECF system to all Counsel of Record.

Dated: September 11, 2025                     */s/ Emily Fortier*
                                              Emily Fortier