# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> AMAZON WEB SERVICES, INC., <br><br>　　　　Defendant. | Case No. 7:24-cv-00030-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT REGARDING TRANSFER

The parties jointly file this status report in accordance with the Court's Order Staying Case (Dkt. 112), requiring the parties to notify the Court within 7 days of the Federal Circuit's ruling on plaintiff's mandamus petition.

The Federal Circuit denied VirtaMove's mandamus petition in its September 11, 2025 Order. VirtaMove is considering seeking rehearing at the Federal Circuit, and any motion for rehearing would be due two weeks from the Federal Circuit's Order, by September 25, 2025.

Accordingly, the parties respectfully submit that the stay currently in effect should be extended until September 26, 2025, at which time the parties can submit another status report to the Court. A proposed order to this effect is filed herewith.

1

Dated: September 18, 2025

By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Jointly submitted,

By: /s/ *Jeremy A. Anapol*

Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com
**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

Colin B. Heideman (Pro Hac Vice)
Christie R.W. Matthaei (Pro Hac Vice)
Logan P. Young (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 274-6400
Fax: (206) 274-6401
colin.heideman@morganlewis.com
christie.matthaei@ morganlewis.com
logan.young@morganlewis.com

Jeremy A. Anapol (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: (714) 830-0600
Fax: (714) 830-0700
jeremy.anapol@morganlewis.com

*Counsel for Defendant*
*Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on September 18, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

Dated: September 18, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474