UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Case No. 7:24-cv-00030-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER EXTENDING THE STAY OF DEADLINES PENDING TRANSFER**

Having considered the parties' Joint Status Report Regarding Transfer:

It is **ORDERED** that all unreached deadlines will remain stayed until further order of this Court.

The parties are **ORDERED** to file a supplemental status report on September 26, 2025, apprising the Court of the status of any further appellate proceedings and providing the parties' positions on whether the stay should continue.

SIGNED this _____ day of _____, 2025