IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Case No. 7:24-cv-00030-ADA-DTG |

**JOINT STATUS REPORT REGARDING TRANSFER
AND MOTION TO EXTEND STAY**

The parties jointly file this status report to update the Court about proceedings at the Federal Circuit. For context, the Court granted Amazon Web Services, Inc.'s Motion to Transfer but stayed the case to allow Plaintiff time to appeal. Dkt. 87 at 6. Thereafter, this case has been stayed. *See* Dkt. 112.

The Federal Circuit denied VirtaMove's mandamus petition in its September 11, 2025 Order. Dkt. 116. VirtaMove filed a motion for rehearing at the Federal Circuit on September 25, 2025.

Accordingly, the parties respectfully submit that the stay currently in effect should be extended until the motion for rehearing is resolved by the Federal Circuit, and that the parties should apprise the Court within 2 weeks of the Federal Circuit's decision on that motion. A proposed order to this effected is filed herewith.

1

Dated: September 26, 2025

By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Jointly submitted,

By: /s/ *Jeremy A. Anapol*

Harper Estes
Texas Bar No. 00000083
hestes@lcalawfirm.com
**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

Colin B. Heideman (Pro Hac Vice)
Christie R.W. Matthaei (Pro Hac Vice)
Logan P. Young (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 274-6400
Fax: (206) 274-6401
colin.heideman@morganlewis.com
christie.matthaei@morganlewis.com
logan.young@morganlewis.com

Jeremy A. Anapol (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: (714) 830-0600
Fax: (714) 830-0700
jeremy.anapol@morganlewis.com

*Counsel for Defendant*
*Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on September 26, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

Dated: September 26, 2025

/s/ *Qi (Peter) Tong*
Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474