# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-cv-00030-ADA-DTG |

## ORDER EXTENDING STAY

Having considered the parties' Joint Status Report Regarding Transfer And Motion to Extend Stay:

It is **ORDERED** that all unreached deadlines will remain stayed until the Federal Circuit resolves VirtaMove Corp.'s motion for rehearing.

The parties are **ORDERED** to file a supplemental status report within 2 weeks of the Federal Circuit's resolution of VirtaMove Corp.'s motion for rehearing, apprising the Court of the status of any further appellate proceedings and providing the parties' positions on whether the stay should continue.

SIGNED this _____ day of _____, 2025