IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:24-CV-00030-ADA-DTG |
| AMAZON, INC., et al., | § | |
| *Defendants,* | § | |

### ORDER GRANTING MOTION TO EXTEND STAY (DKT. NO. 119)

Pending before the Court is the parties' joint motion to extend the stay in this case (Dkt. No. 119). The parties request that the Court stay all unreached deadlines until the Federal Circuit rules on the plaintiff, VirtaMove Corp.'s motion for a rehearing on its petition for a writ of mandamus. *Id.* at 1. Having considered the motion, the Court finds it should be **GRANTED** and **ORDERS** as follows.

All unreached deadlines are stayed pending the Federal Circuit's ruling.

The parties shall notify the Court within seven (7) days of the Federal Circuit's ruling on the plaintiff's motion for rehearing.

**SIGNED** this 29th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE