IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 7:24-cv-00030-ADA-DTG |

## JOINT STATUS REPORT REGARDING TRANSFER

The parties jointly file this status report in accordance with the Court's Order Granting Motion To Extend Stay (Dkt. 120). This case has been stayed since the Court issued its order granting transfer to the Northern District of California. (Dkt. 87 at 6; Dkt. 94; Text Order Dated May 21, 2025; Dkt. 112; Dkt. 120.) The Federal Circuit denied Plaintiff's mandamus petition on September 11, 2025 and denied rehearing on October 29, 2025. Plaintiff will not seek further appellate review regarding the transfer decision. Thus, the parties respectfully submit that the previously ordered transfer to the Northern District of California should now proceed. The parties submit a proposed order to this effect.

Dated: November 5, 2025

By: /s/ *Qi (Peter) Tong*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Jointly submitted,

By: /s/ *Jeremy A. Anapol*

Harper Estes
Texas Bar No.  00000083
hestes@lcalawfirm.com
**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
Suite 700
300 N. Marienfeld,
Midland, Texas 79701
Telephone: 432-683-3351
Telecopier: 432-683-2587

Colin B. Heideman (Pro Hac Vice)
Christie R.W. Matthaei (Pro Hac Vice)
Logan P. Young (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 274-6400
Fax: (206) 274-6401
colin.heideman@morganlewis.com
christie.matthaei@ morganlewis.com
logan.young@morganlewis.com

Jeremy A. Anapol (Pro Hac Vice)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: (714) 830-0600
Fax: (714) 830-0700
jeremy.anapol@morganlewis.com

*Counsel for Defendant
Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on November 5, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notifications to all parties of record.

November 5, 2025

                                                          /s/ *Qi (Peter) Tong*
                                                        Qi (Peter) Tong (TX SBN 24119042)
                                                        **RUSS AUGUST & KABAT**
                                                        8080 N. Central Expy., Suite 1503
                                                        Dallas, TX 75204
                                                        Telephone: (310) 826-7474