IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:24-CV-00030-DC-DTG |
| **AMAZON.COM, INC. et al,** | § | |
| *Defendants,* | § | |

### ORDER TO PROCEED WITH TRANSFER

On January 22, 2025, the Court granted the defendants, Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc.'s motion to transfer the above-captioned case to the Northern District of California, but stayed the case until February 22, 2025, to allow the plaintiff, VirtaMove, Corp., time to appeal the decision if it chose. Dkt. No. 87. The plaintiff requested the Court to extend the stay due to appeal, which was granted. Dkt. No. 90 and 94. The case remained stayed while the appeal was pending at the Federal Circuit. *See* Dkt. No. 112 and 119. The parties have filed a joint status report notifying this Court that the Federal Circuit denied Plaintiff's mandamus petition on September 11, 2025, and denied rehearing on October 29, 2025. Dkt. No. 121. The parties further represented that the plaintiff will not seek further appellate review. Therefore, the previously ordered transfer to the Northern District of California should now proceed. Having considered the parties' joint status report, this case is **UNSTAYED**. The Clerk of Court is **DIRECTED** to take all actions necessary to **TRANSFER** the above-captioned case to the United States District Court for the Northern District of California.

**SIGNED** this 8th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE